Insert shipping
document here.

Extremely Urgent

FROM:        (972) 263-0042
FedEx Office
841 MacArthur Park
Irving TX 75063

TO U.S. Western District Court Austin

501 W 5th. St. Ste.#1100

Austin TX 78701
(512) 506-0695

SHIP DATE: 22NOV20
ACTWGT: 1.00LB
CAD: 308617/A34SG130000

BILL SENDER

REF: FXO #051508520298056

DEPT:

**FedEx**
Home Delivery

[H]

TRK# 3992 2662 4632

78701

9622 0804 3 (000-524 2394) 8 00 3992 2662 4632

227-5573

78701-34178

xpress

TX
®