IN THE UNITED STATES OF AMERICA

FOR THE WESTERN DISTRICT COURT

AUSTIN DIVISION

**FILED**

DEC 1 2020

CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                                    DEPUTY

JOHNNY SATURN 1:20 CV 1176 LY

Case No. _____

|                                           |   |
|-------------------------------------------|---|
| *Plaintiff,*                              | § |
| v.                                        | § |
| *Defendants,*                             | § |
| AUSTIN BERGSTROM INTERNATIONAL            | § |
| AIRPORT (A.B.I.A.)                        | § |
| MALONE WHEELER INC.                       | § |
| UNIVERSITY OF TEXAS AT AUSTIN             | § |
| CORSLAB STRUCTURES INC.                   | § |
| A.M. PETROLEUM INC.                       | § |
| SAFA TRADING ESTABLISHMENTS INC.          | § |
| GAMMA STORES                              | § |
| HEB                                       | § |
| BARNES & NOBLES                           | § |
| STARBUCKS NORTH AMERICA                   | § |
| SALAZOR VALLALPANDO                       | § |

1

KERR HOLDING INC.                                      §

MOTHER WINDOW TINT                                     §

SHARON SCHATZ                                          §

BRIANNA MCKINEY                                        §

JUSTIN MCKINEY                                         §

DEBBIE CLEM                                            §

LOREN CROOM                                            §

RICHARD FERRARO                                        §

EHAB KHAMIS                                            §

ALEX CLINTON WEEDEN                                    §

SUE PEGGY DINGLEY                                      §

LIFETIME FITNESS                                       §

AUSTIN COMMUNITY COLLEGE                               §

NI                                                     §

TI.                                                    §

Amir Restaurant Montreal QC. Canada                    §

Red Cross Montreal QC. Ca.                             §

24 HOURS FINESS                                        §

IBM                                                    §

INTEL CORP.                                            §

| | |
|---|---|
| BROADCOM | § |
| COMPAQ-HP | § |
| MCDONALD (1&2) | § |
| THE STATE OF TEXAS | § |
| OLIVER STEPHEN K & AMY A | § |
| JENNIFER SIMMANK | § |
| COSTCO | § |
| SPECTRUM | § |
| AT&T | § |
| STARBUCKS | § |
| DPS | § |
| APD | § |
| FBI | § |
| CIA | § |
| U.S.CUSTOMBORDERTX,TN,CA,GA,NY,WI,IL,DC. | § |
| SHERIFF | § |
| MALONE WHEELER INC. | § |
| CORESLAB STRUCTURES INC. | § |
| CANADA PATROL BORDER AGENCY | § |
| AUSTIN TAXI. | § |

AUSTIN PEACE ACADEMY                    §

HOOK'EM TIRES                           §

JOHN T BAXENDALE                        §

BRENDA E BAXENDALE                      §

ALA AWSHAH FATHER                       §

ALA AWSHAH                              §

ALA AWSHAH BROTHER                      §

ADAM AHMAD                              §

ZIAD AHMAD                              §

PERFECT10 CABARET                       §

SOCIAL SECURITY ADMINISTRATION          §

DHS                                     §

US NCIS                                 §

ADAM MOHAMMAD                           §

AUSTIN CAB                              §

LONE STAR CAB                           §

FIRESTONE                               §

TOWN NORTH NISSAN                       §

MAXWELL NISSAN                          §

CHARLES MAUND TOYOTA                    §

RANDALLS SAFEWAY                                    §

MICHAEL ROBERT LONG                                §

UWE I WENDEL                                       §

RAY MONDO LOPEZ                                     §

TRAVIS COUNTY                                       §

AZHARMEHR IMMIGRATION LAW FIRM                     §

KRISTIAN NIGHT (YELLOW CAB 83-2008)                §

PASSADINA COUNTY                                   §

(Austin bordering Lakeway Tx.)

ASENSCION SETON N.W.                                      §

DELL MEDICAL CENTER AT UT SYSTEM                         §

(PREVIOUSELY KNOWN AS BRAKEN RIDGE)

CONSULATE OF LEBANON DETROIT MICHIGAN                    §

EMBASSY OF LEBANON DC                                    §

CONSULATE OF LEBANON HOUSTON TX.                         §

CONSULATE OF LEBANON LA. CA.                             §

CONSULATE OF LEBANON NY.                                 §

BANK OF AMERICA                                          §

AMERICAN EXPRESS                                         §

CITY OF AUSTIN                                           §

EX.-PRESIDENT BARACK OBAMA                    §

EX.-PRESIDENT GEORGE W BUSH                   §

U.S. DEPARTMENT OF STATE                      §

U.S. DEFENSE                                  §

U.S. MARINES CORPS. HQ.                       §

U.S. ARMY HQ.                                 §

TEXAS NATIONAL GUARDS                         §

U.S. AIR FORCE                                §

CHASE BANK                                    §

DISCOVER                                      §

CITI BANK                                     §

WACHOVIA                                      §

WELLS FARGO                                   §

WASHINGTON MUTUAL BANK                        §

NELNET INTERNATIONAL                          §

US DEPT. OF EDUCATION DC.                     §

SALLIE MAE                                    §

PHEONICIA                                     §

SAUDI EMBASSY DC                              §

SAUDI CONSULATE DFW                           §

CANADA EMBASSY DC                           §

CANADA CONSULATE DFW.                        §

AUSTIN ENERGY                               §

NASA                                        §

NSA                                         §

U.S. NAVY                                   §

U.S. GOVERNMENT                             §

MEXICO EMBASSY DC                           §

MEXICO CONSULATE AUSTIN TX.                  §

AUSTRALIA EMBASSY DC.                        §

GERMANY EMBASSY DC.                          §

FRANCE EMBASSY DC.                          §

UAE. EMBASSY DC.                            §

ITALY EMBASSY DC.                           §

SPAIN EMBASSY DC.                           §

U.N. NY.                                    §

DCCCD.                                      §

UTD.                                        §

GAS FAM Market Pflugerville Tx.             §

UT. SYSTEM AUSTIN TX.                       §

TEXAS STATE UNIVERSITY R.R. & SAN MARCOS TX.          §

ARC. FARE WEST AUSTIN TX.          §

KENTON DEE JOHNSON          §

UBER TECHNOLOGIES INC.          §

PASSADENA COUNTY          §

DIVINE DEFENSE          §

LOCKHEED MARTIN  Austin Tx.          §

BAE SYSTEMS     Austin Tx.          §

AUSTIN NURSING BOARD          §

CALIFORNIA STATE GOVERNMENT          §

AT&T & CINGULAR          §

VERISON          §

T-MOBILE          §

EX-AMLI APARTMENT AT FrankFort Rd. DFW.          §

LAMIRAGE APT. Mngnt. HQ. NC. (N. Mopac-Microsoft bldg..))          §

APPLE TECHNOLOGIES          §

AMAZON          §

TOSHIBA          §

MICROSOFT          §

DELL          §

AISD                                                        §

LCRA                                                       §

SIMON MALL                                                 §

NORTHTROP GRAHAM                                           §

YELLOW CAB MANHATTAN NY. COMPANY                           §

JEORJE SALEIMEIH                                           §

JEORJE FADDOUL                                             §

MOHAMMAD FROM BEIT-LAHEIM-PALESTINE                        §

(Suburb NY. & Austin Tx.)

MOTEL6 (N.W. Austin Tx. 78759.)                            §

Keystone Apartments (N.W. Austin Tx. 78759.)              §

U.S. Western District Court (Austin Tx.)                  §

BASSEL TIZANI                                              §

MAISSA TIZANI                                              §

EMACHINE                                                   §

U.S BANK                                                   §

NAZIK ALI SANKARI SABLOUH                                  §

MUSBAH MOHAMMAD GHAZI SABLOUH                              §

YOUSSRAH MOHAMMAD GHAZI SABLOUH SHAHHAL                    §

SANA ALI SANKARI ABDUL-WAHEAD                             §

WELLS FARGO                                                    §

HASSNA RASSLAN SANKARI                                        §

UNIVERSITY OF WISCONSIN AT OSHKOSH              §

NAHLA ABDUL-HAMID AYYOUBEE TIZANI               §

HADWAT AHMAD SANKARI                                §

(UNKNOWN MARRIED NAME, SPEARS)                   §

NAZIK AHMAD SANKARI                                   §

MOHAMMAD AHMAD SANKARI                            §

ZIAD TAREK SANKARI                                     §

JAD TAREK SANKARI                                       §

SAMI MUSTAFA SANKARI                                  §

OSTHMAN MUSTAFA SANKARI                           §

LEBANESE EMBASSY CANADA                           §

LEBANESE EMBASSY MEXICO                            §

LEBANESE EMBASSY BRAZIL                             §

SYRIAN EMBASSY BEIRUT LEBANON                  §

JORDANIAN EMBASSY DC                                 §

UAE EMBASSY DC                                          §

ITALY EMBASSY DC                                        §

GERMANY EMBASSY DC                                   §

LEBANESE EMBASSY GENEVA                                          §

NAZEEH EIKKEIRY (TRIPOLI N LBN. JUDGE.)                          §

MOHAMMAD TABBOULEIH                                              §

MOHAMMAD HASSOUN                                                §

RIAD SANKARI                                                    §

TALAL SANKARI                                                   §

TOUFIK SANKARI                                                  §

MOHAMMAD EeAaley (Lawyer Tripoli N. LBN.)                        §

Alaa MOHAMMAD JOUMOUAA                                          §

KHODOR MOHAMMAD JOUMOUAA                                        §

EEMAAD MOHAMMAD JOUMOUAA                                        §

BASHSH-A'R SHAR'A                                               §

NNSHSHOUEE Wife of Walid Tizani sister husband(Lawyer N. LEBANON) §

(UNKNOWN LASTNAME LAWYER)                                        §

SOFIANE BARACHE                                                 §

NOUREDDINE DAMMOUA                                              §

HAMID TIZANI GANGS LA CA                                         §

NASHIDA BAROUD TIZANI GANGS LA CA                                §

ALI MAHMOUD EL SANKARI PROPERTIES,FUND AND NEXT OF KENN §

BLOM BANK                                                       §

GHANI KANAWATI AND SYRIAN GANGS                                    §

FAROUK TAREK SANKARI                                              §

YOUSSRAH TAREK SANKARI                           §

MOHAMMAD WALID SHAHHAL                           §

BOUSHRAH WALID SHAHHAL                           §

ABDULLAH SHAHHAL                                 §

MOHAMMAD ABDULLATIF KABBARAH (LBN. DEPUTY)       §

MOHAMMAD SAFADI (LBN. MINISTER &                 §

BAE. SYSTEM DEALER)

ELIYASSS HRAWEE (Ex-PRESIDENT OF LEBANON)        §

SAAD EL MORR (GAS FAM PFLUGGERVILLE TX.)         §

ELIE LAHHOUD        (Ex-president of Lebanon)    §

GENERAL ABU-SHAKRA (Lebanon)                     §

TAREK MALLAH FROM JORDAN                         §

FATHER OF TAREK MALLAH FROM JORDAN               §

HADI TALAH   FROM YEIMEIN                        §

IBRAHIM HADIDI                                   §

ALIA KHAMISS                                     §

AMANI KHAMISS HADIDI                             §

SHARANI BUILDER (ABU-SAMRAH, TRIPOLI,N., LBN.)   §

EIMAD YASSINI                                              §

GENERAL AYYOUBEEY (LEBANON INTERNAL SECURITY)  §

WAHIB EL ALI  (LEBANON GENERAL SECURITY        §

OR INTERNAL SECURITY GENERAL.)

ST. MICHAEL CHURCH                                         §

COVENANT CHURCH AT DUVAL RD. N.W. AUSTIN TX.   §

Yahya Ali or ALI YAHYA                                     §

NAJWA NASHER (2010)                                        §

CASEY NABONA                                               §

AUSTIN COMMUNITY COLLEGE POLICE                §

UT AUSTIN POLICE                                           §

GHAZI MUSBAH SABLOUH                                       §

TAHA TIZANI                                                §

YASSMEIN TIZANI                                            §

NISSREEN TIZANI                                            §

MOTOROLLA                                                  §

SAMSUNG                                                    §

MUNIIPALITY OF TRIPOLI OF LEBANON                          §

DEPARTMENT OF ANCIENT BUILDING TRIPOLI N LBN.   §

RAFIK HARIRI INTERNATIONAL AIRPORT BEIRUT LBN.  §

LEBANON PARLIAMENT                                      §

LEBANON PRIME MINISTER & MINISTRY                       §

LEBANON PRESIDENTIAL CASTLE AND CURRENT PRESIDENT §

INTERPOL LYON FRANCE                                    §

TXDOT                                                   §

US DEPT. OF TRANSPORATION                               §

MALIK SHAAR                                             §

RASHID KOUBBANI                                         §

ISRAELI EMBASSY DC                                      §

EGYPTIAN EMBASSY DC                                     §

BAHRAN EMBASSY DC                                       §

PAKISTAN EMBASSY DC                                     §

INDIA EMBASSY DC                                        §

BANGLADEISH EMBASSY DC                                  §

JAPAN EMBASSY DC                                        §

CHINA EMBASSY DC                                        §

UN NY                                                   §

UN GENEVA                                               §

CITY OF NEW YORK                                        §

CITY OF MONTREAL QUEBEC CANADA                          §

INDIANA STATE SENATE                            §

U.S. SECRETARY OF STATE                         §

JEFFREY MOHAMMA                                 §

TURKEY EMBASSY DC                               §

WALID SHAHHAL                                   §

VEIHRAD TRANSPORTATION ACCRA GHANA              §

NOTTINGHAM UNIVERSITY UK.-CHINA                 §

MORROCCO EMBASSY                                §

ALGERIA EMBASSY                                 §

LIBYA EMBASSY                                   §

TAHA TIZANI                                     §

YASSMEEN TIZANI                                 §

NISSREEN TIZANI                                 §

MITSUBITSHY                                     §

NISSAN NORTH AMERICA                            §

NISSAN HQ. JAPAN                                §

TOYOTA NORTH AMERICA                            §

MERCEDES NORTH AMERICA                          §

Vauxhall UK.                                    §

CITROEN FRANCE                                  §

BMW NORTH AMERICA                             §

BMW GERMANY                                   §

SPACEX                                        §

ELON MUSK                                     §

F1                                            §

PORSH                                         §

FERRARI                                       §

HONDA NORTH AMERICA                           §

HONDA JAPAN                                   §

SANYO                                         §

AMD                                           §

DASSAULT RAFALE                               §

MOATTASSEIM M. K. TIZANI                      §

SHAZA TIZANI AHDAB                            §

ARWA NIDAL TIZANI                             §

NAJIB MEKATI                                  §

MOHAMMAD SAMIR EL JEISSEIR                    §

AHMAD KARAMEIH                                §

KAMAL JOUMBLAT                                §

RUSSIA EMBASSY DC                             §

BOBCAT                                                      §

CATERPILAR                                                 §

JOHN DEERE                                                 §

NETHERLAND EMBASSY DC                                      §

SOUTHWEST AIRLINES                                         §

LUFTHANZA AIRLINES                                         §

NORTH WEST AIRLINES (DELTA-AIRLINES)                       §

CANADIAN AIRLINES                                          §

KLM AIRLINES                                               §

AIR FRANCE AIRLINES                                        §

MEA AIRLINES                                               §

KATAR AIRLINES                                             §

EMIRATES AIRLINES                                          §

SAUDI AIRLINES                                             §

RUSSIAN AIRLINES                                           §

MOSCOW STATE UNIVERSITY MOSCOW RUSSIA                      §

INTERNATIONAL CRIMINAL COURT                               §

INTERNATIONAL TRIBUNAL COURT SPECIALIZED FOR LEBANON       §

AECOM                                                       §

BILLIONAIRE HARIRI NEXT OF KENN                             §

LEBANON MILITARY GENERAL AHWAGY                                              §

LEBANON DEPARTMENT OF DEFENSE                                               §

ARAB BANK                                                                   §

MAWARAD BANK                                                                §

BANK OF LEBANON                                                             §

CAPITOL ONE BANK                                                            §

CITI BANK                                                                   §

HOUSTON HARBOR                                                              §

IRS                                                                         §

ABDUL-RAHMAN AL-HALLAB (U.S., SAUDI, LEBANON)                               §

KASSEIM MAHFOUZ                                                             §

SOLIDERE COMPANY                                                            §

NASSER CHAMMAA                                                              §

AMINE BAHSSALEY (Lebanon consulate Houston Tx.)                            §

HABIB ABU-SHSHDEED (EX-EMBASSADOR OF LEBNON DC.)                           §

AIRBUS                                                                       §

BOEING                                                                       §

FAEEKA MOHAMMAD MAYEIZ ABDUL-WAHEAD                                          §

HOME DEPOT                                                                    §

SAM'S CLUB                                                                    §

TARGET                                                                    §

FRANKFORT INTERNATIONAL AIRPORT                                           §

TIGER MART STORE                                                          §

JEAN ELLIS SANKARI.                                                       §

OMAR FAROUK SANKARI.                                                      §

JAMAL FAROUK SANKARI                                                      §

ARWA MOHAMMAD JOUMOUAH.                                                   §

TRAVIS COUNTY COURT.                                                      §

U.S. MARSHAL.                                                            §

USCIS.                                                                   §

GOOGLE                                                                   §

TEXAS SECRETARY OF STATE                                                 §

NORTH  CAROLINA SECRETARY OF STATE                                       §

FEDEX.                                                                   §

COLORADO STATE SENATE                                                    §

Michel Sleiman.                                                          §

LEGEND OAKS HEALTH CENTER & REHABILITATION.                              §

PARKBEND HEALTH CENTER.                                                  §

ROUND ROCK HOSPICE NURSING HOME.                                         §

AMANDA STARBUCKS ARBORETUM MARKET NIGHT SHIFT MANAGER.                    §

WHO LIVED @ SAN MARIN APT. §

DPD §

HOUDA SHARANI SANKARI §

RASHA ZARIF §

FADI ZARIF §

HOUDA NABOULSI. §

MOHAMMAD EL FAOUR §

UNIVERSITH OF ABHA §

UNIVERSITY OF JADDAH §

MOHAMMAD HAWSHAR. §

NABIL YAMMOUT. §

PALMA BEACH RESORT. §

MIRAMAR BEACH RESORT. §

MIRNA SHALHOUB.  §

MAZEN ZAHEIR. §

MOHAMMAD SHALABIE. §

AHMAD RAFIK HARIRI.  §

SAEID RAFIK HARIRI. §

NAZIK HARIRI. §

BAHIYAH HARIRI. §

OUSSAMA MOUSSA §

BILAL TAREIK SHAAR §

FADEIL BAREIGHSHOUN. §

GHAZI KHALEIF.   §

ABU TALAL SIFEIDDINE §

ADANAN  LABIBEADI §

ABU-NASSRAH. §

SALAH TIZANI §

SAFWAN ARNAOUT §

ZIAD NABOULSY §

MAHA FAROUK OUEIDA §

FAROUK OUEIDA §

DIMA OUEIDA §

SABLOUH INSURANCE §

MOHAMMAD SABLOUH §

BANK DU LIBAN. §

NOUHA SHMAISSEIH §

RAEFAT SHSHMAISSEIH §

SUHA SHMAISSEIH §

SUHA SOUFY §

SAMEIR SOUFY  §

HATHEIM SABALBAL §

MAYA SABALBAL. §

ZIAD KARAMEIH  §

AHMAD KARAMEIH.  §

OMAR KARAMEIH SON  §

ENGINEERING ORDER OR DEPARTMENT OF ENGINEERING TRIPOLI N LBN. §

GHAZI MUSBAH SABLOUB  §

MAID OF SANA ALI SANKARI ABDUL-WAHEID  §

SISTER OF GHAZWA TAREIK SHAAR SAN ANTONIO TX  §

ZAFEIR RAFFYEE NEXT OF KENN.   §

RANA MABSOUT KABBARAH  §

DANIE HRAYKEIH.  §

SAINT ELIE MINA N LBN.   §

SAINT FAMILLE TRIPOLI N LBN. §

SHEABEAN SUPER MARKET §

EESSAM EL MASSRY SUPER MARKET §

NOUHAD ZAINEDDINE §

JAZZAR HOTEL SYREIDDINYYEIH §

RASHEED KARAMEIH FORUM §

BRUNCH CAFÉ & RESTAURANT §

DUNKEN DONUT TRIPOLI N LBN §

MCDONALD BEIEUT LEBANON §

PIZZA HUT RAWSHEIH BEIRUT LEBANON §

US EMBASSY AWKAR LEBANON §

MOHAMMAD RAEID HESBOLLAH TERORISR GROUP LEBANON PARLIAMENT DEPUTY

§

ABDUL-FATTAH KABBARAH §

ARAB UNIVERAITY BEIRUT LBN §

AMEEICAN UNIVERSITY MEDICAL CENTER BEIRUT LEBANON §

AMERICAN UNIVERSITY NEAR BEIRUT LEBANON §

MU ICIPALITY OF AWKAR LBN §

MUNICIPALITY OF BEIRUT BEIRUT LEBANON §

OJEIRO §

MUNICIPALITY OF JOUNIEH JOUNIEH LEBANON §

MUNICIPALITY OF KASSLEEK KASSLIK LEBANON §

US SECRET SERVICE §

BASHAR ASSAD §

SYRIA MINISTRY §

SYRIA PARLIAMENT §

JORDAN AYAN §

PRINCE TALAL BEN ABDUL-AZIZ OR BEN AZIZ BEACH RESORT BEIRUT LBN §

PHIENICIA HOTEL RAWSHEIH BEIRUT LEBANON §

AHMAD SANKARI AMEATERDAM INTERNATIONAL AIRPORT §

CASTILIAN §

AMERICAN COMMUNITY CAMPUS §

SAUDI ARABIA ROYAL FAMILY §

CARLOS MENEAMM §

SAMI EL MALIK §

HILTON PARIS FRANCE §

ZIAD NABOULSY §

WISSAM AMIR §

MAKASSEID ORGANIZATION FOR SENIOR CARE AND CLINIC §

AKILAH DENTIST OFDICE §

DR. KASSEIM ABDJL AZIZ §

KARMEL FAYHER SCHOOL §

SAINT ELIE §

EDUCATION MINISTRY §

DEFENSE MINISTRY §

LEBANON MINISTER §

FOREIGN AFFAIR MINISTER §

INDIA EMBASSY D.C. §

BOSNIA DC. §

PAKISTAN EMBASSY DC. §

CYPRUS EMBASSY BEIRUT LEBANON §

US EMBASSY NICOSIA CYPRUS §

MCSONALD AMESTERDAM INTERNATIONAL AIRPORT §

ENEIYEIH EL AHLYEIH SCHOOL §

TURABEIH CEMENT COMPANY §

FACEBOOK §

HI5 §

MYSPACE §

TOURISM MINISTRY §

NABIH BEIRRY §

PRESIDENTIAL CASTLE §

HERTZ RENTAL CARS §

ENTERPRISE RENTAL CARS §

DOLLAR RENTAL CARS §

MONTREAL QC CANADA SUBWAY §

NEW YORK CITY SUBWAY §

CitY OF NEW YORK §

ABDUL HAMID EL NAMEL §

BOUSHRAH HALLAB §

MOHAMMAD KABBARAH §

AHMAD KABBARAH §

IKTIMAL KABBARAH §

SALAH DAIRY §

MOUNZIR YAGHMOOR §

ABDUL RAHAMAN AL  HALLAB §

ABDUL MOUNEAN HALLAB §

HALLAB BROS §

RAEFAT HALLAB §

AL MUSTAQBAL PARTY §

HASSAN TADMORI §

NADIA TADMORI §

ABDUL HAFEEZ MORROCCO §

YASSEEN MORROCCO §

MOHAMMAD AL FAFATI §

SAMAR AL HMAD AL FAFATI §

AHMAD AHMAD §

ALA AWSHAH 2ND BROTHER §

MUSTAFA KHAMIS §

EYYAD KHAMISS §

JERUSALEM RESTAURANT §

MAHMOUD JORDAN §

ABDUL HACK MORROCCO §

JESUS MEXICO §

MGDALEINA MEXICO §

MARIA FATIMA KEIROS §

AUDREY STARBJCKS ARBORETUM MARKET BARISTA §

TOM STARBUCKS AEBORETUM BARISTA 2009 §

SIGNATURE PRIVATE AIRPORT §

RANDOLPH AIRBASE SAN ANTONIO TX §

ANDERSON AIRBASE §

WHITEMANN AIRBASE §

TRAVIS AIRBASE §

NELLIS AIRBASE §

US AIRBASE TURKEY  §

US AIRBASE GERMANY §

EMERSON §

US AIRBASE SAUDI ARABIA §

INDIAN AMERICAN ELECTRIC SAUDI §

DOUCET ENGINEERING §

TRC ENGINEERING §

FRIES ENGINEERING §

MOHAMMAD EGYPT §

TSA §

US  AIEBASE JOINT NASA ASTRONAUT AND CANADIAN ASTRONAUT TRAINING IN

HOUSTON TX §

RUSSIAN SPACE AGENCY §

ESA EUROPE SPACE AGENCY §

RENAISSANCE HOTEL §

PORCH §

MAZORATY §

HAMMER §

VERMEER §

KOMATSU §

OLD NAVY §

WHOLE FOOD §

MACY'S

**DILLARD'S**

**JC PENNY'S §**

**NEIMAN MARCUS  §**

**GM PLANT ARLINGRON §**

**CHEVROLET §**

**FORD §**

**HONDA §**

**SUZUKI §**

**DEERE §**

**FAYEIZ EeAaaley §**

**Safeway Montgomery Subway Station Montreal QC CA §**

**SAUDI MINISTRY §**

**SAUDI PARLIAMENT §**

**UAE MINISTRY. §**

**UAE PARLIAMENT. §**

**JAMAICA EMBASSY DC  §**

**NIGERIA EMBASSY DC §**

**PORTUGUESE EMBASSY DC §**

**NY TOLL ROAD. §**

**BILAL HAWSHAR §**

MUNICIPALIRY OF MINA LEBANON §

LEBANON CONSILATE CALIFORNIA §

SYRIA EMBASSY CANADA §

SYRIA EMBASSY MEXICO §

NASHSHSHAR AFTER MARKET ACCESSORIES IMPORTS FROM MEXICO, GERMANY &

CHINA§

HONGKONG EMBASSY DC §

INDONISIA EMBASSY DC §

CHINA EMBASSY DC §

MOUAMMAR AL KAZZAFEY §

EMBASSY OF LYBIA PARIS FRANCE §

EMBASSY OF LEBANON PARIS FRANCE  §

EMBASSY OF LEBANON ITALY §

EMBASSY OF LEBANON §

EMBASSY OF LEBANON GREECE  §

DISCOUNT TIRES §

AUTOZONE §

OREILLY §

AUTOADVANCE §

HAYATT PLACE §

**HAYATT HOUSE §**

**OMNI §**

**SHELL §**

**CONOCO §**

**TEXACO §**

**CHEVRON §**

**TRAVIS AIRBASE§**

**NELLIS AIRBASE§**

**FORTHOOD BASE KILLEEN TX. §**

**CANADA DEPARYMENT OF DEFENSE §**

**CANADA DEPARYMEMY OF EDUCATION §**

.                                        **FIRST AMMENDED COMPLAINT – CIVIL**

**ACTION**

Plaintiff Johnny Saturn, by and through the undersign himself as pro. Se., hereby states

as follows in support of his Complaint against Defendant Austin Bergstrom International

Airport A.B.I.A., and many ex surrounding houses owners, companies, ex employers,

Coffee Shop Corporate Office, Countries, Hospitals, Clinics, Universities, Communities

Colleges, United Nation New York, Police departments, Federal Agencies, Departments

Stores, Groceries Stores, Ware Houses Stores, Chains Companies, Banks, Student

Loans Companies and Banks, Library and sub-Coffee-Shop stores, Local Governments, Federal Government, White House, Pentagon, Ex. U.S. Presidents, Ex. U.S. Secretary of States, U.S. Defense, U.S. Military Branches, Lawyers, Counties and private induvial.

### Party

1.      Plaintiff Johnny Saturn (hereinafter "Plaintiff Saturn) is a private individual residing in the Greater Austin Metropolitan area, and specifically N.W. Austin Texas, of Travis County at all times material herein, plaintiff Saturn is all time professional.

2.      Defendant is an all times International Civil Airport which has been developed wide and big since it was transferred from U.S. Airforce base to civil Airport late 1990's. The A.B.I.A. airport is expected to become major international airports matching the size of the D.F.W. International airport by 2040 when Austin is expected to become booming city. The A.B.I.A. has become major employer in the city of Austin and the surrounding cities and States as it kept getting developed into wider brand of international Airlines, local Airlines, and many ex surrounding houses owners, companies, ex employers, Coffee Shop Corporate Office, Library and sub-Coffee-Shop stores, Local Governments, Banks, U.S. Military, NASA, Federal Government, White House, Pentagon, Counties and private induvial.

### Jurisdiction

3.      This Court possesses federal diversity under 28 U.S.C. § 1332 as the

parties are diverse in citizenship, and the amount of controversy exceeds the

jurisdictional minimum of $75,000.

## Venue

4.      Venue is proper in the Western District of Texas pursuant to 28 U.S.C. §

1391 (b)(2) because Defendant A.B.I.A. & co. purposely directed their tortious

activities against Plaintiff Saturn in the State of Texas, in the State of Atlanta,

in the State of Michigan and overseas in the city of Montreal of Provence

Quebec and of Country Canada, and caused harm to him in this venue.

## Factual Allegations

5.      This matter arises out of false and defamatory statements by defendant

A.BI.A., acting in their capacity as sole decision makers or public

establishments well established recently with unknown history as the airport

had recently built and established with new naming from the previous one of

name domestic Mueller Airport. The defendant as represented by its agents

and gangs was alleging plaintiff Saturn as stalker and one who had made or

plot car bomb planted in his car while it was parked in his parents' house

garage, and the bomb was supposed to be detonating at 08:30 am..

6.      A.B.I.A. seems to have been conspiring since at least 2002. One of

A.B.I.A. skinny tall employee has been witnessed hanging out in the area. He

may have lived in the area of North West Austin Texas 78759. After long term

stalking A.B.I.A. seems to have succeeded in conspiring on the plaintiff

Saturn with Ex. Tiger Market Store employees from Algeria Noureddine DammouA and else store workers at the Exxon located at the intersection of Braker Ln. and ten thousand block of North Research Blvd. N.W. Austin Tx. 78759.

7.      Plaintiff Saturn had gotten physically attacked in the Tiger Store at Exxon gas station located at ten thousand block of North Research Blvd. North West Austin Texas 78759 on or about September, 2007 at 03:30 am..

8.      Kristen Indiana has been conspiring with the A.B.I.A. worker and the ex-Tiger Market Store workers since then. A.B.I.A. worker and agent had then started to go to Starbucks Arboretum Market early morning to get his coffee as he used to get his coffee from Exxon gas station prior to such incident. I used to stop by to drink red bull. I used to know the Exxon gas station workers, and the Starbucks Arboretum Market baristas and Manager as I used to stop by both locations since 2002.

9.      Another A.B.I.A. agent and worker who is suspect in direct stalking on myself and my immediate family members such as my three nuclear siblings and my two parents had moved to a nearby building at La Mirage Apartment located at 11500 Jolly Ville Rd. Austin Tx. 78759 where I had lived from February-March, 2004 until September, 2008.

10.     Kristen Indiana Starbucks Arboretum Market has been seeking injuries against me, against my three nuclear siblings and my two nuclear parents since 2005. Kristen Indiana has been criminal stalker who has been repeating

same sound of criminal jealousies while going in long term criminal slanderous defamatory public speech.

11.     Kristen Indiana has been seeking the help of the at least two known A.B.I.A. agents to succeed in her long term planned criminal attacks until she had succeeded directly or indirectly on May 16, 2010 and on May 29, 2010 am..

12.     On May 16, 2010 on or about 04:30 am. a skinny white short lady of height of 05'05" or shorter, black eyes, had showed up to the inside of the A.B.I.A. airport near where Delta airlines counter was located near the American Airlines slandering out loud while practicing her anti origin defamatory public speech:" That's Lebanese guy the stalker, he made car bomb in his car, parked in his parents house garage, it is going to detonate at 08:30 am.." An A.P.D. police officer was standing nearby, had reported the slandering to the A.P.D. police dispatcher. I didn't interfere any ongoing behavior. I was just trying to go to the French part of Montreal Quebec Canada to spend couple days in the city of French culture.

13.     A tiny skinny tall guy of short black hair and of black eyes, was walking around the numerous travelers while being dressed up a black suit and white shirt with black tie slandering:" The lady in Starbucks Arboretum Market said that he is stalker. The lady over there has said that he had made car bomb that is going to detonate at 08:30 am., what do you think?" The skinny tall guy was found driving brand new black Chevy SUV. The ex-home owner's condo near the U.S. Western District Court with dealer safe key box attached on its

passenger window. The skinny tall guy waved to me in his hand while he was driving the extended size chevy SUV. To call on the phone. At that time, I was walking back to me car at about 11:30 am. after stopping by the entrance of the building on May 25th., 2010, where there were guys with cowboy hats moving furniture to All My Brothers moving truck. The movers had slanders that" The Lebanese guy the stalker." There is a bar and restaurant at such spot of the building where no one could claim such move as in violation to any laws. Upon walking to the pedestrian bridge where there is a river nearby, someone underneath the bridge had knocked the bridge from underneath very hard. I assumed that the knocker was a drug dealer like the one found hanging on tree branch off Balconies Wood Drive N.W. Austin Tx. 78759 on April, 2010 at 3:55 am..

14.    While riding the Canadian subway during the nine days stay in Montreal Quebec Canada as a daily routine usual, and while all ladies were slandering that's the Lebanese the stalker and the else ongoing updates; a lady had slandered:" That's Lebanese guy the stalker he has emotional disturbance."

15.    The defendant A.B.I.A. & co-defendants should have gone into wide range of uncountable practice of Libel, defamation and even unknown threatening as the defendant ABIA. have gone into contacting airlines, pilots, ABIA. Workers, security companies, aerospace companies, public schools, public universities, public contractors, Military establishments and many else public government agencies placing wrongful defamatory public speech and arising high level of libel about bomb threat.

16.     The defendant ABIA. Should have been engaged in online discussion about the subject and noticed that many other people seemed to be experiencing similar issues to theirs. Defendants were inspired by concepts that they learned while they were growing up.

17.     Upon information and belief, defendant ABIA. has also engaged in a campaign of harassing myself and my immediate family members who live with myself at the same house, and my family members around he globes while often utilizing false allegations whom myself as plaintiff has been disagreeing with.

18.     Defendant ABIA. had placed numerous of phone calls to numerous local, international and regional governments members and high ranks police and military personnel and gangs' leaders warning and rising up warning to a car bomb threat seeking animosities in requesting possible severe condemnations and possibly injuries against the plaintiff Saturn.

19.     As defamatory public speech has arisen, Defendant had gone into cyberstalking against the plaintiff Saturn.

20.     Plaintiff Saturn was forced to spend many days outside the country in Montreal Quebec Canada from May 16, 2010 until May 25, 2010 until Defendant A.B.I.A. cool their defamatory public speech, libel and slandering practice down off public. Plaintiff Saturn was slandered in Montreal Quebec Canada night time: "That's the Lebanese guy the stalker, he's spy."

21.     Plaintiff Saturn has never met the A.B.I.A. agents who were practicing defamatory public speech slandering in the International Airport.

37

22.     Upon return from the nine days trip which was supposed to be two nights stay, Defendant A.B.I.A. represented by Hertz counter office worker had slandered:" That the Lebanese guy the stalker, he's back."

23.     Upon information and belief, Defendant A.B.I.A. represented by its employees, contractors, started stalking the plaintiff Saturn seeking more injuries against the Plaintiff reputation as they kept profiling the plaintiff Saturn in Atlanta Georgia International Airport and in Trudeau International Airport.

24.     Defendant A.B.I.A. has started to stalk Plaintiff Saturn while practicing highly elevated level of cyberstalking, Libel, Public Speech and Slandering.

25.     Defendant A.B.I.A. has reached out to Trudeau International Airport preparing the public for harassments and defamatory public speech.

26.     Defendant A.B.I.A. agent was represented by their agents in Trudeau International Airport had threaten in front of Canadian police officer standing on the side of tarmac exit:" He's F.B.I.. Another agent had slandered: That's the Lebanese guy the stalker, he made car bomb in his car, parked in his parents garage, it had detonated at 08:30 am.." The second agent had slandered her defamatory public speech when I was at the Canadian Patrol Border Agent line waiting my turn to get my U.S. Passport to be stamped for tourist visa entry." The Canadian patrol border agent had slandered:" They are probably doing this because he is Arab, and because the people in Austin Airport are racist."

27.     At all times material herein, upon information and belief, Defendant A.B.I.A. used several different Twitter accounts, public emails, public phone

calls to harass and tortuously injure Plaintiff Saturn. Defendant A.B.I.A. represented directly or indirectly by its agents, employees, representatives, contractors, nearby Texas National Guards Base, nearby Austin Police Department station, City of Austin and on-board DHS., A.B.I.A. Security Guards, Cab Drivers in nearby staging area, Agents to that of Defendant A.B.I.A., giving the appearance that their Libel, Defamatory public speech and slandering was official account of Defendant A.B.I.A., and that they were sending messages on behalf of Defendant A.B.I.A. to warn the communities, their families and their friends in land, in space, in the ocean and abroad of the Defendant A.B.I.A. sound of believe into the malicious slandering defamatory public speech.

28.     Upon information and belief, Defendant A.B.I.A. has also been engaged in a campaign of harassing among other individuals, Public University officials such as the ex-home owners who have been employed by the U.T. Austin, and whom plaintiff would disagree with them on such harassment and biochemical attacks.

29.     The plaintiff Saturn believe that Defendant A.B.I.A. had threaten to attack plaintiff Saturn after returning from his trip to Montreal Quebec Canada while conspiring with the ex-home owners to have their extra keys copies released to a proposed intruder agent(s) to through poison on the plaintiff Saturn while he's asleep and while applying satellites sabotage to magnetize the plaintiff Saturn on the mattress.

30.     The plaintiff believes that Defendant A.B.I.A. had contacted The City of Austin and they had agreed on malicious attack on the plaintiff Saturn.

31.     The forum discussion at A.B.I.A. is primarily maintained by anti-origin moderators chosen from anti-origin community members. Their defamatory public speech slandering and Libel practice appeared to be serious, should have suggest the plaintiff Saturn to be in serious injury and harm while they were all planning to commit violent felony.

32.     Defendant A.B.I.A. were violently believing in committing felony after they were highjacked by permanent Israeli traveler and worker at National Instrument Austin Tx. of nickname father of Tom who may had been profiling the Plaintiff as well as his son was doing in Austin Community College. Tom was slandering defamatory public speech similar to Starbucks Arboretum Market manager hate speech which consisted of: "You see the Lebanese guy over there, he's terrorist."

33.     Plaintiff Saturn had found many new friends on his myspace account with every friend of account with more than fifty thousand users. It was not known what they were doing in their accounts. They may be gangs' stalkers hired by A.B.I.A. managements.

34.     Plaintiff Saturn has never promoted violence against women.

35.     Plaintiff Saturn has never been aware of any no contact, or any restraining order against him. Plaintiff Saturn has never been served with, or put on notice of, any court proceeding against him from any law enforcement

agency or Court, whether initiated by exaggeration by Defendant A.B.I.A. or anyone else of the Defendant A.B.I.A. reference.

36.     Defendant A.B.I.A. and co-defendants had claimed thru its agent in Trudeau International Airport that the Plaintiff Saturn was reported to the F.B.I. for the lying fake alleged misconduct slandered against him.

37.     Plaintiff has excellent reputation.

38.     Defendant A.B.I.A. and co-defendants published all of the false defamatory public speech slandering through emails, text messages and phone calls despite knowing they were false and showing disregard for the truth of the false statements.

39.     Defendant A.B.I.A. and co-defendants defamatory public speech slandering has been published with malice, in an attempt to harass, embarrass, and discredit Plaintiff Saturn personally and professionally.

40.     As directed and proximate result of Defendant A.B.I.A. and Co-defendants publication of the False Statements, Plaintiff Saturn has been harmed and continues to be harmed.

41.     The plaintiff believes that the act of the defendant is unconstitutional. It violated the nineth amendments to the constitution. The Ninth Amendment refers to the rights of "Life, Liberty and the pursuit of Happiness." The defendant has violated the plaintiff right for happiness and hacked his privacies under 5 U.S.C. § 552a(g)(1)(c).

42.     The plaintiff has been seeking consultations from Mr. Ruben Rodriguez Sr. Pc. for almost fifteen years. The plaintiff is of a believe that the A.B.I.A.

employees have been all the incurred damages. Therefore, the plaintiff is seeking lawyers' fees and costs that have incurred and are recoverable under 5 U.S.C. § 552a(g)(2)(B).

43.      Pursuant to 5 U.S.C. § 552a(g)(5), the plaintiff Saturn believe that the cost of hiring The Lawyer Mr. Ruben Rodriguez Sr. Pc. in any uprising or passing by matter(s) whether against A.P.D. in Travis County Criminal Court or for consultation are recoverable.

44.      The plaintiff Saturn believe that the A.B.I.A. has practicing secret racketeer business. The plaintiff Saturn is of believe that" The A.B.I.A. has empowered the U.S. and Texas Air Force and National Guards to interfere and to conduct Malicious Criminal Mischief jointly with the support of the ex-Home Owners John T. Baxendale and Brenda E. Baxendale who work at the University of Texas at Austin.

45.      The plaintiff Saturn believe that every defendant has direct or indirect involvements in harassment, defamation, slandering, violation to privacy involvements against him.

46.      Many of the defendant's businesses: McDonald1, McDonald2, ADAM AHMAD, ZIAD AHMAD, AM PETROLEUM INC., ADAM MOHAMMAD, CORESLAB STRUCTURES INC., HOOK'EM TIRES and PERFECT10 CABARET; have either been hiring illegal immigrants in violations to U.S. laws and City of Austin Ordinance, or have been involved in direct or indirect hiring to criminal gang stalkers where they have been plotting attacks on the plaintiff Saturn.

47.     The plaintiff Saturn believe that every defendant had contracted ABIA. Employees and managements take a criminal action on their behalf as a travel.

48.     All surrounding neighbors started to doing slanderous campaign after being informed by Starbucks barista Kristen Indiana that" She believed that she was stalked by the plaintiff Saturn. However, Kristen Indiana was the stalker since 2004, and she was on the plaintiff Saturn Myspace account since such time, and she was harassing the plaintiff since 2004 that" She liked him, but then she decided not to like him Spring 2009, where Kristian Indiana had started slandering that" She likes the guy, and she would like him to take her out." Upon believe and understanding that" The plaintiff Saturn was thinking to go back to school for Software and Electrical engineering, Kristen Indian had started harassing slanderous campaign in Austin Tx. and on the internet claiming that " The plaintiff Saturn is Lebanese guy the stalker, and people and specially ladies shouldn't talk to him."

49.     Most surrounding neighbors were either intruding the front end of the house, or the siding border of the house or the backyard of the house, or they were even allowing else neighbors and else invited people to jump over the fence from the bordering house at 4611 Beaver Creek Dr. Austin Tx. 78759. There was so many reports to APD., Capitol crimes, FBI., CIA., DHS., Interpol Lyon France during Fall 2009, Spring 2010.

50.     COSTCO were had seemed to had hired or imported new cashier teams to aid Kristen Indiana in her harassing campaign. COSTCO cashiers

were slandering during the final week of ACC Spring 2010 semester that" The Plaintiff Saturn is said a Lebanese guy the stalker by Kristen Indiana." The front end door exit checker short black eyes lady used to slander that" Her friend is anti-Middle Eastern FBI.."

51.      Sarah at Barnes and Nobles used to slander most of the evening at least every night after 9:45pm. Until they closed at 11:00 pm. Or midnight during the weekends:" Cab driver, Cab Driver, Cab Driver, Cab Driver, you see the Lebanese guy over there; he is stalker. He had stalked Kristen Starbucks Arboretum Market Barista."

52.      Most surrounding IT's companies' workers used to hang out at Starbucks Arboretum Market and at Barnes & Nobles as The Domain was under construction since 2005. Starbucks at The Domain didn't open until 2010-2011.

53.      ALL the Simon shopping center involved including The Domain were people who hang out in such shopping place since its inductions used to slander the plaintiff while walking in the shopping centers: "That's Lebanese guy the stalker, he stalked Starbucks Indiana." The plaintiff wasn't stalking Kristen. He used to meet his friend the lawyer in Starbucks places, or he used to sit there to either study or to do Cad drafting or CAD Civil 3D projects. The Simon malls company is headquartered in Indiana.

54.      All ACC workers, students, staffs, contractors, instructors, tutors were involved in harassing campaigns against the plaintiffs after Kristen Indiana

had gone to ACC Campuses and started to claim that" The plaintiff Saturn is Lebanese guy the Stalker."

55.    Firestone is being believed to have been involved in revenge while they were not being able to take care an engine light matter during the Fall of 2005. They kept on trying for more than six times. They couldn't fix it. Firestone had done the worst mistake in the past by over filling the transmission by extra fluid where the transmission had started to make certain kind of disconnected smooth ride. The plaintiff Saturn had thought to sell the car.

56.    Mr. Farouk Shami and his wife and daughter were walking once in the haul of the leased apartment in Dallas Texas near UTD. After Mr. Farouk Shami was talking to a short black guy since the beginning of the Fall 2010 semester. The skinny short black guy was slandering:" The Lebanese guy  is racist." The balck guy among else black guys were involved in numerous gangs activities surrounding the apartment doors and patios and ceilings as at least one was jumping in the ceiling all the times.

57.     Tizani six brothers were involved in revenge against the plaintiff Saturn after they had made more than two-million-dollar profit in three lands and one apartment purchased to them in Abu-Samrah, Tripoli and ALMA North Lebanon between 1998-1999 by my U.S. Citizen father. The Tizani six brothers were involved directly and indirectly in seeking revenge against the plaintiff Saturn as Mohammad Tizani land had gotten stoked in Tripoli North Lebanon courts from 2000 until 2012 after the full power attorney holder,

Australian nephew Mohammad Tabbouleih of the original land seller
Mohammad Hassoun was claimed using fraud full power of attorney.  After
buying the land for Mohammad Tizani for near ninety thousand dollar in full
cost after installing fence to the land; Mohammad Tizani was claimed by sub
lawyers Dalal and Rida Lebanon ex Judge and current lawyer Office Nazih
Eikkeiry selling the land for two hundred fifty thousand dollar less than an else
offer who had paid him seven hundred fifty thousand dollar. However,
Mohammad Tizani had favor selling the land to a guy of last name
Moukaddeim or MmAddeim for half million dollar back in 2012. Mohammad
Tizani used to call my deceased U.S. Citizen mother Roueida Sankari
slandering too loud in her brain that" He needs his money and his land." Else
time, he had told my deceased U.S. Citizen grand-mother 2003-2004, that he
wants his land and his money off being aliened in Tripoli North Lebanon
courts, and do not want to find me a job in his company where he works as
Electrical Engineer with Master degree in E.E. from U.C.-San Diego..
Mohammad Tizani and his five nuclear brothers had always claimed that"
They are Syrian, but born in Lebanon like their mother who was Syrian born,
but she had moved to Lebanon about 1953." Bassel Tizani was hired by
Mohammad Tizani at Intel Corps. Folsom Ca. in1992 with only two ESOL
classes. Bassel Tizani has made more than two million dollar from Intel
Corps. With his very low qualifications. When I had applied to Intel Coprs. On
my own here in Austin Tx. they either denied answering my job application or
they had cancel the job in which I had applied for in Intel Folsom Ca.. Nidal

Tizani who had studied civil engineering in Moscow Russia back in the 80's on the tab of Farouk Moukaddeim (Mmm-Aaa-ddeam), he has been doing uncountable revenge for his brother Mohammad Tizani land being stocked in courts. Nidal Tizani and Nahlah Ayyoubee Tizani revenge have been uncountable since 2000. Nahseda Tizani in Passadena Ca. have been doing unbelievable defamation on my me, my U.S. Citizen deceased mother and she had gone into uncountable attacks on most of my U.S. Citizen father siblings.

58.      Ahmad ALI Sankari and Ghazwa Tarek Shaar Sankari in Oshkosh WI. have always been slandering that" They don't care about the wife of my U.S. Citizen father Sami Ali Sankari, nor about his wife four nuclear children." Same defamation come from Australian Citizen Youssrah Mohammad Ghazi Sablouh Shahhal, Deceased UK. citizen Mohammad Ghazi Sablouh, and UK. Citizen Musbah Mohammad Ghazi Sablouh in Accra Ghana under the reason that" They  are Muslim ShAriA people, and that they do not like, nor do they support non-religious people. In the meantime, they claim that my mother Roueida Saturn come from poor family and that she isn't anything. Else time, UK. Citizen Nazik Ali Sankari Sankari Sablouh and her sister Sana Ali Sankari Abdul-Waheid kept on claiming that they really want their U.S. citizen brother to divorce my deceased U.S. Citizen mother under reason that they do not want to feed the wife and her four children cow seeds on their father sold properties and store rental and earning. Else situations, the two sisters and brother to U.S. Citizen father come attacking that they are not interested that"

My mother four adults children grow too big and high on their children. Or they come to attacking myself and my three nuclear siblings to halting else people children Muslim ShariA mission in America."

59.     The plaintiff Saturn had contacted NASA Astronaut Karen thru her ex Facebook messaging Fall 2009, requesting her to open international satellite coverages over Austin Tx. as the neighbors and most public in the city were involved in arguments about the plaintiff Saturn being profiled Lebanese guy the Stalker.

60.     Motel 6 had a guy who hang out in the ditch who was found many times leaving the neighboring backyard at 4708 Gray Fox Dr. early morning after doing long term after midnight stalking.

61.     Lee County Petroleum under George Awad direct contact has been selling A.M Petroleum and Safa Trading Establishments Inc. fuel for long term at least since Summer, 2005. However, the relationships of the involved businesses have been suspected in racketeering businesses conducts and conspiracies against the plaintiff Saturn who was known had called the ICE. DC. on the named businesses. Jeorje Faddoul had claimed 2012 that" Jeorje Awad is not good." Jeorje Awad is suspected in developing Lebanese civil war mentalities and conspiracies with Christian Lebanese owned businesses in Montreal Quebec Canada while the car bomb roomers were running everywhere in Public in the U.S.A., in Canada and around the globe as travelers were running their routines.

62.      Apple Computer is suspects in discrimination and unreasonable job termination after near two to three months of indirect employments thru a temp agency off hwy 360 north west Austin Tx..

63.      The plaintiff Saturn believe that IBM was directly involved in attacking he plaintiff with sever defamations as its employees were buying coffees and teas or visit Starbucks and Barnes and Nobles and local groceries stores when those two places were the only most favored hang outs for all the IT's employees and local universities and community colleges students.

64.      NI. Has not been doing any fairness in its treatments to the plaintiff Saturn whether by refusing is ex job application to the company, or by allowing one of its Israeli employees to paranoid the company since at least 2009, with Kirsten Indiana and her manager defamation public speeches. The NI. Employees were stressing defamation in the community, in the City, in the international airport by Tom father from Israel, and by Tom from Israel in the ACC NRD Campus and by else Lebanese and non-Lebanese employees at the rear neighboring house at 4611 Beaver Creek Dr. N.W. Austin Tx. 78759 were people to gather at their backyard patio and else times slander knowledge to Tizani brothers. Even the ex home owners John T Baxendale and Brenda E. Baxendale were involved in stalking from the rear neighboring house backyard as John T Baxendale was seen sitting at the rear neighboring house backyard patio at about 08:45 pm at night while California lady who used to slander in ACC NRD:" He brought the FBI. on me."

65.     Malone Wheeler Inc. employee Justin Adkin who may be from Corpus
Christi Tx. was found staying a house at the top of Gray Fox Dr. Saturday
May 29, 2010 about noon until the next day.

66.     On May 29, 2010 at 12:35 pm. After Mohammad Raeid who is
Spectrum worker had stopped by the house intruding the siding of the house
and slandering:" Good it happened to you."; ACC., NRD., tutor from Israel
Jermy who claimed that" He was ex Israeli Army Nuclear Engineer and ex
Mossad." was found passing by in his extended cab, black Chevy pickup
truck; slandering toward 4705 Gray Fox Dr.:"I swear to god or waaa-
Azzeemm."

67.     Bassel Tizani and Maissa JoumouAh Tizani have been enforcing state
of upsetness and state of disappointments since the 1990's as they keep
violating the constitution. Also. The plaintiff U.S. Citizen grand-mother Arwa
Akil Tizani was always complaining about her six sons and about Maissa
Mohammad JoumouAh Tizani specifically as she kept telling her in Starbucks
Folsom California in 1990's that" Maissa Mohammad JoumouAh Tizani is a
Muslim extremist Syrian Arab lady who is willing to do crimes in the name of
Islam and Syrian existing mission. The plaintiff Saturn grand-mother used to
complains all the times, that" Maissa Mohmmad JoumouAh Tizani is so
criminal." Maissa Tizani had claimed in the past that" She wants to create
Syrian Islamic militia and another Syria in America." Bassel Tizani and his five
brothers had annoyed their deceased sister Mrs. Roueida Sankari who is the
plaintiff Saturn mother with the over whelming jealousies and stalking which

have been done on Mrs. Roueida Sankari while such hatred missions were enriched and supported by Bassel Tizani under the title that" They the Tizani brothers do not and didn't want to bring people to be better than them, nor better than their wives, nor better than their children."

68.      TI. Employee was once attending Cad drafting class in which I was in, 2007. It's been believed that" TI. Have had practiced sever defamation on the plaintiff Saturn while even considering to use such attack to sell its electronics products to State agencies and U.S. Federal governments agencies either by being contacted by the new NI. Company which had taking over the ex TI. Or by the new NI. Employees, or by the TI. Employees and children, wives and family's members who used to attend ACC. NRG. Campus or else campuses.

69.      Mamdouh Khamis and Bassel Tizani Intel Technician friend work at IBM. They both are suspects in lobbying conspiracies and defamations in IBM. Worldwide. Another IBM employee conspirator is Salahuddin Sankari Muslim ShariA friend in Malesia.

70.      Keystone Apartment skinny super tall black guy has been intruding the siding of the 4710 Gray Fox Dr. since Spring, 2010 while overlooking the fence from the kitchen window to find out if there are someone at 4611 Beaver Creek Dr.. Onetime past May 29, 2010, a black BMW. SUV. driving by Christian Lebanese civil war lady hired by Jeorje Faddoul was trying to get in touch with the super tall skinny black guy from the street while doing sign language to his apartment patio at the first floor above the ground.

71.     Tizani six brothers and family have been stealing my identities, profiling me the name and the way they like while causing sever defamation on the plaintiff Saturn as they keep on practicing their Muslim extremist life.

72.     Nazik Ali Sankari Sablouh and her son Musbah Mohammad Ghazi Sablouh and Youssrah Mohammad Ghazi Sablouh and deceased Mohammad Ghazi Kamal Sablouh have been lobbying murder on the plaintiff Saturn and his three nuclear siblings and and his nuclear wife since the late 80's. In the meantime, the younger nuclear brother to the plaintiff Saturn has been in the same situation since he was born about 1993.

73.     The embassy of UK., and the embassy of Australia have been guilty in lobbying conspiracies against the plaintiff Saturn either thru Sablouh family or thru Salahuddine Ali Sankari.

74.     The State of California, the State of Wisconsin, The State of New York, The State of New York, The White House, U.S. Senate's and else countries and foreign senators have been contacted dozen of times from those so called relatives seeking defamation against the plaintiff Saturn and his nuclear three siblings and nuclear mother.

75.     Every defendant has been involved in similar different conspiracies and in high level of defamation while fagging:" Who is he? He has become too famous? He is too much known to anyone else in his age?" while pretending discussing the plaintiff Saturn situation with Kristen Indiana and Youssif Ibrahim Yeo and the ABIA., and many else's person's.

76.        2019, there were forty-one billion data britches in the U.S.A. without counting data britches and identities theft in Canada which has system which has been capable to access U.S. Government and people in the U.S. records. Regardless whether people are or have U.S. Citizen or not.

77.    . . .    Musbah Sablouh has been involved in importing canned food from Morocco to Accra Ghana. Musbah Mohammad Ghazi Sablouh has been involved in importing tires and else goods from Turkey since the 1990's. to Accra Ghana. In the meantime, UK. Citizen Musbah Sablouh has been importing trucks cargo containers from Tripoli North Lebanon to Accra Ghana. Deceased UK. Citizen Mohammad Ghazi Sablouh known as Ghazi Sablouh had imported tires and camping gas eye and or else goods from Turkey to Accra Ghana. The plaintiff Saturn believe that" the plaintiff Saturn has suffered identities theft and identities breach from the vendors to Sablouh family as the Turkish vendors and the Moroccan and the Lebanese and the Syrian and else involved African and non-African citizens vendors have kept acting like they would like to get to know the extended family as part of religious protocol and so on.

78.        During the time in which professor Walid Tizani has been teaching in Nottingham University UK, and while doing concerts in Europe and else in the world, plaintiff Saturn and his nuclear siblings and two nuclear parents have been defamed severely as his wife keep praising her family and defaming professor Walid Tizani immediate relatives as professor Walid Tizani wife

Mounira Nnshouee Tizani had gotten position in the Nottingham University Nottingham UK. As assistant professor or as his office assistant.

79.     During the Kristen Indiana defamation campaign jointly with her manager and Youssif Ibrahim Yeo and Tom Israel plaintiff Saturn has been defamed all over the world with the unreasonable noise and sound of harassment by Starbucks Arboretum Market, Starbucks Quebec Canada nd Austin Community College and A.B.I.A. and Atlanta Georgia International Airport and Detroit International Airport Michigan and Trudeau International Airport where the unreasonable sound and noise sounded source of conducting malicious attack on the plaintiff to return unknown and unidentified revenge and targets caused by the U.S. Government for many individuals and many foreign governments and local and foreign governments and States and countries.

80.     So many satellites have been involved in stalking the plaintiff Saturn as a result of Starbucks and ACC and Austin Bergstrom International airport unreasonable sounds and noises which had penetrated the world and the space.

81.     US Government has donated three hundred million dollar annually to Syria during 80's for many years to invade Lebanon. Most of the weapon were purchased from the Ex- Soviet Union while the U.S. Government was in cold war with the Soviet Union. The Syrian army did invaded Lebanon while shooting missing while mischildren as videos footages on YouTube were showing on April, 2010. They were shooting missiles at every residential spot

there was a light on. They invaded people properties and made it their army stages. They raped people. They kidnapped many. They killed so many people unreasonably. One of their top general Mohammad Khallouf had order two hundred fifty people to be murder in one attack in Teibbeineih or Tabbanah Tripoli North Lebanon, while else one hundred fifty people were kidnapped by Syrian military to deep Mediterranean sea where were sung there. Many else people were either kidnapped to Syria or had gotten murdered or hijacked by Syrian army and Syria Assad family.

82.      Zouheir Sankari had died when he had gone to the kitchen in his condo turning the light on while a tank located at Farley Fareaway distance at Ross MaAh or RA-Eass-Mass-Ah, North Lebanon.

83.      Raheef Sankari was murder in fridge company while he was working during holiday with coworker in Frankfort Germany in 1975  by toxic gas. It was said that " His coworker had open gas on him while he was working inside fridge factory. He was then brought to Tripoli North Lebanon. Sami Ali Sankari had taken his long to a hospital in Koura North Lebanon to do Atopsy for him. They found toxic gas in his long. The hospital doctor had claimed that" Now it's international matter, go to your store, do your business as usual, we will take care of the matter from here. His brother Samir Sankari had tried to get visa to go to Germany, however, he was denied to being giving visa.

84.      The plaintiff Saturn doesn't have time for Accra Ghana to do revenge on him and on his nuclear siblings and nuclear parents while Sablouh family

have been enhancing trades and imports and exports from and to Accra Ghana.

85.     A skinny tall body build guy of height 06'00' had shock me up from my neck while lifting me up few inches off the ground while I was in Tiger Mart on or about Oct. Or Nov., 2007.

86.     Nidal M K Tizani had placed cash weapon of unknown sources in Amana Stores since 1999 until after 2012 when a ten years many times appealed lawsuit in Tripoli North Lebanon had won against Mohammad Hassoun and Mohammad Tabbouleih complaint about involvements of fraud power attorney by Mohammad Hassoun land owner nephew Mohammad Tabbouleih during the sale of near eight thousand five hundred square meter in Alma North Lebanon.

87.     Nazik Ali Sankari Sablouh has been calling slandering:"Now that we have killed the mother Roueida Tizani Sankari, we want to kill her daughter the pharmacy doctor, Dr. SANA SAMI SANKARI. Same conspiracies have been found being done from Sana Ali Sankari Abdul-Wahead and Ahmad Ali Sankari and wife and children and sibling Salahuddine Ali Sankari and Musbah Mohammad Ghazi Sablouh and wives and children and his sister Youssrah Mohammad Ghazi Sablouh Shahhal and husband and childrn.

88.     In 1994, Mohammad Ghazi Sablouh had claimed that" Him and his wife had decided to sell the South West Abu-Samrah, Tripoli North Lebanon land because he was planning to go to Accra Ghana to import goods from Turkey. Upon agreeing on the sale of the land for Sharani Building who was seen

many months ago at Rudy's barbecue N. Research Blvd. N.W. Austin Tx. 78759. Upon agreeing on the sale of the sale, Sharan builder had agreed to pay down payment on the sale in Lebanese currency. And, that the rest of the money would be paid in full after two weeks. Sharani builder had lobbied otherwise with the country politicians. Plotting to flip Lebanese currency too low against the dollar as the land was agreed to be sold on Lebanese currency. Sharani didn't pay the rest of the money until after six month when the Lebanese currency had gone too low against the dollar, as the dollar kept going up in its value against the Lebanese currency. Sharani had ended up threatening to kill the seller of the fairly big three different parcels of lands Sami Ali Sankari. The land was owned by Ali Mahmoud El Sankari next of Kenn six brothers and two sisters. The next of kenn persons except for Sami Ali Sankari were claiming that"They want to block my six uncles of growing too big on Mohammad Ghazi Sablouh as it was said to me at least by deceased U.S. Citizen professor Tarek Ali Sankari in Jaddeih or Jaddah University & Abha University.

89.      Since the 80's plaintiff Saturn parents has owned a 28 inches Sanyo Tv., the TV used to catch wireless and landlines Telcom phone calls. In the meantime, the TV which had manual channel search buttons used to catch Tv stations in Europe and Turkey after midnight during the mid 90,s. The TV used to broke down too much. The plaintiff Saturn believe that"The TV may has been causing too much wrongful profiling and too much unknown dramas and scary mood in Sanyo's company. As people may had started to act

irresponsibly accusing the plaintiff Saturn at Sanyo company in being spy, or for spying for unknown sources and countries or countries gorillas.

90.     It's being suspected that many  USCIS agents have conspired against the plaintiff Saturn and against his three nuclear siblings and two nuclear parents directly or indirectly either thru Tizani six brothers and wives or thru Eber Herrera or thru Shaar family or thru Ahmad Ali Sankari connections or thru Adam Ahmad employments and connections because the plaintiff had called ICE DC. on Adam Ahmad and partners for hiring illegal immigrants since the 80's. It's been suspected that "USCIS agents had conspired on the plaintiff Saturn U.S. Citizen deceased mother while she was staying in two different hospitals in Austin Tx. and in three different nursing homes in Austin Tx.. The plaintiff Saturn mother was stalked severely when she was in need for sudden hospitalization after she was Injured by conspiracies and help of Adam Ahmad and partners and employments and businesses and employees and by Ahmad Ali Sankari and his wife acting Lebanese government agent Ghazwa Tarek Shaar Sankari.

91.     The plaintiff Saturn believe that construction equipment's companies employees were involved either directly or indirectly in causing defamation and injuries on the plaintiff Saturn.

92.     Plaintiff Saturn was rejected employment by AECOM even after taking launch with the Austin Civil engineer and his design and drafting crews. One of their senior drafter or designer was from Morocco. He had claimed that" It's better to get hired by small company which operate small office rather than

working at big company doing design and buying the new falling 911 tower which is known as World Trade Center.

93.        Ali Mahmoud El Sankari next of kenn were also known as deceased U.S. Citizen radar engineer Mustafa Ali Sankari who was known had signed contract with the U.S. Pentagon in the early 1970's and then he had worked for Diving Defense from the early 70's until he was laid off with many else coworkers 1998. Three of Mustafa Sankari coworkers had moved to Lockheed Martin during the 98. He had claimed that" He didn't want to go work with them or he didn't want to go work such job which required testing radars on the helicopters after installation after he had done heart surgery. Another Ali Mahmoud El Sankari next of Kenn is the deceased U.S. Citizen Professor Farouk Ali Sankari who was director of University of Wisconsin at Oshkosh. Farouk Ali Sankari had passed away one year after doing heart surgery 1989 thru Doctor Haffar from Syria (There are two; one is neurologist and the second is heart doctor.) in a hospital in Oshkosh or near Oshkosh WI.. It is being believed that the Plaintiff Saturn and his mother have been stalked by satellites as result of Ali Mahmoud El Sankari next of Kenn adult children Muslim Sharia six brother and two ladies without counting an additional son to Ali Mahmoud El Sankari who had die in swallowing medication at age of seven years old. Mustafa Ali Sankari had lost his stocks market values during late 90's or during the 911 terrorist attack on the World Trade Center. The children of the brothers and two sisters of Sami Ali Sankari are anti deceased U.S. Citizen Roueida Tizani Sankari and her four nuclear

adult children because they weren't religious like her and like her deceased
father who used to reside in California during the 90's.

94.      Lifetime Fitness was rocking slandering on the plaintiff Saturn during
Summer 2009 until 2012 while he was being profiling as:" Lebanese guy the
stalker." To many teenage used to come nearby the plaintiff Saturn in the
restroom than they claim: "I saw his dick is big."

95.      Sana and Nazik and Ahmad and Salahuddin Ali Sankari and their adult
children ad grand children have always been attacking the deceased U.S.
Citizen Roueida Tizani Sankari or Roueida Sankari and her four nuclear
children while slandering: "We as they do not care about religion, nor about
education, they only care about religion and sharia and not growing too high
and too big on their homeless Mohammad Ghazi Sablouh and his their else
homeless Mohammad Mayez Abdul-Waheid. They keep on slandering:"
Thanks God, their father had left them properties, not like y'll who come from
trashy family. Then came the else contradictions from Mohammad Ghazi
Sablouh as Ghazi Sablouh claiming that" The in laws Of Sami Ali Sankari had
grown too big on Ghazi Sablouh since time he had brought Sami Ali Sankari
to them. Ghazi Sablouh had kept on defaming Khaled Tizani and his wife and
seven adult children while claiming that" They are trashy family, Shaar family
are people." Sami Ali Sankari used to agree with him claiming that" They are
trash. I don't care about them."

96.      Ahmad Ali Sankari have been slandering since 1994 that" He doesn't
care about the wife of Sami Ali Sankari and her four nuclear children. He only

wants his brother identity to be kept for him, and that his wife sister wanted to
marry about 1994. If he wanted to, she was looking to get married. Ahmad Ali
Sankari and his wife and three nuclear adult children and grandchildren in
Oshkosh Wisconsin are always sources of defamation on Roueida Sankari
and her four nuclear adult children. Ali Mahmoud El Sankari six sons and two
daughters have always been sources of defamation and career stoppers on
Roueida Sankari four adult children.

97.     The two hospitals and the three nursing homes involved in the care
and custody of Roueida Sankari are suspect in negligence, false claim, anti-
origin malpractice and in the recommendation to refusing the deceased U.S.
Citizen patient Roueida Sankari who was in need to getting hospitalized for
longer duration of time at Dell Seton Medical Center at The University of
Texas. We believe that" There were sever stalking from Adam Ahmad and his
partners and from Ala Awshah and from doctors and nurses and workers and
contractors and volunteers who work in the hospital and from Dell Jewish
Center at Fare West Blvd. N.W. Austin Tx. 78733 and their security guards
and visitors and contractors in revenge to calling ICE DC. on Adam Ahmad
and partners and on McDonald and else employers in town for hiring
numerous illegal immigrants.

98.     Intel Corporation has been practicing secret revenge on the plaintiff
SATURN for recommending from the FBI to lobby to demolish the EX.
Concrete Intel Corp. building which was on its concrete bone for many years

since at least late 1990's, and to build Federal Court in its place since Austin Tx. didn't have this special type of U.S. Federal Court.

99.        Lots of things have been complained about to the FBI. And ICE. and CIA and DHS. HQ.s. in DC. which have been causing sever revenge on the plaintiff SATURN whether direct revenge from parties involved or their relatives and friends or from hiding parties and hiding politicians whom have been protected by laws and police departments.

100.        Khaled Tizani used to buy brand new cars from Citroen and Vauxhall company every year for so many years while exporting fruits such as citrus and lemon from Tripoli North Lebanon to France, Iraq, Jordan and Egypt until so many containers had gotten stocked at the border of Syria and Jordan for so many days or weeks until the fruit had gotten into bad shape, ineligible to be sold.

101.        It's been believed that the Citroen and Vauxhall companies have been seeking queries about their customers in Tripoli North Lebanon as Khaled Tizani who was the father of Roueida Sankari used one of the rare who own brand new cars in the city and the region or nearby countries as Syria still have been suffering lack of cars in its country. Akil family whom are relatives to deceased U.S. Citizen Arwa Akil Tizani have been defaming Khaled Tizani while attacking him at the Citroen and Vauxhall companies while claiming that was too far back. However, the claim is too far not to be believed that companies seeks queries about their customers and try to spy

as much as possible especially when employees go too bad against their employer customers.

102.        Shaar have always been aided sources of religious brain wash against Roueida Sankari and her four adult children to their sister husband brother Sami Ali Sankari and his two sisters Sana Ali Sankari Abdul-Waheid and Nazik Ali Sankari Sablouh and Salahuddine Ali Sankari.

103.        Before the death of Mrs. Rourida Sankari, her six brothers and their wives and children and her husband brothers and sister husbands and children and grand children kept on attacking her while claiming that" Her children had grown too big on them, and while slandering:" Why, who are they? Thanks, our father had left properties. We ain't in need for y'll. We are not homeless like y'll. Happiness is against their religious. Buying so many brand-new cars ain't to be repeated against. Y'll ain't anything."'" The two sisters of Sami Ali Sankari jointly with the companies of Ghazwa Tarek Sha-Ar Sankari and Ahmad Ali Sankari have been pledging murder on Mrs. Roueida Sankari and her four nuclear children. They ain't anything in the world to enforce economic distress and emotional distresses on the Plaintiff SATURN and his three nuclear siblings and his nuclear mother.

104.        Construction equipment's companies have always been reliance and dependances for all major U.S. Government agencies and its subsidiaries governments and most ex employers and vendors or merchants or shopping centers. During time, Kristen Indiana was striking attacks in

public, she was seeking any source of harassment to attack the plaintiff Saturn.

105.         Deceased U.S. Citizen Arwa Akil Tizani has always complained about Maissa JoumuAh Tizani being criminal having so much criminal plots and disastrous thoughts and plans for America since the mid 1990's.

106.          The store in Tripoli North Lebanon has always been loosing since 1994. I was only bringing fifty cent per day for Sami Ali Sankari while he had forty- five thousand-dollar annual expenses for his own family. The land in Assoun was overtaken by Riad Sankari who had decided to burn it down after getting annoyed of serving it with no profit to be earned. The citrus land in third alley in Baddawee North Lebanon wasn't making much income, and each owner shares didn't get valued for more than ten thousand dollar until recently after the region had gone into subdivision plans and re mapping the meter may have gone up to near four thousand five hundred dollar per square meter. The price per meter may have gone much higher as the land is close to the Mediterranean Sea. Riad Sankari and his nephews and sister Raja Sankari have been partners there. Since 1998, I have taken over the full ownership of all properties of my father as he was facing lawsuit against him from the seller of the land in Alma North Lebanon. There was subdivision plan which had hit the uninhabited lands area near the Mediterranean which had changed people actual land parcel location to else place while loosing many square meters for creating adjacent roads. However, they didn't pay for the lost square meters other than twenty dollar per meter while the square meter

was worth near three hundred dollar if one want to sell. But, didn't want to sell.

107.        The Sharani building land is currently worth twenty-five million dollar, and the opposite land is worth seven million dollar. However, the municipality of Tripoli North Lebanon had stolen too much of those lands after the sell of three or two parcels to Sharani. He front parcel was stolen by the municipality of Tripoli North Lebanon which had gone into paying very cheap amount of money seven years after stealing the land to use it for high way expansion under the name of new department which is called department of enhancing and building. The Sharani building has many condos facing the open Mediterranean Sea views. Each condo was sold for near fifty-five thousand dollar when it was built as Haissam Hajjar had gone jointly with his father to the Shrani builder to ask and see how big and how much each condo was? Hadi Hajjar used to slander 1992 that" He wants that big land to be built up as he was annoyed of seeing that big and twenty five feet elevated stony land above the ex-two lane street which was open during the French colony.

108.        A video tape on youtube has shown the U.S. Marines were driving by in Tripoli Old City small road near the old historic citadel which was built in 450 ac., during the 1960's during the W.W.II. The Syrian army crimes in Teibbeineih North Lebanon and their crimes in dumping too many people in the deep high Mediterranean Sea in the early eighty's was found on YouTube

and it was shown on my ex-Facebook page for a while. After deleting the YouTube videos links, such links had never been found.

109.      Due to the nature that Algerian Berberian used to work at Target Arboretum 2009-2010 (Walid,…), the plaintiff Saturn was defamed severely by the Algerian workers for the benefits of Kristen Indiana Starbucks Arboretum Market barista and manager slandering and unreasonably lobbied noisy defamation public speeches. In the meantime, Sofiane Barache used to slander Walid from Algeria: "Walid Shewawa."

110.      Google has been stalking the plaintiff Saturn directly and indirectly for too long while providing Google engine searches to unknown people whom they won't be discoverable by the plaintiff Satuen.

111.      The Plaintiff Saturn had applied to Budweiser and was not hired,, 2006.

112.      The plaintiff Saturn had applied to FedEx in the airport and he was rejected of being hired even tough they were hiring.

113.      The plaintiff Saturn had applied to Motorola Seguin Tx., and he wasn't hired even after he was laid off from Dell pn1 and pn2 off Haword ln. for not being able to stretch employment beyond nine months as temporary worker  without taking three months off being employed by Spherion technology or Del Inc. indirectly.

114.      Car dealers and banks have been stalking the plaintiff Saturn unreasonably and maliciously.

115.        Banks have been stalking the plaintiff Saturn for too long while providing his information to anonymous people to their employees and by their employees without consideration to any applicable federal laws or Supreme laws.

116.        Australian Youssrah Monammad Ghazi Sablouh Shahhal had dumped the plaintiff Saturn on sharpe edges concrete stair well in her ex father rental house in Beka-Seiffreen Mountain town in North Lebanon high mountain when he was two or three years old. She has been showing so much conspiracies against the plaintiff Saturn career in Aerospace and Civil engineering jointly with her British brother Musbah Mohammad Ghazi Sablouh.

117.        State of secretary must represent in trouble corporations as per Texas State Laws.

118.        The plaintiff Saturn had applied to Samsung in the past when they first open and he wasn't hired.

119.    .    Apple Inc. Had recommended from the temporary hiring agency to stop my employment at them u reasonably even after two months of employments.

120.        All three nursing homes have been suspected in negligence and anti origin treatments.

**Count I: Defamation – Libel, Libel Per Se, Slander**

121.        Plaintiff Saturn repeat and re-alleges each and every allegation contained in paragraphs 1-120 as though set forth herein.

122.      Defendant A.B.I.A. and re-published the false Statements of and concerning Plaintiff Saturn on the Internet by emails, twitters, and thru any else available internet wireless and wired communication, and other mediums, asserting and creating the false impression that, among other things, Plaintiff Saturn stalks women, is suicide, is cab driver, has seven lawsuits against him, had stalked Kristen Indiana Starbucks Arboretum Market, is any else deteriorated description as it was created by Starbucks Arboretum Market manager during her time of work during Summer, 2009.

123.      The false statements contained therein ascribe to Plaintiff Saturn conduct, character, and conditions that adversely affect this fitness for the proper conduct of his business, trade and profession.

124.      The False Statements contained therein have grievously fracture Plaintiff's Saturn' standing in the community of respectable society by producing a negative impression of Plaintiff Saturn in the minds of smart and average persons among whom the False Statements are intended to circulate.

125.      The False Statements are intended to, and do indeed, create the impression that Plaintiff Saturn maintains and promotes values and incites violence against women.

126.      Defendant A.B.I.A. and co-defendants published the false statements without authorization or consent. Pursuant to 28 U.S. Code § 4101 (1), the plaintiff is seeking damages and injunctive relieves. In the meantime, the plaintiff Saturn believes that the defendant has violated the

constitution under the American federal law system where defamation claims
are largely governed by state law, subject to the limitations imposed by the
free speech and press provisions of the First Amendment to the U.S.
Constitution as interpreted and applied by the Supreme Court and other
courts.

127.     The False Statements constitute Libel per se as they are false,
defamatory, impugn Plaintiff Saturn' reputation, impute criminal conduct to
Plaintiff Saturn and injuriously affect Plaintiff Saturn' reputation career, and
business practice and trade.

128.     Upon information and belief, the False Statements were read by
visitors of the Internet, throughout the State of Texas and throughout the
Greater Austin Metropolitan area, and throughout the State of Georgia, and
throughout the Province of Quebec of City of Montreal and State of Canada
including but not limited to Plaintiff Saturn' current, past and prospective
business practice, neighbors, Collegiate, classmates, and people in public.

129.     As direct and proximate result of the False Statements, Plaintiff
Saturn has suffered significant reputational harm and sustained actual
damages including, but not limited to, loss of capital and revenue, loss
productivity, expenses incurred, and loss of intangible assets in an amount
exceeding the jurisdictional minimum of Seventy-five Thousand Dollars
($75,000.00), with the exact amount to be proven at trial.

130.     Plaintiff Saturn requests a permanent injunctions halting the
continued discrimination of the False Statements described herein, and

further ordering Defendants to remove the False Statements described herein, and further ordering Defendant A.B.I.A. and co-defendants to remove the False Statements from the internet, government emails, government wireless systems, government aviation software and radio communications, private text messages and privates phone calls, facsimiles, telefaxes, government purchased cellphones, pagers and text messages, google search engine, Yahoo, Internet texting software, emailing software and systems available to be used by public by attaching any email address for sender and receiver like one service which was offered as courtesy on U.S. Congress website, Instagram, twitter, myspace, online and insight blogging, private businesses internal communications, Foreign International Airports, Local Airports, regional International Airports, Continental International Airports, governments internal communications, secret agents, secret chatting, secret conspiracies make and convened on thru the airport managements and contacted local regional, U.S., States, Foreign countries, politicians and URLs containing those statements, from their respective search results. Plaintiff Saturn further requests that Defendant A.B.I.A. are enjoined from further activity that would defame and otherwise continue to inflict harm to Plaintiff Saturn. Without a permanent injunction judgement of this Court, Defendant A.B.I.A. false statements will continue their tortious campaign against Plaintiff Saturn.

### Count II: Invasion of Privacy – False Light & Conspiracy

131.     Plaintiff Saturn repeats and re-alleges each and every allegation contained in paragraphs 1-130 as though set forth fully herein.

132.     Defendant A.B.I.A. & co-defendants did willfully conspire to deprive Plaintiff Saturn of his day in court and violated his civil rights in violation of 42 U.S.C. § 1985(2) by conspiring with the couple John T. Baxendale and Brenda E. Baxendale who were ex-home owners of my ex leased house by being promised to have the Plaintiff Saturn as the tenant and lessee harassed by an intruder supplied with biochemical weapon, satellite sabotage and wireless WiFi. gps. tracking device and extra keys copies of ex-homeowners to intrude the house while Plaintiff Saturn would be sleeping.

133.     Through the False Statements, Defendant A.B.I.A. & co.-Defendants have been given publicity (i.e. widespread dissemination on the Internet) to matters concerning Plaintiff Saturn that unreasonably place Plaintiff's Saturn in a false light before the public as the Publications create the false impression that Plaintiff Saturn maintains and promotes extremist values and engages in criminal activity.

134.     The False Statements contain such major misrepresentations and create such a false impression of Plaintiff Saturn' character, history activities, and beliefs that serious offense may reasonably be expected to be taken by a reasonable person in his position.

135.     The false light in which Plaintiff Saturn has been placed would be highly offensive to a reasonable person. Pursuant to 28 U.S. Code § 4101 (1), the plaintiff Saturn is seeking injunctive relief against the defendant A.B.I.A..

136.     Defendant A.B.I.A. & Co. Defendants actions constitute actual malice as they had knowledge of or acted in reckless disregard as to the falsity of the publicized matters and the false light in which Plaintiff Saturn would be placed.

137.     The false light in which Plaintiff Saturn has been placed has caused and would cause mental suffering, shame, and humiliation to a person of ordinary sensibilities.

138.     Pursuant to 28 U.S. Code § 4101(1), and as a result of the false light in which Plaintiff Saturn has been placed in, Plaintiff Saturn has suffered harm to his interest in privacy, emotional disturbance, and special damages, in an amount exceeding the jurisdictional minimum of Seventy-Five Thousand Dollars ($75,000.00), with the exact to be proven at trial.

## PRAYER

139.     WHEREFORE, Plaintiff Johnny Saturn demands judgement against defendants A.B.I.A. & Co-defendants as follows:

    (a) Injunctive relief that Defendant A.B.I.A. and Co-defendants are prohibited from republishing the False Statements about Plaintiff Saturn, his family, friends and lawyer friend, and lawyer friend family.

    (b) Permanent deletion of the False Statements which name or make reference to Plaintiff Saturn;

(c) Actual and/or compensatory damages, and punitive damages where available, in an amount exceeding the jurisdictional minimum of $75,000.00 with the exact amount to be proven at trial;

(d) Costs of this action, reasonable lawyer fees, and pre- and post-litigation interest at the maximum rate provided by any laws;

(e) For any and all other relief to which the Court determines Plaintiff Saturn in entitled.

(f) Actual damages in the amount of $ 999 Sextillion dollar.

(g) Punitive damages in the amount of $999 Decillion dollar.

(h) Interest on such damages as allowed by any laws.

(i) Cost of suit; and

(j) Such other and further relief as the court deems just and proper.

Respectfully

_____

Johnny Saturn

701 W. 28TH. ST., APT.#513A.

AUSTIN, TX. 78705

Johnny.Saturn6@gmail.com

+1(512)506-0695 Voicemail

+1(212)966-6666 Fax

Lawyer friend for the Plaintiff:

"Mr. Ruben Rodriguez Sr. Pc."

Bar Card Number: 17148535

TX. License Date: 05/04/1990

328 Heartwood Ln., Ste.#101

Austin, Tx. 78745

4301 W William Canon Dr.,

Ste. #B150236 236

Austin, Tx. 78745

RubenRodriguez@centraltexaslaw.com                    Tel: +1-512-707-7190