

FROM: (972) 263-0042
FedEx Office
841 MacArthur Park
Irving TX 75063
US

SHIP DATE: 30NOV20
ACTWGT: 1.03 LB
CAD: 106857343/WSXI0000

BILL SENDER

TO US WESTERN DISTRICT CLERK OFFICE

501 W. 5TH. ST. STE. 1100

AUSTIN TX 78705
(512) 506-0695
INV:
PO:    DEPT:

REF: FXO #1016026532205560

(US)



FedEx
Home Delivery

[H]

TRK# 3995 3702 0886

78705



◄ Insert shipping
document here.