**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

FILED

2021 JAN 21  AM 10: 34

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____

JOHNNY SATURN

VS

AUSTIN BERGSTROM INTERNATIONAL

AIRPORT ET AL

§
§
§
§
§
§
§
§
§

**CASE #** 1:20-CV-1176-LY

## ORDER

Before the Court is Plaintiff's complaint. Plaintiff neither paid the applicable filing fee nor filed an application to proceed *in forma pauperis*.

It is therefore **ORDERED** that the Clerk shall forward to Plaintiff an application to proceed *in forma pauperis* and that Plaintiff, within thirty (30) days of the filing of this Order, must submit either the filing fee of $402.00 or a completed application to proceed *in forma pauperis*. Failure to comply with the Court's order may result in the dismissal of this case for want of prosecution.

SIGNED this the 21st Day of January, 2021

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE