IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____  §
                                §
V.                              §   Case No. _____
                                §
_____  §
                                §

**APPLICATION TO PROCEED IN FORMA PAUPERIS
AND FINANCIAL AFFIDAVIT IN SUPPORT**

I, **_____**, declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

In further support of this application, I answer the following questions:

**Applicant's Name**: _____

**Applicant's Home Address**: _____

**Questions Regarding Ability to Pay**

**Employment**:

Are you now employed?   Yes ☐   No ☐   Am Self Employed ☐

If yes, how much do you earn per month?  $ _____

1

If no, give month and year of last employment  _____

How much did you earn per month?  $ _____

Name and Address of current or prior employer:



If married, state Spouse's name: _____

Is your Spouse employed?   Yes ☐   No ☐

If working, how much does your spouse earn?  $ _____

Do you receive any funds from relatives or for child support?  If so, how much per month do you receive?  $ _____

**Other Income:**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments (such as Social Security benefits), or other sources, including government benefits (such as A.F.D.C. or Social Security disability benefits)?   Yes ☐   No ☐

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

2

**Cash:**

Have you any cash on hand or money in savings or checking accounts?   Yes ☐   No ☐

If yes, state total amount:  $ _____

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?

**Property:**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ☐   No ☐

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

**Family Status and Dependents:**

Marital Status:  Single ☐   Married ☐   Widowed ☐   Separated ☐   or Divorced ☐

Total Number of Dependents: _____

Are any of your dependents employed?  If so, where:

How much do your dependent(s) earn monthly?  $ _____

3

List persons you actually support, your relationship to them.

_____

_____

_____

_____

Do you pay alimony or child support or any other court-ordered payments?   Yes ☐   No ☐

If yes, list how much and describe:

**Monthly Debts of Applicant and/or Dependents**

| Type of Debt | Name of Creditor | Total Debt | Payment |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

**Monthly Expenses of Applicant and/or Dependents**

Rent or House Payment:           $ _____

Electric & Water Bills:          $ _____

Gas:                             $ _____

Phone:                           $ _____

Insurance:                       $ _____

    For what purpose: _____

Prescriptions: $ _____

    For what purpose: _____

Transportation/Car Payments: $ _____

    For what purpose: _____

Medical Bills: $ _____

    For what purpose: _____

Legal Bills: $ _____

    For what purpose: _____

Loans: $ _____

    For what purpose: _____

Miscellaneous: $ _____

    For what purpose: _____

Is there any more information the Court should consider in making its determination?

## **AFFIDAVIT OF APPLICANT**

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: _____

Printed Name: _____

Date: _____