**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JOHNNY SATURN** | § | |
| Plaintiff, | § | |
| **vs.** | § | **No. 1:2020CV01176** |
| | § | |
| **AUSTIN BERGSTROM INTERNATIONAL** | § | |
| **AIRPORT (A.B.I.A.), ET AL.** | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT, TARGET CORPORATION'S**
**RULE 12(b)(6) MOTION TO DISMISS**

On this day came on to be heard Defendant, Target Corporation's Rule 12(b)(6)

Motion to Dismiss.

The Court, having considered said Motion, is of the opinion that said Motion should

be in all things GRANTED.

SIGNED this the _____day of _____ 2021.


_____
Presiding Judge

1300-041/Order Granting Target Mot to Dismiss