**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JOHNNY SATURN,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **vs.** | § | **NO. 1:20-cv-01176-LY-SH** |
| | § | |
| **INTEL CORPORATION** *et al.*, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |
| | § | |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is given that the undersigned, Janice L. Ta, hereby enters an appearance for

Defendant Intel Corporation in the above-entitled case and requests that all future pleadings and

papers filed under Fed. R. Civ. P. 5 be served on him through the Court's CM/ECF system.

Dated:  February 19, 2021                    Respectfully submitted,

                                   */s/ Janice L. Ta*
                                   Janice L. Ta (Texas 24075138)
                                   JTa@perkinscoie.com
                                   PERKINS COIE LLP
                                   500 West Second St., Suite 1900
                                   Austin, TX 78701

                                   ATTORNEY FOR DEFENDANT
                                   INTEL CORPORATION

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on February 19, 2021, all counsel and parties of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Janice L. Ta*
Janice L. Ta