# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **JOHNNY SATURN,** | § |
| *Plaintiff*, | § |
| vs. | § NO. 1:20-cv-01176-LY-SH |
| **INTEL CORPORATION** *et al.*, | § |
| *Defendant*. | § |

## INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) Defendant Intel Corporation states that it is a publicly held corporation but does not have a parent company or any publicly held corporation owning 10% or more of its stock.

Dated:  February 19, 2021            Respectfully submitted,

*/s/ Janice L. Ta*
Janice L. Ta (Texas 24075138)
JTa@perkinscoie.com
PERKINS COIE LLP
500 West Second St., Suite 1900
Austin, TX 78701

ATTORNEY FOR DEFENDANT
INTEL CORPORATION

## **CERTIFICATE OF SERVICE**

    Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on February 19, 2021, all counsel and parties of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                        */s/ Janice L. Ta*
                                        Janice L. Ta