**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **JOHNNY SATURN,** § <br> § <br> *Plaintiff*, § <br> § <br> **vs.** § <br> § <br> **INTEL CORPORATION** *et al.*, § <br> § <br> *Defendants*. § <br> § <br> § | **NO. 1:20-cv-01176-LY-SH** |

**ORDER GRANTING DEFENDANT INTEL CORPORATION'S
MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

Before the Court is Defendant Intel's Motion to Dismiss Pursuant to Rule 12(b)(6). After consideration, the Court is of the opinion that said Motion should be GRANTED. IT IS THEREFORE ORDERED that Plaintiff's Complaint is dismissed.

Dated: _____, 2021

                                                                               JUDGE SUSAN HIGHTOWER