United States District Court
Western District of Texas
Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Meroney, Ranelle M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, February 22, 2021 |
| Re: | 01:20-CV-01176-LY / Doc # 11 / Filed On: 02/22/2021 04:20 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Certificate of service reflects service via CM/ECF. Not all parties are registered to receive Electronic Notice.  Please file an Amended Certificate of Service as a SEPARATE PLEADING. Use the "Certificate of Service" event under the "Service of Process" menu.  Certificate of Service should be in pleading format including case style, case number and proper heading.