UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY SATURN, | § § § | |
| Plaintiff, | § | |
| vs. | § § § | No. 1:20-CV-01176-LY-SH |
| AUSTIN BERGSTROM INTERNATIONAL AIRPORT (A.B.I.A.), *et al.* | § § § § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT BAE SYSTEMS, INC.'S**
**MOTION TO DISMISS UNDER RULE 12(b)(6)**

Before the Court is Defendant BAE Systems, Inc.'s Motion to Dismiss pursuant to Rule 12(b)(6). After consideration, the Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Complaint is dismissed.

Dated: _____, 2021        _____

JUDGE SUSAN HIGHTOWER