IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHNNY SATURN,<br>   *Plaintiff*<br><br>v.<br><br>AUSTIN BERGSTROM<br>INTERNATIONAL AIRPORT, et al.,<br>   *Defendants* | §<br>§<br>§<br>§   Case No. 1:20-CV-01176-LY-SH<br>§<br>§<br>§<br>§ |

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

TO: THE HONORABLE LEE YEAKEL
   UNITED STATES DISTRICT JUDGE

Before the Court are Plaintiff Johnny Saturn's Amended Complaint, filed December 1, 2020 (Dkt. 3); Defendant Target Corporation's Rule 12(b)(6) Motion to Dismiss, filed January 26, 2021 (Dkt. 5); Defendant Intel Corporation's Motion to Dismiss Pursuant to Rule 12(b)(6), filed February 19, 2021 (Dkt. 9); Defendant H-E-B, LP's Rule 12(b)(6) Motion to Dismiss, filed February 19, 2021 (Dkt. 10); and Defendant BAE Systems, Inc.'s Motion to Dismiss First Amended Complaint Under Rule 12(b)(6), filed February 24, 2021 (Dkt. 13). The District Court referred all pending and future motions in this case to the undersigned Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**I. Background**

On January 21, 2021, the Court ordered Plaintiff to submit either the filing fee of $402 or a completed application to proceed *in forma pauperis* within thirty days. Dkt. 4. The Court also warned Plaintiff that failure to comply with the Order could result in dismissal for want of prosecution. *Id*.

1

§ 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**SIGNED** on February 25, 2021.

                                                SUSAN HIGHTOWER
                                                UNITED STATES MAGISTRATE JUDGE