FILED

MAR 0 1 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Dear

US Western District Clerk Office

In reference to case# 1:20-cv-01176

Please find ten pages attached of ten used cars imported from their country of origin in Germany and France to Lebanon from the 1960's to the 1980's. Three cars where owned by parent. Else cars were owned by relatives who either used to transport us or to take us with them on promenade in their used cars. It's being suspected that these used cars have been tracked by their ex owners who used to own them in their country of origin, or car makers companies have been contacted by importers, transporters, governments, police agencies or stalkers to track us as people whom had gone to America without return to visit Lebanon......

7:08 ... 78%

⌂  🔒 google.com/search?q=198  ③  ⋮

benz w123        w123 year



🏷 Product

Show all images

ιν com ›



 The Telegraph

**UK's rarest cars: 1982 Renault 18 Turbo, one of only four left on ...**

Images may be subject to copyright. **Learn More**

 Simca-Talbot Horizon
Car model

Taleb Baradeii father used to own old 1983 faded gray Mercedes wagon



Davids Classic Cars

## Mercedes 300TD WAGON TURBO DIESEL SURVIVOR for sale - Mercedes ...

Images may be subject to copyright. **Learn More**











 Pinterest

**BMW 1987 E28 528i shadow line, auto ,low miles, collectors car ...**

Images may be subject to copyright. **Learn More**

 BMW 5 Series (E28)



 autoevolution

## BMW 7 Series (E23) specs & photos - 1977, 1978, 1979, 1980, 1981 ...

Visit

Images may be subject to copyright. **Learn More**

**BMW 7 Series (E23)**
Car generation

google.com/search?q=196



Peugeot 504

**Our Peugeots - Peugeot 504**

Visit

Images may be subject to copyright. Learn More

### Related images



Peugeot 504 - Wikipedia
en.wikipedia.org





French-Cars-since-1946 • 1973 Pe...
pinterest.com







RECEIVED
MAR 1 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Johnny Saturn
701 W 28 Th. St.
513A
Austin TX 78705
Johnny.Saturnn@gmail.com

0004068958000011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA


