Dear

U.S. Western District Court

In reference to case # 1:20-cv-01176

Please find attached exibit E of nine pages.

Thanks

Johnny Saturn

FILED

MAR 01 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK









## ORIGINAL

| | | | |
|---|---|---|---|
| YEAR MODEL | MAKE OF VEHICLE | | 40203724 |
| 1992 | MAZD | | BODY STYLE |
| | TITLE DOCUMENT NUMBER | | 4D |

22731236368171505  08/17/1999

3700   JCD84P

TX

63355

**ACTUAL MILEAGE**

CU
STE 100

1ST LIEN RELEASED  17 Aug 01

BY  *[signature]*
AUTHORIZED AGENT

2ND LIEN RELEASED _____  DATE

BY _____
AUTHORIZED AGENT

3RD LIEN RELEASED _____  DATE

BY _____
AUTHORIZED AGENT

(HUSBAND)

...SIGN USING HER FULL NAME, SUCH A...
...DOE INSTEAD OF MRS. JOHN DOE...

...ERASURE, ALTERATION, OR MUTILATIO



# DEFAULT JUDGEMENT

The above titled and numbered cause came on for trial in the Travis County uncontested docket Court law no 1 for breach of contract. The Court being regularly in session at the place where the cause was commenced, in which cause Plaintiff is AL SAMI SANKARI and Defendants are MICHAEL ROBERT LONG, RAY MONDO LOPEZ and UWE ...

... the Judge thereon Court regularly called this cause in its order on the docket ...

... Plaintiff present in Court and Judge duly ...



# Writ of Execution

**AL SAMI SAMKARI VS MICHAEL ROBERT TONG, RAY MONDO LOPEZ & UWE I. MENDEL**

Cause No. C-1-CV-11-007975
County Court at Law No. 2
Travis County, Texas

**THE SHERIFF OR ANY CONSTABLE WITHIN THE STATE OF TEXAS:**

WHEREAS, AL SAMI SAMKARI, Plaintiff on SEPTEMBER 8, 2011 in COUNTY COURT AT LAW NO. 2 of Travis County, Texas, recovered judgment against Defendant, MICHAEL ROBERT TONG, whose last known address is 17019 SIMSBROOK DR, PFLUGERVILLE, TX 78660, for the sum of $5,000.00; interest rate of 5% from entry of judgment, and that execution should issue the total of $5,680.00; and recovered judgment against RAY MONDO LOPEZ, for the sum of $5,250.00; interest at the rate of 5% from entry of judgment; and that execution should issue the total of $6,390.00; and recovered judgment against UWE I. MENDEL, for the sum of $800.00; interest at the rate of 5% from entry of judgment, and that execution should issue the total of $1,120.00.

AND WHEREAS said judgment is entitled to the following credits: NONE

THEREFORE you are commanded to proceed without delay to levy upon property of said Defendants found in your county not exempt from execution and sell same according to law in satisfaction of said judgment, including the costs of executing this writ, less the credits hereinabove set out.

HEREIN FAIL NOT, but make due return of this execution to said County Clerk on or before 90 days from the date hereof, with your return thereon endorsed showing how you have executed the same.

Issued January 29, 2014, by Dana DeBeauvoir, County Clerk, Travis County, Texas.

By _____, DEPUTY
   C. JONES

Attorney:
AL SAMI SAMKARI, PRO SE
1710 GRAYFOX DR
AUSTIN, TX 78750
512-300-4100

RETURN

| | |
|---|---|
| '72 Mazda | |
| | PRICE $1300 |

| | | |
|---|---|---|
| TOTAL CASH PRICE | $1300 | |
| State Sales Tax | $81 | |
| | $54 | |
| | $33 | |
| | $1 | |
| SUB-TOTAL | $1465 | |
| Cash Tendered | $1300 | |
| TOTAL DUE | $168 | |

☑ CASH SALE ☐ FINANCED

Date: 07/28/04

EXHIBIT E

Johnny Saturnn
701 W 28 Th. St.
513A
Austin TX 78705
Johnny.Saturnnn@gmail.com

0004060514000011
U.S. WESTERN DISTRICT COURT
AUSTIN DIVISION
501 w 5th. St. Ste.#1100
Austin TX 78705
USA

1:20-cv-01176-LY

RECEIVED
MAR 1 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY