FILED

MAR 0 2 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

RECEIVED

MAR 2 2021

CLERK, U S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

000407740400001
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste #1100
Austin TX 78705
USA

John Saturn
John Saturn
701 W 28th St Ste 513A
Austin TX 78705
Johnny.Saturnn@gmail.com

## *PLURIES CITATION*

**THE STATE OF TEXAS**
To:
**RAY MONDO LOPEZ**
**9825 TELEPHONE RD**
**HOUSTON, TX 77075**

MAILED THIS _____ DAY OF _____ APR 07 2011
CONSTABLE, PRE____ ____ COUNTY, TEXAS
BY _____ DEPUTY

**Defendant,** in the hereinafter styled and numbered cause:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this pluries citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this pluries citation and petition, a default judgment may be taken against you. A copy of the petition accompanies this pluries citation, in cause number **C-1-CV-10-010703**, styled **SANKARI AL VS LOPEZ R ETAL.**

Filed in **COUNTY COURT AT LAW #1** on **October 29, 2010.** Given under my hand and seal of Dana DeBeauvoir, County Clerk on **April 06, 2011.**

County Clerk, Travis County, Texas
P.O. Box 149325, Austin, Texas 78714-9325

By Deputy: _____ C. JONES



Plaintiff Attorney
SAMI SANKARI
4710 GRAY FOX DR
AUSTIN, TX 78759
---------------------------- OFFICER'S RETURN ----------------------------
Came to the hand on the _____ day of _____, 20___ at
___o'clock_____M. Executed at _____ within County of
_____ at _____o'clock____M on the _____ day of _____,20___,
by delivering to the within named

a true copy of this citation together with the accompanying copy of the petition having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

To certify which witness my hand officially.

_____ Bruce Elfant
Constable Pct. 5, Travis County, Texas _____ County, Texas
By Deputy _____

FEES PAID $____ FEES WAIVED_____

C-1-CV-10-010703
01C - 35877



000543299

**THE LAWYER REFERRAL SERVICE OF CENTRAL TEXAS**
*A Non-Profit Corporation*

---

# IF YOU NEED A LAWYER
# AND DON'T KNOW ONE,
# THE LAWYER REFERRAL SERVICE
# CAN HELP

## 512-472-8303
### 866-303-8303 (toll free)
### www.AustinLRS.com

**Weekdays 8:00 am to 4:30 pm**
**$20.00 for first half hour attorney consultation**
**(free consultations for personal injury, malpractice, worker's compensation,**
**bankruptcy, and social security disability)**

This service is certified as a lawyer referral service as required by the State of Texas
under Chapter 952, Occupations Code. Certificate No. 9303

---

# SI USTED NECESITA EL CONSEJO DE UN
# ABOGADO Y NO CONOCE A NINGUNO
# PUEDE LLAMAR
# A LA REFERENCIA DE ABOGADOS

## 512-472-8303
### 866-303-8303 (llame gratis)
### www.AustinLRS.com

**Abierto de lunes a viernes de 8:00 am-4:30 pm**
**$20.00 por la primera media hora de consulta con un abogado**
**(la consulta es gratis si se trata de daño personal, negligencia,**
**indemnización al trabajador, bancarrota o por incapacidad del Seguro Social)**

This service is certified as a lawyer referral service as required by the State of Texas
under Chapter 952, Occupations Code. Certificate No. 9303

CAUSE NO. C-1-??-??-?10703

| | | |
|---|---|---|
| AL SAMI SANKARI, | § | IN THE COUNTY COURT |
| **Plaintiff,** | § | |
| | § | |
| V. | § | AT LAW NO. _____ |
| | § | |
| RAY MONDO LOPEZ, MICHAEL | § | |
| ROBERT LONG, AND UWE I. WENDEL, | § | |
| **Defendants.** | § | TRAVIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Al Sami Sankari, Plaintiff in the above-numbered and styled cause of action, and files this Original Petition, and, in support thereof, would show the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.01.   Pursuant to Texas Rule of Civil Procedure 190, Plaintiff intends to conduct discovery under Level 1.

### II.
### PARTIES AND SERVICE OF PROCESS

2.01.   Defendant Ray Mondo Lopez is an individual who can be served with process at either 10400 N. Lamar Blvd., Austin, Texas 78753, or 7800 Northcrest Blvd., Austin, Texas 78752.

2.02.   Defendant Michael Robert Long is an individual doing business as "Longhorn Motors Transportation" who can be served with process at 3421 N. Lamar Blvd., Austin, Texas 78705.

2.03.   Defendant Uwe I. Wendel is an individual doing business as "Tran Auto" who can be served with process at 10400 N. Lamar Blvd., Austin, Texas 78753.

Original Petition
7227-01\004=KDJ-.wpd
1.05\102405

## III.
## JURISDICTION AND VENUE

3.01.    This Court has jurisdiction over the parties and the subject matter in this case pursuant to Article V, Section 8 of the Texas Constitution.  The amount in controversy exceeds the minimum jurisdictional limits of this Court.

3.02.    Venue is proper in Travis County, Texas.  Defendants conduct business Travis County, and contracts at issue in this case were negotiated, signed, and entered into in Travis County.

## IV.
## BACKGROUND

4.01.    This case involves a series of contractual agreements that Al Sami Sankari ("Plaintiff Sankari" or "Mr. Sankari") entered into with Ray Mondo Lopez ("Defendant Lopez") beginning in May of 2004 regarding the purchase and sale of four vehicles.

4.02.    Defendant Lopez entered into these agreements with Plaintiff Sankari at 10400 N. Lamar Blvd., Austin, Texas 78753 (the "Lot"), where signs for both "Longhorn Motors Transportation" and "Tran Auto" have been posted.

4.03.    Defendant Lopez represented himself as an authorized agent of and registered vehicle titles in the name of "Longhorn Motors" and "Longhorn Motors Transportation", and, recently, represented himself as an authorized agent of "Tran Auto".

**Contractual Agreements**

4.04.    Under the terms of the contracts between the parties, Plaintiff Sankari agreed to provide Defendants Ray Mondo Lopez, Michael Robert Long d/b/a "Longhorn Motors Transportation", and/or Uwe I. Wendel d/b/a "Tran Auto" (hereafter referred to collectively as "Lopez and Associates" or "L&A") with funds to purchase certain vehicles.  In return, Lopez and Associates agreed to sell the vehicles for

agreed-upon prices, repay Plaintiff Sankari for his initial investments, and accept either a commission payment or one-half of the "profits" as payment for services rendered.

**A.    Vehicle No.1 - 1999 Honda Civic**

4.05.    On or about February of 2004, Mr. Sankari paid L&A Five Thousand and Two Hundred Dollars ($5,200.00) to purchase a 1999 Honda Civic.  (*See* Exhibit A - Signed Receipt).  L&A purchased the vehicle at an auction, and, after Mr. Sankari paid L&A another Three Hundred and Fifty Dollars ($350.00), transferred the title to Mr. Sankari.  (*See* Exhibit B - Title).

4.06.    Pursuant to the agreement of the parties, Mr. Sankari placed the vehicle in the possession of L&A to take care of and to sell for the agreed-upon price of Six Thousand and Eight Hundred and Fifty Dollars ($6,850.00).  Upon its sale, L&A agreed to accept as payment in full a commission of Three Hundred and Fifty Dollars ($350.00) and to pay Mr. Sankari the remainder of Six Thousand and Five Hundred Dollars ($6,500.00).

4.07.    The parties understood and agreed that Mr. Sankari would remain the title owner of the vehicle and would not transfer title, *i.e.*, sign the title documents necessary to transfer ownership, until he had received the total amount due to him for the sale of the vehicle.

4.08.    It is Mr. Sankari's understanding, however, that L&A entered into an agreement to sell the vehicle for the agreed-upon price, placed the vehicle into the care and custody of the purchaser, and (somehow) had the title transferred to the new owner without Mr. Sankari's signature, without his authorization, and without paying Mr. Sankari.  (*See* Exhibit C - TxDOT Report).

4.09.    To date, L&A has only paid Mr. Sankari Two Thousand and Five Hundred Dollars ($2,500.00) for the sale of this vehicle and still owes Mr. Sankari Four Thousand Dollars ($4,000.00).

**B.**   **Vehicle No. 2 - 1995 Suzuki**

4.10.   On or about May of 2004, Mr. Sankari entered into an agreement with L&A to purchase a 1995 Suzuki and paid L&A One Thousand and Four Hundred Dollars ($1,400.00).  (*See* Exhibit D - Contract).

4.11.   The vehicle was then placed on the Lot to sell.

4.12.   Pursuant to the agreement of the parties, L&A was responsible for the care and custody of the vehicle until it was sold for the agreed-upon price of Three Thousand and Two Hundred and Fifty Dollars ($3,250.00).

4.13.   Upon its sale, the parties agreed that Mr. Sankari would be repaid the purchase price ($1,400.00), Two Hundred and Fifty Dollars ($250.00) would be deducted for costs, and the remaining funds ($1,600.00) split evenly between the parties.  Thus, L&A agreed to pay Mr. Sankari a total amount of Two Thousand and Two Hundred Dollars ($2,200.00).

4.14.   The parties understood and agreed that if the vehicle was sold within twenty days of its purchase that title to the vehicle would transfer directly to the new owner, instead of to Mr. Sankari.  If not, L&A agreed to transfer title ownership of the vehicle to Mr. Sankari.

4.15.   It is Mr. Sankari's understanding that L&A entered into an agreement to sell the vehicle for the agreed-upon price, placed the vehicle into the care and custody of the purchaser, and may or may not have transferred the title to the new owner.

4.16.   To date, L&A has only paid Mr. Sankari Seven Hundred and Fifty Dollars ($750.00) for the sale of this vehicle and still owes Mr. Sankari One Thousand Four Hundred and Fifty Dollars ($1,450.00).  This vehicle was last seen on the Lot.

**C.** **Vehicle No. 3 - 1992 Mazda 929**

4.17. On or about July of 2004, Mr. Sankari entered into an agreement with L&A to purchase a 1992 Mazda 929 and paid L&A One Thousand and Three Hundred Dollars ($1,300.00). (*See* Exhibit E - Contract).

4.18. L&A purchased the vehicle at an auction and placed it on the Lot to sell.

4.19. Pursuant to the agreement of the parties, L&A was responsible for the care and custody of the vehicle until it was sold for the agreed-upon price of Two Thousand and Seven Hundred Dollars ($2,700.00). Upon its sale, the parties agreed that Mr. Sankari would be repaid the purchase price ($1,300.00) and the remaining funds ($1,400.00) split evenly. Thus, L&A agreed to pay Mr. Sankari a total amount of Two Thousand Dollars ($2,000.00).

4.20. It is Mr. Sankari's understanding that L&A entered into an agreement to sell the vehicle for the agreed-upon price, placed the vehicle into the care and custody of the purchaser, and may or may not have transferred the title to the new owner.

4.21. To date, L&A has not paid Mr. Sankari any money for the sale of this vehicle and still owes Mr. Sankari Two Thousand Dollars ($2,000.00).

**D.** **Vehicle No. 4 - 1994 Saturn**

4.22. On or about September of 2004, Mr. Sankari entered into an agreement with L&A to purchase a 1994 Saturn Twin Cam SL and paid L&A One Thousand Dollars ($1,000.00). (*See* Exhibit F - Contract). The vehicle was then placed on the Lot to sell.

4.23. Pursuant to the agreement of the parties, L&A was responsible for the care and custody of the vehicle until it was sold for the agreed-upon price of One Thousand Six Hundred and Fifty Dollars ($1,650.00). Upon its sale, the parties agreed that Mr. Sankari would be repaid the purchase price

($1,000.00), One Hundred and Fifty Dollars ($150.00) would be deducted for costs, and the remaining funds ($500.00) split evenly. Thus, L&A agreed to pay Mr. Sankari a total amount of One Thousand Two Hundred and Fifty Dollars ($1,250.00).

4.24.   It is Mr. Sankari's understanding that L&A entered into an agreement to sell the vehicle for the agreed-upon price, placed the vehicle into the care and custody of the purchaser, and may or may not have transferred the title to the new owner.

4.25.   To date, L&A has only paid Mr. Sankari Four Hundred and Fifty Dollars ($450.00) for the sale of this vehicle and still owes Mr. Sankari Eight Hundred Dollars ($800.00).

**Breach of Contract and Damages**

4.26.   As provided above, Lopez and Associates breached the terms of the agreements between the parties and owes Mr. Sankari the following:

Vehicle No. 1  $4,000.00

Vehicle No. 2  $1,450.00

Vehicle No. 3  $2,000.00

Vehicle No. 4  $  800.00

$8,250.00 - Total Amount Due

4.27.   All conditions precedent have been performed or have occurred.

4.28.   The exhibits referenced in and attached to this Original Petition are incorporated into this Original Petition as if fully set out herein.

**V.**
**CAUSE OF ACTION**
Breach of Contract

5.01.   Plaintiff adopts Paragraphs 4.01 - 4.28 by reference in their entirety into this section.

5.02.   As provided herein, the parties entered into a series of contractual agreements regarding the purchase and sale of four vehicles.

5.03.   While Plaintiff complied with the terms of the contracts, Lopez and Associates breached the terms of the contracts and failed to pay Plaintiff $8,250.00 that is still owed.

**VI.**
**CAUSE OF ACTION**
Conversion

6.01.   Plaintiff adopts Paragraphs 4.01 - 4.28 by reference in their entirety into this section.

6.02.   Plaintiff owned, possessed, or had the right to immediate possession of Vehicle #1 (the 1999 Honda Civic), which was personal property.

6.03.   Lopez and Associates wrongfully exercised dominion or control over the property and the Plaintiff was injured as a result.

**VII.**
**ATTORNEYS FEES**

7.01.   Because of the actions of Lopez and Associates, Plaintiff engaged the services of an attorney. Plaintiff's attorney sent Lopez and Associates demand letters, corresponded and communicated with an attorney representing Lopez and Associates, prepared this lawsuit for filing, and advised Plaintiff regarding the same. More than thirty-one (31) days have elapsed since Plaintiff's demands for payment and Defendants have not made any payments.

7.02.   Plaintiff requests that the Court award reasonable and necessary attorneys fees and costs to Plaintiff pursuant to Chapter 38 [Attorney's Fees] of the Texas Civil Practice and Remedies Code.

## VIII.
## PRAYER

8.01.   WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that:

A.   Defendants be cited to appear and answer;

B.   The Court find that Defendants breached the terms of the contractual agreements between the parties;

C.   The Court find that Defendants converted Plaintiff's personal property;

D.   The Court find against Defendants and award actual, direct, economic, special, and consequential damages, as applicable, to Plaintiff;

E.   The Court award pre-judgment and post-judgment interest to Plaintiff at the prevailing lawful rates;

F.   The Court award Plaintiff reasonable and necessary attorney's fees and costs; and

G.   The Court grant Plaintiff all other relief, in law and at equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

Sami Sankari
11500 Jollyville Road #3223   4710 GRAY FOX Dr
Austin, Texas 78759   Austin - Tx 78759

PLAINTIFF

Cause No.: C1CV10010703      {}      In the County Court 1
Plaintiff:      {}      TRAVIS County
SANKARI.AL      {}
Defendant:
LOPEZ, RAY MONDO ET AL

## Affidavit of Diligence

State of Texas
County of Travis

My name is G.L. Blaylock. I am over the age of 21 years, of sound mind and fully competent to testify as to the matters stated herein.  I hold the office of Deputy Constable with the rank of Sergeant at Precinct Five in Travis County, Texas and supervise Deputy Greg Blackmore, who is authorized by law to effect service of citation upon the respondent, and therefore have personal knowledge of every statement herein made. The following diligence was used in attempting to obtain service on the respondent, LONG,MICHAEL ROBERT, in the above styled and numbered cause:

November 22, 2010 10:04 A.M. assigned to deputy, Greg Blackmore for address 3421 LAMAR BLVD,N AUSTIN TX 78705.

November 23, 2010  4:44 P.M. attempted delivery, Greg Blackmore for address 3421 LAMAR BLVD,N AUSTIN TX 78705. No longer works this location.

December 08, 2010  4:28 P.M. information, Greg Blackmore for address 3421 LAMAR BLVD,N AUSTIN TX 78705. does not work there. Can't find anything through utilities.

December 10, 2010  2:29 P.M. transferred to, Research for address 3421 LAMAR BLVD,N AUSTIN TX 78705.

December 10, 2010  2:51 P.M. sent postal verification, Research for address 3421 LAMAR BLVD,N AUSTIN TX 78705. postal verification sent.

December 22, 2010  2:28 P.M. transferred to, Certified Mail for address P.O. BOX 154 HIGHWOOD IL 60040. New address per Accurint.  Per Sami Sankari, plaintiff, serve by Cert. Mail, restricted delivery, addressee only.

February 16, 2011 Certified mail was returned unclaimed. Support staff member Bari Henson spoke with wife, Karen Long, @ (224) 730-2007. Ms. Long stated respondent is in Kuwait & does not know his return date. Ms. Long advised Bari Henson she would accept the papers for her husband.  Sami Sankari was informed of this via email 2/16/11.

February 18, 2011 1:10 P.M. unexecuted, Greg Blackmore for address 0 P.O. BOX 154 HIGHWOOD IL 60040. respondent in Kuwait.

Based on the information shown in this affidavit I believe it is impractical to attempt personal service on the respondent and he may be given notice by delivery of the citation and petition by certified mail addressed to Ms. Karen Long at PO Box 154, Highwood, Illinois, 60040.

[Fill out cause number and heading information EXACTLY as it is written on the Petition]

Cause No. C-1-CV-10-010703

IN THE MATTER OF THE MARRIAGE OF §  IN THE COUNTY COURT
AL SAMI SANKARI §  AT LAW NO. 1
~~Plaintiff~~ §
~~AND~~ §  TRAVIS COUNTY, TEXAS
MICHAEL ROBERT LONG §

### ORDER FOR SUBSTITUTED SERVICE, TRCP 106b

On this day, the Court considered the Motion For Substituted Service of Petitioner/ Movant,

AL SAMI SANKARI
[PRINT your first and last names.]

The Court FINDS that substituted service is authorized on Respondent,

MICHAEL ROBERT LONG
[PRINT Respondent's first and last names.]

The following method of service will be reasonably effective to give the Respondent notice of the pending lawsuit. IT IS ORDERED that service on Respondent be effected by the following method:

☐ leaving a copy of the citation, with a copy of the petition attached, with anyone over sixteen years of age at the following address:

N/A ,
[PRINT address.]

or by affixing a copy of the citation, with a copy of the petition attached, to the door of

N/A
[PRINT address.]

☑ sending the notice to Respondent by regular U.S. mail to the following address:

P. O. BOX 154 HIGHWOOD IL 60040
[PRINT address.]

IT IS FURTHER ORDERED that the Return of Citation, endorsed on or attached to the citation, will state when and how the citation was served.

SIGNED on April 5, 2011

JUDGE PRESIDING

TexasLawHelp.org   Partnership for Legal Access          Substituted Service -2-Order
Last Update: 9-7-05                                       Page 1 of 1

FILED FOR RECORD
2011 APR -5 PM 12: 41
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

|Fill out cause number and heading information EXACTLY as it is written on the citation.

Cause No. C-1-CV-10-010703

| IN THE MATTER OF THE MARRIAGE OF | § | IN THE COUNTY COURT |
| ALSAMI SANKARI *Plaintiff* | § | AT LAW NO. 1 |
| | § | TRAVIS COUNTY, TEXAS. |
| AND MICHAEL ROBERT LONG *Defendant* | § | |

## MOTION FOR SUBSTITUTED SERVICE, TRCP 106b

This motion for substituted service is brought by Petitioner/Movant,

ALSAMI SANKARI ,
[PRINT your first and last names.]

who shows in support:

1. Attached is the affidavit of DEPUTY GREG BLACKMORE,
[PRINT the name of the process sever who actually tried to serve the Respondent.]

The affidavit states facts showing that substitute service of citation on Respondent,

MICHAEL ROBERT LONG , is authorized.
[PRINT Respondent's first and last names.]

2. Service of citation of Respondent has been attempted by:  [CHECK all that apply.]

☐ personally delivering it to Respondent at Respondent's place of
Residence / Business [CIRCLE all that apply.]
at N/A .
[PRINT address.]

☑ or by sending it by registered or certified mail to Respondent at his place of
Residence / Business [CIRCLE all that apply.]
at P.O. BOX 154 HIGHWOOD IL 60040.
[PRINT address.]

but such attempt at service has not been successful, as shown by the attached affidavit.

4077404.1.13

3. As authorized by Rule 106(b), Texas Rules of Civil Procedure, service on Respondent by the following method will be reasonably effective to give the Respondent notice of the lawsuit. Service on Respondent should be made by the following method: [CHECK ONLY ONE.]

☐ leaving a copy of the citation, with a copy of the petition attached, with anyone over sixteen years of age at the following address:

_____N/A_____,
[PRINT address.]

or by affixing a copy of the citation, with a copy of the petition attached, to the door of

_____N/A_____.
[PRINT address.]

This manner of service will be reasonably effective in giving Respondent notice of this suit because the above specified location is Respondent's place of:

[CIRLE all that apply.]    residence  /  business  /  N/A _____ other.

☑ sending the notice to Respondent by regular U.S. mail to the following address:

P.O. BOX 154 HIGHWOOD IL 60040 ,
[PRINT address.]

This manner of service will be reasonably effective in giving Respondent notice of this suit because the above specified location is Respondent's place of:

[CIRLE all that apply.]    (residence)  /  business  /  N/A _____ other.

Movant asks the Court to direct that citation be served on Respondent in the manner described above.

Respectfully submitted this 05 day of APRIL, 2011.

_____
Petitioner, Pro Se(Signature

Print Name: AL SAMI SANKARI

Address: 4710 GRAY FOX DR
AUSTIN - TX 78759

4077404.1.15

Cause No. C1CV10010703          {}          In the County Court 1
                               {}          TRAVIS County
Plaintiff:                     {}
SANKARI, AL

Defendant:
LOPEZ, RAY MONDO ET AL

UNOFFICIAL

FILED FOR RECORD
2011 MAR -4  PM 4: 47
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

## Affidavit of Diligence

State of Texas
County of Travis

This office has attempted service of process in the above styled and numbered cause by certified mail, return receipt requested, restricted delivery to LOPEZ, RAY MONDO at 9825 TELEPHONE RD HOUSTON TX 77075, the respondent's usual place of abode.

November 22, 2010 10:02 A.M. Assigned to Deputy Helenberg for service to address 10400 LAMAR BLVD,N AUSTIN TX 78753.

November 29, 2010  2:00 P.M. Attempted delivery to address 10400 LAMAR BLVD,N AUSTIN TX 78753. Does not work there per owner Ricardo Pavel who has been at location for past 3yrs.

December 01, 2010 12:43 P.M. Transferred to research for address 10400 LAMAR BLVD,N AUSTIN TX 78753.

December 01, 2010 12:45 P.M. Postal Verification sent.

December 16, 2010  3:00 P.M. Transferred to Certified Mail for service to address 9825 TELEPHONE RD HOUSTON TX 77075. New address in Houston per Tiberon.  Spoke via phone with Pro Se Plaintiff who requested we attempt this address.

February 24, 2011 11:50 A.M. Mail returned unclaimed.  Postal verification sent.

March 04, 2011  2:54 P.M. DRAFTED AFF OF DILIGENCE PER PRO SE REQUEST.

_____
Court Clerk I, Travis County

Sworn to and subscribed before me, the undersigned authority, by Certified Mail, Affiant, on this date, March 4th, 2011_____, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC for the State of Texas



LISA T. LUCIO
MY COMMISSION EXPIRES
August 1, 2013

Law Offices of
**KENTON D. JOHNSON**
Attorney and Counselor at Law
1903A West 38th Street
Austin, Texas  78731

Telephone:  (512) 451-7800
Telecopier:  (512) 451-7814

Email Address:
kentondee@hotmail.com

Sami Sankari
11500 Jollyville Rd. #3223
Austin, TX 78759

**For Professional Services Rendered through April of 2005.**

| | | |
|---|---|---|
| **Client Name:** | Sami Sankari | **Invoice Date:**  May 22, 2005 |
| **Client #** | 7227-01 | **Invoice #**  13670 |
| **In Reference To:** | Dispute regarding purchase and sale of four vehicles. | |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/5/05 | TDC | Review response letter to William Peekham. | | 0.10<br>55.00/hr | 5.50 |
| | KDJ | Review Sami's responsive email to counteroffer;<br>draft response to counteroffer and transmit same<br>to Sami for review | | 1.70<br>150.00/hr | 255.00 |
| 4/7/05 | KDJ | Telephone call with Sami Sankari re:  approval of<br>letter; Revise and finalize response letter;<br>organize all exhibits and delivery of same. | | 1.00<br>150.00/hr | 150.00 |
| 4/27/05 | KDJ | Telephone call with Sami Sankari re:  update.<br>[NO CHARGE] | | 0.10 | 0.00 |
| | | For professional services rendered | | 2.90 | $410.50 |
| | | Additional charges: | | | |
| 4/30/05 | | Copying costs for April. | | | 4.00 |
| | | - Postage costs for April. | | | 1.20 |
| | | - Charges for Paypal payment. | | | 17.56 |
| | | Total costs | | | $22.76 |
| | | Total amount of this bill | | | $433.26 |
| 5/22/05 | | Payment from trust account. | | | ($433.26) |
| | | Please replenish Client funds with | | | $432.74 |

Law Offices of
**KENTON D. JOHNSON**
Attorney and Counselor at Law
1903A West 38th Street
Austin, Texas 78731

Telephone: (512) 451-7800
Telecopier: (512) 451-7814

Email Address:
kentonjohnson@gmail.com

Sami Sankari
11500 Jollyville Rd. #3223
Austin, TX 78759

**For Professional Services Rendered through June of 2005.**

| | | | |
|---|---|---|---|
| **Client Name:** | Sami Sankari | **Invoice Date:** | July 6, 2005 |
| **Client #** | 7227-01 | **Invoice #** | 13785 |
| **In Reference To:** | Dispute regarding purchase and sale of four vehicles. | | |

Additional charges:

| | Amount |
|---|---|
| 6/1/05- Initial consult fee - Travis County Lawyer Referral Service. | 20.00 |
| Total costs | $20.00 |
| 7/6/05- Payment from trust account. | ($20.00) |
| Please replenish Client funds with | $618.48 |
| Previous balance of Client funds | $151.52 |
| 7/6/05- Payment from trust account. | ($20.00) |
| New balance of Client funds | $131.52 |
| Balance due | $618.48 |

Sami Sankari                                                                 Page    2

|  | Amount |
| --- | --- |
| Previous balance of Client funds | $317.26 |
| 6/14/05- Payment from trust account. | ($165.74) |
| New balance of Client funds | $151.52 |
| Balance due | $598.48 |

4077404.1.19

Law Offices of
## KENTON D. JOHNSON
Attorney and Counselor at Law
1903A West 38th Street
Austin, Texas 78731

Telephone: (512) 451-7800
Telecopier: (512) 451-7814

Email Address:
kentonjohnson@gmail.com

Sami Sankari
11500 Jollyville Rd. #3223
Austin, TX 78759

**For Professional Services Rendered through August of 2005.**

| | | | |
|---|---|---|---|
| **Client Name:** | Sami Sankari | **Invoice Date:** | September 10, 2005 |
| **Client #** | 7227-01 | | |
| **In Reference To:** | Dispute regarding purchase and sale of four vehicles. | | |



| | Amount |
|---|---|
| Please replenish Client funds with | $633.48 |
| Previous balance of Client funds | $116.52 |
| Balance due | $633.48 |

UNOFFICIAL

Law Offices of
**KENTON D. JOHNSON**
Attorney and Counselor at Law
1903A West 38th Street
Austin, Texas  78731

Telephone:  (512) 451-7800
Telecopier:  (512) 451-7814

Email Address:
kentonjohnson@gmail.com

Sami Sankari
11500 Jollyville Rd. #3223
Austin, TX 78759

**For Professional Services Rendered through September and October of 2005.**

| | | |
|---|---|---|
| **Client Name:** | Sami Sankari | **Invoice Date:** November 1, 2005 |
| **Client #** | 7227-01 | **Invoice #** 13975 |
| **In Reference To:** | Dispute regarding purchase and sale of four vehicles. | |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/21/05 | KDJ | Review demand letter; Outline causes of action; Draft Statement of Facts, jurisdiction and venue sections of Original Petition for Sami Sankari. | | 1.60 150.00/hr | 240.00 |
| 10/24/05 | TDC | Review Original Petition. | | 0.40 55.00/hr | 22.00 |
| | KDJ | Draft breach of contract, conversion, attorneys fees and prayer sections of Original Petition; Draft letter to client re: lawsuit, final Petition, letter and exhibits; Organize delivery of same. | | 1.60 150.00/hr | 240.00 |
| | | For professional services rendered | | 3.60 | $502.00 |
| | | Additional charges: | | | |
| 9/28/05- | | Paypal charge. | | | 19.16 |
| 9/30/05- | | Copying costs for September. | | | 2.00 |
| 10/31/05- | | Postage costs for October. | | | 1.06 |
| | | Total costs | | | $22.22 |
| | | Total amount of this bill | | | $524.22 |
| 11/1/05- | | Payment from trust account. | | | ($524.22) |
| | | Please replenish Client funds with | | | $507.22 |
| | | Previous balance of Client funds | | | $116.52 |

Sami Sankari                                                     Page   2

|                                                            | Amount |
|------------------------------------------------------------|-------:|
| 9/28/05- Payment to trust account per Paypal.              | $650.48 |
| 11/1/05- Payment from trust account.                       | ($524.22) |
| New balance of Client funds                                | $242.78 |
| Balance due                                                | $507.22 |

UNOFFICIAL

Law Offices of
**KENTON D. JOHNSON**
Attorney and Counselor at Law
1903A West 38th Street
Austin, Texas  78731

Telephone:  (512) 451-7800
Telecopier:  (512) 451-7814

Email Address:
kentonjohnson@gmail.com

Sami Sankari
11500 Jollyville Rd. #3223
Austin, TX 78759

**For Professional Services Rendered through July of 2005.**

| | | |
|---|---|---|
| **Client Name:** | Sami Sankari | **Invoice Date:**   August 6, 2005 |
| **Client #** | 7227-01 | **Invoice #**   13843 |
| **In Reference To:** | Dispute regarding purchase and sale of four vehicles. | |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/11/05 | KDJ | Telephone call with Sami Sankari res update | | 0.10 | 15.00 |
| | | | | 150.00/hr | |
| | | For professional services rendered | | 0.10 | $15.00 |
| 8/6/05- | | Payment from trust account. | | | ($15.00) |
| | | Please replenish Client funds with | | | $633.48 |
| | | Previous balance of Client funds | | | $131.52 |
| 8/6/05- | | Payment from trust account. | | | ($15.00) |
| | | New balance of Client funds | | | $116.52 |
| | | Balance due | | | $633.48 |

Sami Sankari                                                          Page    2

|                                                        | Amount |
|--------------------------------------------------------|-----------|
| Previous balance of Client funds                       | $155.52   |
| 4/26/05- Payment to trust account.  Paypal payment.    | $595.00   |
| 5/22/05- Payment from trust account.                   | ($433.26) |
| New balance of Client funds                            | $317.26   |
| Balance due                                            | $432.74   |

UNOFFICIAL

Law Offices of
**KENTON D. JOHNSON**
Attorney and Counselor at Law
1903A West 38th Street
Austin, Texas 78731

Telephone: (512) 451-7800
Telecopier: (512) 451-7814

Email Address:
kentonjohnson@gmail.com

Sami Sankari
11500 Jollyville Rd. #3223
Austin, TX 78759

**For Professional Services Rendered through May of 2005.**

| | | |
|---|---|---|
| **Client Name:** | Sami Sankari | **Invoice Date:** June 14, 2005 |
| **Client #** | 7227-01 | **Invoice #** 13727 |
| **In Reference To:** | Dispute regarding purchase and sale of four vehicles. | |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/05 | KDJ | Telephone call with Atty. Peckham re: response to April letter. | 0.10<br>150.00/hr | 15.00 |
| 5/13/05 | KDJ | Telephone call with Sami Sankari re: update; draft letter to opposing counsel re: response; organize transmission and delivery of same. | 0.30<br>150.00/hr | 45.00 |
| 5/20/05 | KDJ | Telephone call with Sami Sankari re: responses to settlement offer; Telephone call with Attorney Bill Peckham; draft file notes. | 0.50<br>150.00/hr | 75.00 |
| 5/25/05 | KDJ | Telephone call with Sami Sankari re: update. | 0.10<br>150.00/hr | 15.00 |
| 5/26/05 | KDJ | Telephone call with Atty. Peckham's office and with Mr. Sankari re: deadlines. | 0.10<br>150.00/hr | 15.00 |
| | | For professional services rendered | 1.10 | $165.00 |

Additional charges:

| | | |
|---|---|---|
| 5/31/05- | Postage costs for May. | 0.74 |
| | Total costs | $0.74 |

| | |
|---|---|
| Total amount of this bill | $165.74 |
| 6/14/05- Payment from trust account. | ($165.74) |
| Please replenish Client funds with | $598.48 |

**RECEIPT**

DATE 02/10/04      No. 596534

FROM Sam      $5200.

Five tausand and two hundred DOLLARS

○ FOR RENT   99' Civic LX Silver
○ FOR

| ACCT. | | | ○ CASH | FROM | TO |
|---|---|---|---|---|---|
| PAID | | | ○ CHECK | | |
| DUE | | | ○ MONEY ORDER | BY | |

1152

UNOFFICIAL



**EXHIBIT**

tabbies

A

Receipt on the car from Mondo Lopez to me ⟶

cashier checks ↓

RECEIPT

No. 596534

DATE 02/10/04

FROM Sami

Five thousand and twohundred DOLLARS

$5,200.

FOR RENT 99 Civic LX Silcu

ACCT. DUE | PAID | DUE

CASH / CHECK / MONEY ORDER

FROM ⟶ TO

BY

UNOFFICIAL

---

**Bank of America.**

Personal
Money Order

No. **1455353**

**VOID AFTER 90 DAYS**
NORTHLAND BANKING CENTER

30-1/1140    (NTX)

Date _____ FEBRUARY 09, 2004 _____

Pay To The
Order Of _Ray Mondo Lopez_ _____ $    **700.00**

**SEVEN HUNDRED DOLLARS AND 00 CENTS**

_____ Dollars

Not Valid Over $1000

Bank of America is not liable for lost or stolen Money Orders. For your protection
against loss or theft, sign and complete this Money Order as soon as possible.

Bank of America, N.A.
San Antonio, Texas

0005198  06002  1455353

001641003698

**CUSTOMER COPY - NON-NEGOTIABLE**
**RETAIN FOR YOUR RECORDS**

---

**Bank of America.**

Personal
Money Order

No. **1455273**

**VOID AFTER 90 DAYS**
NORTHLAND BANKING CENTER

30-1/1140    (NTX)

Date _____ FEBRUARY 09, 2004 _____

Pay To The
Order Of _____ $    **1000.00**

**ONE THOUSAND DOLLARS AND 00 CENTS**

_____ Dollars

Not Valid Over $1000

Bank of America is not liable for lost or stolen Money Orders. For your protection
against loss or theft, sign and complete this Money Order as soon as possible.

Bank of America, N.A.
San Antonio, Texas

0005190  06002  1455273

001641003698

**CUSTOMER COPY - NON-NEGOTIABLE**
**RETAIN FOR YOUR RECORDS**

Upon sale of this vehicle, the purchaser must apply for a new title within 20 working days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK FOR ADDITIONAL INFORMATION.

```
||...||...|...|..||...|...|...|...|...||...|...||
```

AL SAMI SANKARI
7201 WOOD HOLLOW DR APT 436
AUSTIN, TX 78731-2536

0
2
0
6
7
8

DETACH HERE

# TEXAS CERTIFICATE OF TITLE

1HGEI6673XL052355   1999   HOND

2273115810112

2500   J66SLB

PREVIOUS OWNER
LONGHORN MOTORS AUSTIN TX

OWNER
AL SAMI SANKARI
7201 WOODHOLLOW DR APT 436
AUSTIN TX 78731

NONE

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION

EXHIBIT

B

4077404.1.28

**Texas Department of Transportation**

## VEHICLE INQUIRY RECEIPT

OFFICE: AUSTIN REGIONAL OFFICE

PLATE NO: J66SLH
DOCUMENT NO: 22720938332102410

DATE: 02/14/2005
TIME: 11:08AM
EMPLOYEE ID: RODRIGU

EFFECTIVE DATE: 04/23/2004
EXPIRATION DATE: 3/2005
TRANSACTION ID: 26220038395110857

OWNER NAME AND ADDRESS
LESLIE ALLEN
21467-D COYOTE TRAIL
LAGO VISTA, TX 78645

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1HGEJ6673XL052355    VEHICLE CLASSIFICATION: PASS
YR/MAKE: 1999/HOND  MODEL:    BODY STYLE: 4D    UNIT NO:      COUNTY NO: 227
EMPTY WT: 2500   CARRYING CAPACITY: 0    GROSS WT: 2500   TONNAGE: 0.00  TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:             TRAVEL TRLR LNG/WDTH: 0 TIRE TYPE: P
REGISTRATION ISSUE DATE: 12/13/2004
ODOMETER READING: 89582    BRAND: A    PREVIOUS PLATE NO: J66SLH   PREVIOUS EXP MO/YR: 12/2002
PREV OWNER NAME: LONGHORN MOTORS      PREV CITY/STATE: AUSTIN, TX      PLATE AGE: 4
                                    VEHICLE RECORD NOTATIONS
RELEASE OF PERSONAL INFO RESTRICTED        ACTUAL MILEAGE

TITLE ISSUE DATE: 12/21/2004

DOCUMENT TYPE: REGULAR TITLE

1ST LIEN        DATE: 08/07/2004
U A C C
PO BOX 28765
AUSTIN, TX 78755

REGISTRATION FEES PAID   SALES TAX INFORMATION
REGISTRATION  $ 64.30    SALES PRICE        $ 6,850.00
                        TRADE IN ALLOWANCE $     0.00
                        SALES TAX PAID     $   470.94

CUSTOMER NAME: AL SAMI SAMKANI
FEES ASSESSED
VEHICLE INQUIRY REGION          $      2.30

                        TOTAL   $      2.30

2ND LIEN

3RD LIEN



4077404 1.29

@008/023

# TEXAS CERTIFICATE OF TITLE

205 60 18    ORIGINAL    444 166 240

1NGEJ6678XL052355    1999    KUNO    4D

10122636757141703   08/11/2000

UCL    2500    J66SLH    17759

R & N AUTO STOP INC HOUSTON TX

BROOKS, SILVEREE
LIVEMOND, LAVISHA
4727 S GESSNER 01511
HOUSTON, TX 77071

ACTUAL MILEAGE

7/17/2000   TRIAD CAPITAL CORPORATION
PO BOX 3299
HUNINGTON BEACH, CA 92605

DO NOT ACCEPT THIS TITLE IF THERE IS ANY ERASURE, ALTERATION, OR MUTILATION.

6 of 23

4077404-1.30

J3/1  2009 21:01 FAX

## APPLICATION FOR TEXAS CERTIFICATE OF TITLE
### → TYPE OR PRINT NEATLY IN INK ←

**TAX OFFICE USE ONLY**

| Tax Collector | Spears | County | Travis |
| Date | 4-27-09 | Transaction Number | 15682662 |

Vehicle Identification Number: 1HGE1667X4L052875

| Year | 99 | Make | Honda | Body Style | 4D |

| UCC | Odometer Reading | 83008 | Empty Weight | 2500 |

166 SLH

Applicant's Name (Owner): AL SAMI SANKARI
Address: 7201 Wood Hollow Dr # 436
City State Zip Code: Austin TX 78731

☆ This space for VTR Use Only ☆

Previous Owner's Location: Longhorn motor
Austin TX

THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

16442

1st Lien Holder Name: Longhorn Motor

ODOMETER DISCLOSURE – FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

Longhorn Motor    83008

### MOTOR VEHICLE TAX STATEMENT

SALES and USE TAX COMPUTATION

2250

140.62

I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Raymond Lopez Longhorn Motor  04/28/09
PRINTED NAME

AL SAMI SANKARI  04/28/09
PRINTED NAME

4 of 23

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST AGREE AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SALES TAX RECEIPT TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID $10 PENALTY.

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following person

Longhorn Motors     10400 N Lamar Austin Tx 78753

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1 The mileage stated is in excess of its mechanical limits.
☐ 2 The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (NO TENTHS): 43,006

DATE: 2-10-04     Tammie Luman     Tammie Luman

I am aware of the above odometer certification made by the seller/agent.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following person

AL SHMI SHINKari    7201 Woodhollow Dr #436 Austin Tx 78731

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1 The mileage stated is in excess of its mechanical limits.
☐ 2 The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

ODOMETER READING (NO TENTHS): 83,006

DATE: 04/23/09     Longhorn Motors     43,442

I am aware of the above odometer certification made by the seller/agent.

AL SHMI SHINKari

## SECOND REASSIGNMENT

The undersigned hereby certifies that the vehicle described in the title is free and clear of any liens except as noted herein, and has been transferred to the following person

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1 The mileage stated is in excess of its mechanical limits.
☐ 2 The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

I am aware of the above odometer certification made by the seller/agent.

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted herein, and has been transferred to the following person

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1 The mileage stated is in excess of its mechanical limits.
☐ 2 The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

I am aware of the above odometer certification made by the seller/agent.

## LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE
1ST LIEN IN FAVOR OF

UNOFFICIAL

7 of 23

03/15/2005  21:02 FAX



## Affidavit for Repossessed
## Motor Vehicle

VTR-264   DHT # 14237*  Rev 1-07

This is to certify that the undersigned has repossessed the motor vehicle described on Texas Certificate of Title/Document # _101226367371417O3_ because of the failure of the former owner to meet his obligation in the matter of settlement of the terms of encumbrances on said vehicle, and this repossession is not made with intent to defeat the purpose of the Texas Motor Vehicle Safety Responsibility Act.

| Method of Repossession | ☑ Terms of Security (Lien) Agreement<br>☐ Sequestration |
| --- | --- |

If by sequestration, attach copy of Sheriff's Bill of Sale

If lien not recorded on Texas Title, certified copy of Security (Lien) Agreement must be attached, and lienholder must apply for Original Texas Certificate of Title in lienholder's name before a transfer of the vehicle ownership can be perfected.

_Triad Capital Corporation_
(Corporate or Name of Lienholder)

By: _Tammie Luman_
(Authorized Agent)

_Tammie Luman_
(Printed Name of Authorized Agent)

Before me this day personally appeared the above affiant who by me being duly sworn upon oath says that the statements set forth above are true and correct.

Subscribed and sworn to before me this ___10___ day of

_Feb 2004_

NOTARY SEAL

_Tina M Bindley_          Notary Public _Williamson_ County

**WARNING·** TRANSPORTATION CODE 501-155 PROVIDES THAT FALSIFYING INFORMATION ON ANY REQUIRED STATEMENT OR APPLICATION IS A THIRD-DEGREE FELONY

VEHICLE TITLES AND REGISTRATION DIVISION
TEXAS DEPARTMENT OF TRANSPORTATION
AUSTIN TX  78779-0001

(Attach This Affidavit to Title Application)

8 of 23

UNOFFICIAL

03/15/2005 21:02 FAX                                                          @011/023



**Texas Department of Transportation**

**TITLE APPLICATION RECEIPT**



2272 0938 3321 0243 05

| | |
|---|---|
| COUNTY: TRAVIS | TAC NAME: NELDA WELLS SPEARS |
| STICKER NO: 7633631WF | DATE: 12/13/2004          EFFECTIVE DATE: 04/23/2004 |
| PLATE NO: J666LH | TIME: 10:24AM          EXPIRATION DATE: 3/2005 |
| DOCUMENT NO: 2272093833210 2410 | EMPLOYEE ID: MORAVEC     TRANSACTION: 2272093833210 2410 |

OWNER NAME AND ADDRESS
LESLIE ALLEN
21467-D COYOTE TRAIL
LAGO VISTA, TX 78645

REGISTRATION CLASS: PASSENGER-LESS/EQU 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: 1HGEJ6673XL052355          VEHICLE CLASSIFICATION: PASS
YR/MAKE: 1999/HOND  MODEL:          BODY STYLE: 4D          UNIT NO:
EMPTY WT: 2500     CARRYING CAPACITY: 0          GROSS WT: 2500     TOWNAGE: 0.00  TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:          TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: LONGHORN MOTORS          PREV CITY/STATE: AUSTIN, TX

VEHICLE RECORD NOTATIONS
RELEASE OF PERSONAL INFO RESTRICTED
ACTUAL MILEAGE

| FEES ASSESSED | | |
|---|---|---|
| TITLE APPLICATION FEE | $ | 13.00 |
| TERP FEE | $ | 20.00 |
| DELINQUENT TRANSFER PENALTY | $ | 10.00 |
| SALES TAX FEE | $ | 428.13 |
| SALES TAX PENALTY FEE | $ | 42.81 |
| TRANSFER | $ | 2.50 |
| TOTAL | $ | 516.46 |

ODOMETER READING: 89582     BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN          DATE: 08/07/2004
U A C C
PO BOX 28765
AUSTIN, TX 78755

2ND LIEN

3RD LIEN

SALES TAX CATEGORY: SALES/USE

| | | |
|---|---|---|
| Sales Tax Date: 08/07/2004 | | |
| Sales Price | $ | 6,850.00 |
| Less Trade In Allowance | $ | 0.00 |
| Taxable Amount | $ | 6,850.00 |
| Sales Tax Paid | $ | 428.13 |
| Less Other State Tax Paid | $ | 0.00 |
| Tax Penalty | $ | 42.81 |
| TOTAL TAX PAID | $ | 470.94 |

Batch No: 2093833201     Batch Count: 3

CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER

ORIGINAL

9 of 23

03/13/2009 21:05 FAX

## APPLICATION FOR TEXAS CERTIFICATE OF TITLE
→ SHADED AREAS ARE TO BE COMPLETED BY THE SELLER ←
→ TYPE OR PRINT NEATLY IN INK ←

TAX OFFICE USE ONLY

| Tax Collector | County | | |
|---|---|---|---|
| 11-30-04 | Travis | | |

Transaction Number: 227309023320418

| 1 Vehicle Identification Number | 2 Year | 3 Make | 4 Body Style |
|---|---|---|---|
| 1HGEJ6667XL052355 | 99 | Honda | 4 Dr. |

| 5 Model | 6 Odometer Reading | 7 Empty Weight | 8 Carrying Capacity (in.) | 9 Tonnage |
|---|---|---|---|---|
| Civic | 89582 | 2570 | | |

This space for TxDot Use Only

| 10 Trailer Type  ☐ Semi  ☐ Full | 11 Plate No. 166SCH | 12 Vehicle Unit No. | 13 Applicant obtained Applicant's Social Security Applicant's |
|---|---|---|---|

14 Applicant's/Owner's Name(s)
Leslie Allen
Address 21467 D Coyoh Trail
City, State, Zip Code  Lago Vista Tx 78645
County Name

☐ Statement of Fact for Non-Disclosure
VTR-171, Attached

14a Registrant's Name
(Renewal Notice Recipient)
Address
City, State, Zip Code
County Name

14b Vehicle Physical Location
City, State, Zip Code

15 Previous Owner's Name  Longhorn Motors
Address
City, State, Zip Code  Austin Tx

15A GDN or Dealer Use Only
P 49442

THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

| 16 1st Lien Date | 16a Lienholder Name  UACC | 16B (Additional Lien?) ☐ YES (If additional liens are to be disclosed, attach Form VTR 267) |
|---|---|---|
| 08/07/04 | Address  PO Box 28765 | |
| | City, State, Zip Code  Austin TX 78755-8765 | |

17 FOR CORRECTED TITLE CHECK REASON(S): ☐ Change in vehicle Description  ☐ Add  ☐ Remove  ☐ Odometer Brand  ☐ Odometer Reading
☐ Add Lien  ☐ Remove Lien  ☐ VIN  ☐ Other

ODOMETER DISCLOSURE – FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT

Longhorn Motors certify the odometer now reads 89582 (no tenths) miles

THIS MILEAGE SHOWN IS: ☐ Actual Mileage  ☐ B—Not Actual Mileage  ☐ WARNING—ODOMETER DISCREPANCY  ☐ X = Mileage Exceeds Mechanical Limits
IF (B) SELLER/AGENT, TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 8 INDICATES "EXEMPT"

## MOTOR VEHICLE TAX STATEMENT

18 CHECK ONLY IF APPLICABLE
☐ Bona Motor Vehicle Retailer's (Rental) Permit No.  P 49442  and will supply the minimum tax liability (VATS, Tax Code §152.047 (c))
☐ I am a Dealer or Lessor and qualify to take the For Market Value Deduction (VATS, Tax Code §152.002 (c))

| 20 DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 29a ADDITIONAL TRADE - IN(S) (Y/N) |
|---|---|---|---|---|

21 SALES AND USE TAX COMPUTATION

| (a) Sales Price ($_____ rebate has been discounted) | $ 6850 | ☐ $90 New Resident Tax (Providing State) |
|---|---|---|
| (b) Less Trade - In Amount, Described in Item 29 Above | $ | ☐ $5 Even Trade Tax |
| (c) For Dealers/Lessors/Rental ONLY – Fair Market Value Deduction, Described in Item 29 Above | $ | ☐ $10 Gift Tax |
| (d) Taxable Amount (Item a. minus Item b. Item c.) | $ 6850 | ☐ $65 Rebuilt Salvage Fee |
| (e) 6.25% Tax on Taxable Amount (Multiply Item d. by .0625) | $ 428.13 | ☐ 2.5% Emissions Fee (Diesel Vehicles 1996 and Older ≥ 14,000 lbs) |
| (f) Late Tax Payment Penalty ☐ 5% or ☐ 10% | $ 42.81 | ☐ 1% Emissions Fee (Diesel Vehicles 1997 and Newer ≥ 14,000 lbs) |
| (g) Tax Paid to _____ (STATE) | $ | ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because |
| (h) AMOUNT OF TAX AND PENALTY DUE | $ 470.94 | ☒ $28 or $33 APPLICATION FEE FOR CERTIFICATE OF TITLE Contact your County Tax Assessor Collector for the correct fee |

I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

| 82. Signature of Seller, Donor, or Trader | Printed Name (Same as Signature)  Raimundo Lopez | 8-7-04 Date |
|---|---|---|
| 83. Signature of Purchaser, Donee, or Trader | Printed Name of Signature  LESLIE ANN ALLEN | 8-7-04 Date |

RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT
THE UNDERSIGNED OWNERS HEREBY AGREE THAT SHOULD BE EXECUTED OR A RIGHTS OF SURVIVORSHIP AGREEMENT. NAMED IN THIS MOTOR VEHICLE, FORM VTR-122, SUCH THAT THE OWNERSHIP OF THIS VEHICLE DESCRIBED IN THIS APPLICATION FOR TITLE, SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF EITHER OF THE PERSONS NAMED IN THIS DOCUMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR

| | SIGNATURE | Date |
|---|---|---|
| | SIGNATURE | Date |

Form 130-U (Rev 7/2003)

UNOFFICIAL

10 of 23

03/13/2005 21:03 FAX

# TEXAS CERTIFICATE OF TITLE

G3B37G32

VEHICLE IDENTIFICATION NUMBER: 1HGEJ6673XL052355

YEAR MODEL: 1999

MAKE OF VEHICLE: HOND

BODY STYLE: 4D

22731138109123516  05/12/2004

WEIGHT: 2509

LICENSE NUMBER: J66SLH

83008

PREVIOUS OWNER: LONGHORN MOTORS AUSTIN TX

OWNER:
AL SAMI SANKARI
7201 WOODHOLLOW DR APT 434
AUSTIN, TX 78731

ACTUAL MILEAGE

X _____

LIEN OF LIEN: NONE

UNOFFICIAL

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

11 of 23

UNOFFICIAL

**ASSIGNMENT OF TITLE**

Longhorn Motors — Austin — TX — 78753

89582

8/07/08 — Bill Sandman — Sami Saukar

Leslie Don Allen

**FIRST REASSIGNMENT DEALER ONLY**

ALLEN, Leslie  21467 D Coyote Trail  Cape Hill — 78645

89586

8-2-08 — Longhorn Motors — P49842

Armando Lopez

Leslie Don Allen

**SECOND REASSIGNMENT DEALER ONLY**

**THIRD REASSIGNMENT DEALER ONLY**

SURRENDERED


12 of 23



# WILLIAM T. PECKHAM

Attorney at Law
1104 Nueces Street, Suite 104
Austin, Texas 78701-2106

-------------------

BOARD CERTIFIED-CONSUMER BANKRUPTCY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

512-472-8126                    Fax 512-478-1790

March 24, 2005

**VIA FAX: (512) 451-7814**
**AND REGULAR U. S. MAIL:**
Mr. Kenton D. Johnson
Attorney and Counselor At Law
1903A West 38th Street
Austin, Texas 78731

RE:   $8,250.00 debt to Ali Sami Sankari; Breach of Contract and Fraud; Notice of
Demand
Your Client:  Al Sami Sankari
My Clients:   Raymondo Lopez, Longhorn Motor Transportation and Uwe I.
Wendel

Dear Mr. Johnson:

I represent the clients reflected above, in connection with your February 17, 2005 demand letter to each of them.

I.

Uwe I. Wendel d/b/a Tran Auto non-liability for your client's claims

At the outset, I need to make it clear that Mr. Lopez was working through Longhorn Motors Transportation.  While Tran Auto, the proprietorship of Uwe I. Wendel does business at 10400 N. Lamar Blvd., it is not associated with Longhorn Motors Transportation and had nothing to do with Raymondo Lopez's activities discussed in your letter.  Tran Auto did not become a motor vehicle dealer until late 2004, did not open for business until January of 2005, and did not receive a sales tax permit until January 1, 2005.  It did not open for business until long after the transactions that your client complains occurred.  Uwe I. Wendel, dba Tran Auto has no responsibility in connection with the subjects of your letter, and should be dropped from any further correspondence or claims.  A copy of its Surety's bond dated November 1, 2004 and its Sales Tax Certificate dated January 1, 2005 are enclosed as Exhibits A and B.

II.

## Any liability of Raymondo Lopez and Longhorn Motors Transportation

### A.   Vehicle No. 1, 1999 Honda Civic

This is a car bought by your client for his personal use. He had the car for several months from approximately February through June of 2004, your client then wrecked the car, brought it into my client's shop, and my client repaired it at an expense of approximately $3,000.00. Your client chose not to pay the repair bill, and instead sold the car to my client and received the agreed $2,500.00 sales price for the car. My client then sold the car to a third party for $6,800.00 and retained the proceeds as the seller. Your client obtained $2,500.00 and was released from a repair bill of $3,000.00. He sold the car and has no rights to any of the proceeds.

### B.   Vehicle No. 2 - 1995 Suzuki

The Suzuki has not been sold and is still on the lot. The car was sold, but the buyer defaulted at which time the car was repossessed and put back on the lot. The transmission is out and the car is probably worth between $300.00 and $750.00. If Mr. Sankari wants it he can have it.

### C.   Vehicle No. 3 - 1992 Mazda 929

A buyer signed a contract for this car and represented he was going to go a short distance across the street to obtain a $1,200.00 down payment. He never returned, stole the car, gave a fake Texas Driver's License, and the car was found by police in San Diego, California later. Your client knows about this because he sent a repossession person to look for the car but was not successful.

### D.   Vehicle No. 4 - 1994 Saturn

This vehicle was bought used by Mr. Sankari. He returned it and it was sold to a buyer for $1,650.00. The net funds received were $1,450.00.

Based on the "½ - ½ division after Mr. Sankari is reimbursed for monies advanced on the specific car" arrangements of the parties as to Vehicles 2, 3 and 4, my client believes your client is owed the following sums, if any:

> A.   Vehicle No. 2 - this car has not been sold and your client is welcome to it if he wants it.
>
> B.   Vehicle No. 3 - my client can understand that your client is upset that the $1,200.00 down payment was not obtained prior to the car leaving the lot. For purposes of settlement, my client would be willing to pay your client the $1,200.00 sum.

C.   <u>Vehicle No. 4</u> - the $1,450.00 net funds received.  Your client would be entitled to be repaid the $1,000.00 that he paid, plus $100.00 ($1,450.00 net price minus $1,000.00 repaid your client, minus $150.00 in costs, yielding $200.00, which divided by two per the agreement is $100.00), which would mean for purposes of settlement my client would pay  your client the sum of $1,100.00 on Vehicle No. 4.

In summary, we believe your client is owed nothing on Vehicle No. 1, can have Vehicle No. 2 if he wants it, and Mr. Lopez and Longhorn Motors Transportation will pay your client $2,300.00 in full satisfaction of his claims as set forth in the February 17, 2005 letter.  This would comport with the parties' agreement as to Vehicles No. 2, No. 3, and No. 4 that they were to be held for sale and the proceeds evenly divided after your client was repaid the sums he invested in the vehicles.  Since Vehicle No. 3 was repossessed and has not been resold, no payments were made on Vehicle No. 3 (but the $1,200.00 down payment should have been obtained by my client), and Vehicle No. 4 only yielded a net of $1,450.00, the $2,300.00 offer is fair.  This is an offer, which, along with this letter, is protected as an offer of settlement under Rule 408, Texas Rules of Civil Evidence.

Please review this with your client and communicate his response to me at your earliest convenience.

Sincerely,

William T. Peckham

WTP/cja
c: client

MAR.25.2005 4:46PM                                        NO.604   P.2/4

# MOTOR VEHICLE DEALER'S SURETY BOND
## ORIGINAL BOND

Bond Number   CD2980

KNOW ALL BY THESE PRESENTS, THAT

Name   Uwe Wendel
       dba Tran Auto

Address(es)   10400 North Lamar

City, State, and Zip   Austin, TX 78753

As Principal, whose place of business and any supplemental location(s) operated under the same general distinguishing number is/are located at the address(es) set forth above, and

SOUTHERN INSURANCE COMPANY
Administrative Office
1840 N. Greenville Avenue, Suite 178
Richardson, Texas 75081

as Surety, duly authorized and qualified to do business as a surety company in this State, are held and firmly bound to such persons who shall conduct business with said Principal in its capacity as a motor vehicle dealer in the penal sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000), for the payment of which sum, well and truly to be made, we hereby jointly and severally bind ourselves, our heirs, administrators, executors, successors and assigns.

WHEREAS, the above named Principal is applying for a license as a motor vehicle dealer,

AND WHEREAS, said Principal is required by Law (Tex. Transp. Code §503.033) to submit a properly executed surety bond, conditioned as set forth below, with said application for license.

AND WHEREAS, the bond shall run concurrently with the period of the license issued to the Principal;

THE CONDITION OF THIS OBLIGATION is such that if, during the effective period of this obligation the Principal shall pay all valid bank drafts, including checks, drawn by the Principal for the purchase of motor vehicles and transfer good title to each motor vehicle that the Principal purports to sell, then this obligation shall be void; otherwise to remain in full force and effect.

IT IS FURTHER UNDERSTOOD AND AGREED that the above obligation shall extend, without notification to the Surety, to any change of officers of the Principal if the Principal is a corporation, to any additional locations or changes of address of the Principal or to any substitution of business name of the Principal wherein ownership is not changed.

IT IS FURTHER UNDERSTOOD AND AGREED that this bond shall be opened to successive claims up to the face value of the bond. The Surety shall not be liable for successive claims in excess of the bond amount, regardless of the number of claims made against the bond. Recovery against the bond may be made by a person who obtains a judgment against a dealer assessing damages and attorney's fees for an act or omission on which the bond is conditioned if the act or omission occurred during the term for which the general distinguishing number will be valid. Payment of any judgment by the Surety shall be immediately reported to the Texas Department of Transportation, Motor Vehicle Division, P. O. Box 2293, Austin, Texas 78768.

IN WITNESS WHEREOF, said Principal and Surety have executed this bond to be effective on the  1st  day of November , 2004  and to expire on the  31st  day of  October , 2005 .

DATED this  1st  day of  November , 2004

Uwe Wendel
dba Tran Auto

_____
Principal

By X _____

DATED this  1st  day of  November , 2004

SOUTHERN INSURANCE COMPANY
Surety

EXHIBIT "A", PG 1 OF 2     By X  Charlotte _____
Attorney-In-Fact

In accordance with Tex. Transp. Code §503.033, this form is prescribed but not furnished by the Texas Department of Transportation as approved by the Attorney General of Texas on July 16, 1985.                                UCDB9701

MAR. 25. 2005    4:46PM                                                NO. 664    P. 3/4

# LIMITED POWER OF ATTORNEY
## OF
## SOUTHERN INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS, That Southern Insurance Company, a corporation duly organized under the laws of the State of Texas (the "Company"), hereby makes, constitutes and appoints John P. Everhart, Douglas J. Burkert, Jr., Carolyn Sangster, and Charlotte Jones as its true and lawful Attorneys-In-Fact for the limited purposes of executing, sealing and delivering, for and on behalf of the Company, Motor Vehicle Dealer's Surety Bonds required by the State of Texas in an amount not to exceed Twenty-Five Thousand Dollars ($25,000.00).

The Company further acknowledges and confirms that any lawfully issued Motor Vehicle Dealer's Surety Bond bearing the original signature of either John P. Everhart, Douglas J. Burkert, Jr., Carolyn Sangster, or Charlotte Jones shall be valid and binding upon the Company to the same extent as if such bond were bearing the original signature of the President or any Vice President of the Company.

The Attorneys-In-Fact appointed in this Limited Power of Attorney may not delegate or substitute any other person to perform any act authorized hereunder. This Limited Power of Attorney is signed and sealed under the authority of Resolutions duly adopted at the Annual Meeting of the Board of Directors of the Company held on February 7, 2002.

IN WITNESS WHEREOF, Southern Insurance Company has caused this document to be signed by its President on this 7th day of February, 2002.



SOUTHERN INSURANCE COMPANY

Bruce R. Milligan, President

STATE OF TEXAS          §
                        §
COUNTY OF DALLAS        §

This instrument was acknowledged before me on this 7th day of February 2002, by Bruce R. Milligan, President of Southern Insurance Company, and known to me to be the person whose name is subscribed to this instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity stated therein and as the act and deed of said corporation.

CHESNEY SAMPSON
Notary Public, State of Texas
My Commission Exp. 06-15-2003

Notary Public in and for the
State of Texas

Common/Legal/Powers of Attorney/Motor Vehicle Dealer's Bond

UNOFFICIAL

MAR.25.2005 4:46PM    Honda              512-821-3577    NO.504    P.4/4    P.2

UNOFFICIAL

This permit is not transferable, and this side must be prominently displayed in your place of business.

You must obtain a new permit if there is a change of ownership, location, or business location name.

| Type of permit | SALES AND USE TAX |
| Taxpayer number | 3-20161-6374-6 |
| Outlet number | 00001 |
| First business date | 01/01/2005 |

TAXPAYER NAME, BUSINESS LOCATION NAME, and PHYSICAL LOCATION

UME WENDEL

TRAN AUTO
10400 N LAMAR BLVD
AUSTIN                    TX        (8)753-3647

S/C CODE:  5521        DESCRIPTION ON NEXT LINE:

Motor Vehicle Dealers (Used Only)
WE SHOW THIS BUSINESS IN THE FOLLOWING LOCAL SALES TAX AUTHORITIES:
TRANSIT: AUSTIN MTA        EFF: 01/01/2005

Carole Keeton Strayhorn
Comptroller of Public Accounts

EXHIBIT - B , PG 1 OF 1

4077404143

MAR.25.2005    4:46PM                                                    NO.884    P.1/1

# TELEPHONE MESSAGE

**DATE:**              Friday, March 25, 2005  /  3:49 pm

**NAME:**              Ken Johnson, Attorney At Law

**TELEPHONE**          451 7800
**NUMBER(S):**         Fax:  451 7814

**MATTER:**            Lopez/Longhorn - Exhibit A and B not attached to fax

*A & B are attached. Sorry,*

From:

**WILLIAM T. PECKHAM**
**Attorney At Law**
**1104 Nueces St., Suite 104**
**Austin: Texas 78701**

C:\A\FORMS\TELEPHONE.CALL
[CREATED 07/26/03]

(2/1/2011) Bennie Meador - 000.787.0000.tif

**Texas Department of Transportation**

TITLE APPLICATION RECEIPT

2273 1236 3681 7150 56

COUNTY: TRAVIS
STICKER NO: 17025025W7
PLATE NO: 3CD84P
DOCUMENT NO: 2273123636817150S

TAC NAME: NELDA WELLS SPEARS
DATE: 07/29/1999
TIME: 5:16PM
EMPLOYEE ID: HARPERA

EFFECTIVE DATE: 06/11/1999
EXPIRATION DATE: 7/1999
TRANSACTION ID: 2273123636817150S

OWNER NAME AND ADDRESS
ROBERT MONTGOMERY
ELIZABETH MONTGOMERY
909 GRANDRIDGE TRAIL
CEDAR PARK, TX 78613

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: JM1HD4616N0117362
YR/MAKE: 1992/MAZD   MODEL: 929   BODY STYLE: 4D   UNIT NO:
EMPTY WT: 3700   CARRYING CAPACITY: 0   GROSS WT: 3700   TONNAGE: 0.00   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                      TRAVEL TRLR LENGTH: 0
PREV OWNER NAME: BRYAN A BONDS        PREV CITY/STATE: AUSTIN, TX

VEHICLE CLASSIFICATION: PASS

INVENTORY ITEM(S)        YR

VEHICLE RECORD NOTATIONS
ACTUAL MILEAGE

| FEES ASSESSED | | |
|---|---|---|
| TITLE APPLICATION FEE | $ | 13.00 |
| SALES TAX FEE | $ | 409.56 |
| TRANSFER | $ | 2.50 |
| TOTAL | $ | 425.06 |

ODOMETER READING: 83355    BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN         DATE: 07/07/1999
AUSTIN TELCO FEDERAL CU
8929 SHOAL CREEK BVD STE 100
AUSTIN, TX 78757

2ND LIEN

3RD LIEN

SALES TAX CATEGORY: SALES/USE

| | | |
|---|---|---|
| SALES TAX DATE: 07/28/1999 | | |
| SALES PRICE: | $ | 6,552.93 |
| TRADE IN ALLOWANCE: | $ | 0.00 |
| TAXABLE AMOUNT: | $ | 6,552.93 |
| SALES TAX PAID: | $ | 409.56 |
| OTHER STATE TAX PAID: | $ | 0.00 |
| TAX PENALTY: | $ | 0.00 |
| TOTAL TAX PAID: | $ | 409.56 |

BATCH NO: 3123635B01     BATCH COUNT: 30

THIS RECEIPT TO BE CARRIED IN ALL COMMERCIAL VEHICLES

UNOFFICIAL

(2/1/2011) Bennie Meador - 000.787.0002.tif
Page 1

# TEXAS CERTIFICATE OF TITLE

## ORIGINAL

24003342

JM1HD461eNO117362     1992     MAZD     4D

00022200049772043   03/05/96

929     3700     JCD84P

ROGER BEASLEY MAZDA AUST     037186

BRYAN A BONDS
12609 DESSAU RD NO A242
AUSTIN, TX 78754

ACTUAL MILEAGE

081-881-110 1424-8601

01/09/96 BANK OF AMERICA TX NA NO 8324
PO BOX 2240
BREA, CA 92622

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION

UNOFFICIAL

(2/1/2011) Bennie Meador - 000.787.0001.tif

## APPLICATION FOR TEXAS CERTIFICATE OF TITLE
→ TYPE OR PRINT NEATLY IN INK ←

**TAX OFFICE USE ONLY**

For Clerk: CA WELLS SHEARS

JUL 2 9 1999

Applicant's Name: ROBERT MONTGOMERY
ELIZABETH MONTGOMERY
Address: 9709 CEDARRIDGE TRL
City, State, Zip Code: CEDAR PARK   TX   78613

Previous Owner's Name: BRYAN A BONDS
Address: 12609 DESSAU RD # A242
City, State, Zip Code: AUSTIN   TX   78754

**THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN**

1st Lien Date: 7-7-97
1st Lienholder Name: AUSTIN TELCO FEDERAL CREDIT UNION
8929 SHOAL CREEK BLVD. STE.100
AUSTIN, TX   78757

I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND
CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
AUSTIN TELCO FEDERAL CREDIT UNION

7-28-99

AUSTIN TELCO FEDERAL CREDIT UNION

Purchaser: ELIZABETH MONTGOMERY   ROBERT MONTGOMERY

JUL 2 9 1999

(2/1/2011) Bennie Meador - 000.787.0002b.tif

WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SALES TAX AFFIDAVIT TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID $10 PENALTY.

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

ASSIGNMENT OF TITLE

Robert Montgomery

Austin Telco Federal Credit Union

FIRST REASSIGNMENT DEALER ONLY

**SURRENDERED**

SECOND REASSIGNMENT DEALER ONLY

THIRD REASSIGNMENT DEALER ONLY

UNOFFICIAL

(2/1/2011) Bennie Meador - 000.787.0003.tif

## POWER OF ATTORNEY - TRANSFER MOTOR VEHICLE

THIS IS TO CERTIFY THAT I, **ROBERT MONTGOMERY**
(TYPE OR NEATLY PRINT OWNER'S NAME)

OF THE COUNTY OF _____ AND THE STATE OF TEXAS, DO HEREBY CONSTITUTE AND APPOINT

**AUSTIN TELCO FEDERAL CREDIT UNION**

OF THE COUNTY OF TRAVIS, AND THE STATE OF TEXAS, MY TRUE AND LAWFUL ATTORNEY, FOR ME AND IN MY NAME, PLACE, AND STEAD

TO SELL, TRANSFER AND ASSIGN THE MOTOR VEHICLE DESCRIBED AS FOLLOWS:

| 1992 | MAZDA | 929 | HD |
|------|-------|-----|-----|
| YEAR | MAKE | MODEL | BODY STYLE |

| JM1HD461N0117362 | JPD94P | JULY | |
|------------------|--------|------|--|
| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE | REGISTRATION | FOR THE YEAR OF |

**ROBERT MONTGOMERY**
PRINTED NAME OF OWNER

I FURTHER CERTIFY THAT THE CURRENT ODOMETER READING IS     C33905
(NO TENTHS)

MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE UNLESS
ONE OF THE FOLLOWING STATEMENTS IS CHECKED:

[ ] 1. THE MILEAGE STATED IS IN **EXCESS** OF ITS MECHANICAL LIMITS

[ ] 2. THE ODOMETER READING IS **NOT** THE ACTUAL MILEAGE.
    *WARNING - ODOMETER DISCREPANCY*

07/07/1999                    _____
DATE OF CERTIFICATION           SIGNATURE OF OWNER

                              *Robert Montgmery*
                              (HAND PRINTED NAME OF OWNER)

909 GRANDRIDGE TRL.
TYPE OR NEATLY PRINT OWNER'S ADDRESS

| CEDAR PARK | TX | 78613 |
|------------|-----|-------|
| CITY | STATE | ZIP CODE |

**NOTE:** THIS FORM MUST BE PROPERLY COMPLETED BEFORE IT IS AN ACCEPTABLE DOCUMENT.

Subscribed and sworn to before me this _____ day of _____, in _____ County, Texas.

_____          _____
Seal                      Signature of Notary

**WARNING:** TRANSPORTATION CODE SECTION 501.155, PROVIDES THAT FALSIFYING INFORMATION ON ANY REQUIRED
STATEMENT OR APPLICATION, IS A THIRD - DEGREE FELONY.

(2/1/2011) Bennie Meador - 000.787.0004.tif

## POWER OF ATTORNEY - TRANSFER MOTOR VEHICLE

THIS IS TO CERTIFY THAT I, __ELIZABETH H MONTGOMERY__
(TYPE OR NEATLY PRINT OWNER'S NAME)

OF THE COUNTY OF __AUSTIN__ AND THE STATE OF TEXAS, DO HEREBY CONSTITUTE AND APPOINT

__AUSTIN TELCO FEDERAL CREDIT UNION__

OF THE COUNTY OF TRAVIS, AND THE STATE OF TEXAS, MY TRUE AND LAWFUL ATTORNEY, FOR ME AND IN MY NAME, PLACE, AND STEAD

TO SELL, TRANSFER AND ASSIGN THE MOTOR VEHICLE DESCRIBED AS FOLLOWS:

| 1992 | MAZDA | 929 | 4D |
|------|-------|-----|-----|
| YEAR | MAKE | MODEL | BODY STYLE |
| JM1HD481N0117382 | JCRS4P | JULY | |
| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE | REGISTRATION | FOR THE YEAR OF |

__ELIZABETH H MONTGOMERY__
PRINTED NAME OF OWNER

I FURTHER CERTIFY THAT THE CURRENT ODOMETER READING IS __83350__
(NO TENTHS)

MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE UNLESS
ONE OF THE FOLLOWING STATEMENTS IS CHECKED:

[ ] 1.  THE MILEAGE STATED IS IN __EXCESS__ OF ITS MECHANICAL LIMITS

[ ] 2.  THE ODOMETER READING IS __NOT__ THE ACTUAL MILEAGE.
        WARNING - ODOMETER DISCREPANCY

07/07/1999
DATE OF CERTIFICATION

_Elizabeth Montgomery_
SIGNATURE OF OWNER

_ELIZABETH MONTGOMERY_
(HAND PRINTED NAME OF OWNER)

909 GRANDRIDGE TRL
TYPE OR NEATLY PRINT OWNER'S ADDRESS

| CEDAR PARK | TX | 78613 |
|------------|-----|-------|
| CITY | STATE | ZIP CODE |

NOTE:  THIS FORM MUST BE PROPERLY COMPLETED BEFORE IT IS AN ACCEPTABLE DOCUMENT.

Subscribed and sworn to before me this _____ day of _____ in _____ County, Texas.

Seal _____
Signature of Notary

WARNING:  TRANSPORTATION CODE SECTION 501.155, PROVIDES THAT FALSIFYING INFORMATION ON ANY REQUIRED
STATEMENT OR APPLICATION, IS A THIRD - DEGREE FELONY.

UNOFFICIAL

(2/1/2011) Bennie Meador - 000.787.0005.tif

## POWER OF ATTORNEY - TRANSFER MOTOR VEHICLE

THIS IS TO CERTIFY THAT I, _____ **BRYAN BONDS** _____
(TYPE OR NEATLY PRINT OWNER'S NAME)

OF THE COUNTY OF _____ TRAVIS _____ AND THE STATE OF TEXAS, DO HEREBY CONSTITUTE AND APPOINT

_____ **AUSTIN TELCO FEDERAL CREDIT UNION** _____

OF THE COUNTY OF TRAVIS, AND THE STATE OF TEXAS, MY TRUE AND LAWFUL ATTORNEY, FOR ME AND IN MY NAME, PLACE, AND STEAD

TO SELL, TRANSFER AND ASSIGN THE MOTOR VEHICLE DESCRIBED AS FOLLOWS:

| 1992 | MAZDA | 929 | US |
|------|-------|-----|-----|
| YEAR | MAKE | MODEL | BODY STYLE |
| JM1HD461N0117382 | TCDR4P | JULY | FOR THE YEAR OF |
| VEHICLE IDENTIFICATION NUMBER | LICENSE PLATE | REGISTRATION | |

**BRYAN BONDS**
PRINTED NAME OF OWNER

I FURTHER CERTIFY THAT THE CURRENT ODOMETER READING IS _____ 83355 _____ (NO TENTHS)

MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING IS THE ACTUAL MILEAGE OF THE VEHICLE UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED:

[ ] 1. THE MILEAGE STATED IS IN <u>EXCESS</u> OF ITS MECHANICAL LIMITS

[ ] 2. THE ODOMETER READING IS <u>NOT</u> THE ACTUAL MILEAGE.
*WARNING - ODOMETER DISCREPANCY*

07/07/1999
DATE OF CERTIFICATION

*Bryan Bonds*
SIGNATURE OF OWNER

*Bryan Bonds*
(HAND PRINTED NAME OF OWNER)

_____
TYPE OR NEATLY PRINT OWNER'S ADDRESS

| | | |
|---|---|---|
| CITY | STATE | ZIP CODE |

**NOTE:** THIS FORM MUST BE PROPERLY COMPLETED BEFORE IT IS AN ACCEPTABLE DOCUMENT.

Subscribed and sworn to before me this _____ day of _____, _____ in _____ County, Texas.

Seal                                    Signature of Notary

**WARNING:** TRANSPORTATION CODE SECTION 501.155, PROVIDES THAT FALSIFYING INFORMATION ON ANY REQUIRED STATEMENT OR APPLICATION, IS A THIRD - DEGREE FELONY.

UNOFFICIAL

4077404 1.52

## APPLICATION FOR TEXAS CERTIFICATE OF TITLE

TYPE OR PRINT IN INK

49772043

### TAX OFFICE USE ONLY

Tax Collector NELDA WELLS SPEARS    County TRAVIS COUNTY

Date 1/11/96    Transaction Number G111065?

VTRD USE ONLY

| 1 Vehicle Identification Number | 2 Year | 3. Make | 4. Body Style | 5. Model | 6. Odometer Reading |
|---|---|---|---|---|---|
| | 92 | MAZDA | 4DR SDN | P6860 | |

| 7. Empty Weight | 8 Carrying Capacity (lbs.) | 9 Tonnage | 10 Trailer Type ( ) Semi ( ) Full | 11. Vehicle Unit No | 12 Owner I.D. No. (Employer I.D. No. *see below) |
|---|---|---|---|---|---|
| 3100 | | | XCD8HP | | |

14   Applicant's Name   BRYAN A BONDS
(Purchaser, Donee, Trader)
   Address   12600 DESSAU ROAD #A242
   City, State, Zip Code   AUSTIN      TX 78754

14a   Renewal Notice Info Name
(If Different From 14)
   Address
   City, State, Zip Code

14b   Vehicle Location Info (If Different From 14)
   Address, City, State, Zip Code

15   Previous Owner (Seller, Donor, Trader):   ROGER BEASLEY MAZDA
   City, State   AUSTIN    TX 78766-1500

15a. GDN – Dealer Use Only   P6860

### THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

| 16   1st Lien Date | 1st Lienholder Name   BANK OF AMERICA TX.N.A. #1324 | 16a. Additional Lien(s)? |
|---|---|---|
| 01/09/96 | Address   P.O. BOX 2240 | ☐ YES (If additional liens are to be recorded attach form VTRD-267). |
| | City, State, Zip Code   BREA    CA 926?? | |

17. FOR CORRECTED TITLE, CHECK REASON BELOW

☐ Change in Vehicle Description

☐ No Change in Ownership

18   ODOMETER INFORMATION TO BE COMPLETED BY TRANSFEROR (SELLER/AGENT). FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT. MILEAGE SHOWN IS:

☐ A – Actual Mileage    ☐ N – Not Actual Mileage    ☐ X – Mileage Exceeds Mechanical Limits

I, ROGER BEASLEY MAZDA (Print Name of Seller) state that the odometer now reads 27166 (no tenths).

### MOTOR VEHICLE TAX AFFIDAVIT

19   CHECK ONLY IF APPLICABLE

☐ I hold Motor Vehicle Retailer's (Rental) Permit No _____ and will satisfy the minimum tax liability (V.A.T.S. Tax Code, Sec. 152.046(b))

☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S. Tax Code, Sec. 152.002(c)).

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a. ADDITIONAL TRADE-IN? (Y/N) |
|---|---|---|---|---|

21   SALES AND USE TAX COMPUTATION

☐ (a)   Sales Price    $16950.00

☒ (b)   Less Trade-in Amount, Describe in Item 20 Above    $

☐ (c)   For Dealers/Lessors/Renters ONLY – Fair Market Value Deduction. Describe in Item 20 Above    $

(d)   Taxable Amount (Item a minus Item b /Item c)    $16950.00

(e)   6 25% Tax on Taxable Amount (Multiply Item d by 0625)    $

(f)   Tax Paid to _____ (STATE)    $1059.38 S

(g)   AMOUNT OF TAX DUE (Item e minus Item f)    $

☐ $15 New Resident Tax – (Previous State)

☐ $5 Even Trade Tax

☐ $10 Gift Tax

☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____

☐ $13 APPLICATION FEE FOR CERTIFICATE OF TITLE

### I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

22   SELLER, DONOR, OR TRADER
SIGN HERE   ROGER BEASLEY MAZDA   By _____ Date 01/09/96

23   TITLE APPLICANT, PURCHASER, DONEE OR TRADER
SIGN HERE   Bryan A. Bonds   By _____ Date 01/09/96

**WARNING:** V.A.T.S. Article 6687-1 provides that falsifying information on title transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison and not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.

* You are not required by law to disclose your social security number. However, primarily because of duplication of individuals' names, this information is requested for our records maintenance program to assist in identifying the true owner of a vehicle.

Form 130-U   Rev. 12-93

UNOFFICIAL

(2/1/2011) Bennie Meador - 000.49772044.0002.tif

# TEXAS CERTIFICATE OF TITLE

173486 ORIGINAL                      0015-03940

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| JM1HD4616N0117362 | 1992 | MAZDA | 4 DR |

TITLE NUMBER  36343910   DATE TITLE ISSUED 09/24/92

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | | 3700 | JCD84P |

DEPARTMENTAL USE ONLY   6841750

PREVIOUS OWNER
PRICE CAD OLDS PONT INC SUL SPGS TX

ODOMETER READING  000083

OWNER
MAZDA AMERICAN CREDIT
C/O DONALD L SOUTH
RT 1 BOX 17A
DIKE, TX   75437

REMARK(S)
ACTUAL MILEAGE

X  Mazda American Credit   Scott Jas

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

08/22/92   1ST LIENHOLDER
           MAZDA AMERICAN CREDIT
           PO BOX 111896
           NASHVILLE, TN   37222

1ST LIEN RELEASED  10/3/95
                          DATE
Mazda American Credit
BY  Scott Jas
        AUTHORIZED AGENT

DATE OF LIEN   2ND LIENHOLDER

2ND LIEN RELEASED _____ DATE

BY _____ AUTHORIZED AGENT

DATE OF LIEN   3RD LIENHOLDER

3RD LIEN RELEASED _____ DATE

BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT ACCORDING TO THE RECORDS OF THE TEXAS DEPARTMENT OF TRANSPORTATION, THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIEN(S), AS SHOWN

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

FORM 30-C REV 5-92   08163110

TEXAS DEPARTMENT OF TRANSPORTATION
DIVISION OF MOTOR VEHICLES, TITLES AND REGISTRATION

UNOFFICIAL

(2/1/2011) Bennie Meador - 000.49772044.0005.tif

**TAX COLLECTOR'S RECEIPT FOR TEXAS TITLE APPLICATION/REGISTRATION/MOTOR VEHICLE TAX**

RECEIPT NUMBER G 11105

1. 01196   VERIFIED
2. Validation sticker no.
3. Expires last day, of → Month 07 Year 96
4. Texas license no. JCD84P
5. Transfer of current registration / Registration fee paid-new plates issued

6. OWNER Name and address: BRYAN A BONDS
12609 DESSAU RD #242
AUSTIN TX 78754

7. Classification 01
8. Tonnage
9. Empty weight 3700
10. Carrying capacity
11. Gross weight

12. Year 92
13. Make MAZDA
14. Body style 4DR
15. Prev. license no. JCD84P

16. Vehicle Identification number JM1HD4616N0117362
17. Odometer 37166
18. Surrendered title no. 36343910

19. Index number
20. Diesel fuel
21. Penalty
22. Total reg/title fee 8 2.50
23. Total reg/title fee
25. Title regis. fee 13.00
26. County TRAVIS
27. County no 227
28. Deputy SD/RBM
29. Local Fees NONE

24. Tax Assessor-Collector N WELL SPEARS

30. 1ST LIENHOLDER Name and mailing address: JCD84P  VERIFIED
BANK OF AMERICA TX NA #1324
PO BOX 2240
BREA CA 92622
Date of lien 010996

31. 2ND LIENHOLDER, name, city, state: NONE
Date of lien

32. SELLER (Name of previous owner, city, state): ROGER BEASLEY MAZDA   AUSTIN TX

33. $ $ Even trade / $10 Gift / $15 New resident / Exempt
34. Sales price 16950.00
35. Trade-In
36. Taxable value 16950.00

37. Tax 1059.38
38. Tax paid to other state
39. Penalty
40. TAX & PENALTY PAID 1059.38

Form 31 (Rev 10/93) DHT #142776

TAX AND TITLE COPY

1

*[watermark: UNOFFICIAL]*

407740-1.55

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND SALES TAX AFFIDAVIT TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID $10 PENALTY.**

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: ROGER BEASLEY MAZDA   Street: 918 BURNET RD   City: AUSTIN   State: TX   Zip: 78757

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): 37073

Date of Sale: 10-17-95

Mazda American Credit
_(signature)_

Mazda American Credit
Scott
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent: _(signature)_

LEIGH A BOUDREAUX
Printed Name (same as signature)

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser: BRYAN A BONDS   Street: 12609 DESSAU ROAD #A242   City: AUSTIN   State: TX   Zip: 78754

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2 The odometer reading is not the actual mileage WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths): 37166

Date of Sale: 1-11-96

ROGER BEASLEY MAZDA
Dealer's Name

26860

_(signature)_
Agent's Signature
BRYAN A BONDS

LEIGH A BOUDREAUX
Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent

_(signature)_ POA
Printed Name (same as signature)

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:    Street:    City:    State:    Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is not the actual mileage WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths):

Date of Sale:

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent

Printed Name (same as signature)

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser:    Street:    City:    State:    Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is not the actual mileage WARNING - ODOMETER DISCREPANCY

ODOMETER READING (No Tenths):

Date of Sale:

Dealer's Name

Dealer No.

Agent's Signature

Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.
Signature of Buyer/Agent

Printed Name (same as signature)

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE
LIEN IN FAVOR OF NAME & ADDRESS:
BANK OF AMERICA TX NA #1324
PO BOX 2240   BREA CA 92622

(2/1/2011) Bennie Meador - 000.49772044.0007.tif

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, ROGER BEASLEY MAZDA _____ state that the odometer now

37168 (TRANSFEROR'S NAME - PRINT)

reads _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING — ODOMETER DISCREPANCY.

MAKE    MAZDA

MODEL    929              BODY TYPE    4DR SDN

VEHICLE IDENTIFICATION NUMBER    JM1HD4616N0117362

YEAR    92

TRANSFEROR'S NAME    ROGER BEASLEY MAZDA
(PRINTED NAME)

TRANSFEROR'S ADDRESS (STREET)    P.O. BOX 10500

(CITY) AUSTIN          (STATE) TX      (ZIP CODE) 78766-1500

TRANSFEROR'S NAME    X _____ (SIGNATURE)

DATE OF STATEMENT    JANUARY 9, 1996

TRANSFEREE'S NAME    BRYAN A BONDS

TRANSFEREE'S ADDRESS (STREET)    12609 DESSAU ROAD #A242

(CITY) AUSTIN          (STATE) TX      (ZIP CODE) 78754

TRANSFEREE'S NAME    X _Bryan A Bonds_
BRYAN A BONDS          (SIGNATURE)

(PRINTED NAME)

TADA-65-3/90                                              (8G74LA)

UNOFFICIAL

(2/1/2011) Bennie Meador - 000.49772044.0008.tif

## STATE OF TEXAS
### POWER OF ATTORNEY FOR TRANSFER OF OWNERSHIP TO A MOTOR VEHICLE
(SEE REVERSE SIDE FOR INSTRUCTIONS)

**WARNING: THIS FORM MAY BE USED ONLY WHEN TITLE IS PHYSICALLY HELD BY LIENHOLDER OR HAS BEEN LOST.**
This Form Must Be Submitted To The State By The Person Exercising Powers Of Attorney. Failure To Do So May Result In Fines And/Or Imprisonment

### VEHICLE DESCRIPTION

| JM1HD4616N0117362 | 92 | MAZDA | SDN | 929 |
|---|---|---|---|---|
| Vehicle Identification Number | Year Model | Make of Vehicle | Body Style | Model |

**PART A.  A POWER OF ATTORNEY TO TRANSFER OWNERSHIP AND TO DISCLOSE MILEAGE**
Federal and State law requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

I, BRYAN A BONDS , appoint ROGER BEASLEY MAZDA
(Seller's Name, Print)                                (Buyer's Firm Name, Print)
as my attorney-in-fact, to execute all documents necessary to transfer my interest in the above described vehicle and to disclose the mileage on the title for the vehicle described above exactly as stated in my following disclosure.

I state that the odometer now reads 37166 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

☑ (1)  I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.
☐ (2)  I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

_(signature)_         LEIGH A BOUDREAUX                        1-11-96
(Signature of Seller/Agent)     (Printed Name)                (Date of Statement)

ROGER BEASLEY MAZDA           6918 BURNE TRD  AUSTIN TX 78757
                              (Seller's Street Address, City, State, Zip Code)

_(signature)_                  BRYAN A BONDS
(Signature of Buyer/Agent)      (Printed Name of Individual Signing as Buyer/Agent)

12609 DESSAU ROAD #A242       AUSTIN TX 78754
(Firm's Name, Street Address, City, State, Zip Code - Print or Type)          Dealer Number

**PART B.  POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I, _____ , appoint _____
(Buyer's Name, Print)                                    (Dealership's Name, Print)
as my attorney-in-fact, to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

_____          _____
(Signature of Buyer/Agent)                          (Printed Name)

_____
(Print or Type Firm Name, If Applicable)

_____
(Buyer's Street Address, City, State, Zip Code)

Federal and State law requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

I, _____ state that the odometer now reads _____ (no tenths)
(Seller's Name, Print)
miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

☐ (1)  I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits.
☐ (2)  I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

_____      _____    _____
(Signature of Seller/Agent)              (Printed Name)                   (Date of Statement)

_____
(Dealer's Name, Street Address, City, State, Zip Code)          Dealer Number

**PART C.  CERTIFICATION (TO BE COMPLETED WHEN PARTS A AND B HAVE BEEN USED)**

I, _____ , hereby certify that the mileage I have disclosed on
(Name Exercising Powers of Attorney, Print)
the title document is consistent with that provided to me in the above power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create any new or additional liability under Federal or State law.

_____        _____    _____
(Signature)                               (Printed Name)                   (Date of Certification)

_____
(Street Address, City, State, Zip Code)

2157633

THIS DOCUMENT IS VOID IF ALTERED                   Form VTR-271-A (11-93)

DIV AUT CPU
5JWA CWD
REG 96 JCD84P

LIC JCD84P EXPIRES JUL/96 EWT
PASSENGER CAT, 3WK
TITLE 000.000.003343910 ISSUED 09/24/92 ODOMETER 000083
92 MAZI    4U. M1HD461A0117362    PASS
PREVIOUS OWNER PRIDE CAD OLDS PONT INC
OWNER MAZDA AMERICAN CREDIT C/O DONALD L SOUTH,RT 1 BOX 17A,DIKE,TX
     25437
LIEN 08/22/92 MAZDA AMERICAN CREDIT,PO BOX 111896,NASHVILLE,TN  372
22
PLATE AGE: 3
REMARKS ACTUAL MILEAGE.

REG GWT    3700 GWT    3700
REG CLASS 25  $ 0.00

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, _____ **TOWN NORTH MITSUBISHI** _____ state that the odometer now
.1785 (TRANSFEROR'S NAME - PRINT)

reads _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING — ODOMETER DISCREPANCY.

| | |
|---|---|
| MAKE | SUZUKI |
| MODEL | ESTEEM GLX       4DR |
| | BODY TYPE |
| VEHICLE IDENTIFICATION NUMBER | JS2GB31S5S5102450 |
| YEAR | 1995 |
| TRANSFEROR'S NAME | TOWN NORTH MITSUBISHI |
| TRANSFEROR'S ADDRESS (STREET) | 9112 RESEARCH (PRINTED NAME) |
| | AUSTIN, TX              78758 |
| | (CITY)       (STATE)       (ZIP CODE) |
| TRANSFEROR'S NAME X | D Blau (SIGNATURE) |
| DATE OF STATEMENT | 05 MAR 1996 |
| TRANSFEREE'S NAME | WANDA L MILLIGAN      BARBARA M MILLIGAN |
| TRANSFEREE'S ADDRESS (STREET) | ROUTE 3 BOX 95 |
| | MANOR                    78653 |
| | (CITY)       (STATE)       (ZIP CODE) |
| TRANSFEREE'S NAME X | Wanda Milligan   Barbara M Milligan |
| | WANDA L MILLIGAN (SIGNATURE)  BARBARA M MILLIGAN |
| | (PRINTED NAME) |

FORM TEXAS-65

Reynolds + Reynolds

UNOFFICIAL



**Texas Department of Transportation**

## TITLE APPLICATION RECEIPT



2273 2136 5611 0024 70

COUNTY: TRAVIS
STICKER NO: 7405623WA
PLATE NO: VRM58C
DOCUMENT NO: 22732136561100247

TAC NAME: NELDA WELLS SPEARS
DATE: 02/07/2000          EFFECTIVE DATE: 03/01/1999
TIME: 10:02AM            EXPIRATION DATE: 2/2000
EMPLOYEE ID: PICKETC     TRANSACTION ID: 22732136561100247

OWNER NAME AND ADDRESS
ANGIE RAE AVALOS
280 MASONWOOD DR
KYLE, TX 78640

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: JS2GB31S5S5102450     VEHICLE CLASSIFICATION: PASS
YR/MAKE: 1995/SUZI  MODEL: EST  BODY STYLE: 4D   UNIT NO:
EMPTY WT: 2300      CARRYING CAPACITY: 0         GROSS WT: 2300  TONNAGE: 0.00  TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                  TRAVEL TRLR LENGTH: 0
PREV OWNER NAME: A CUT ABOVE MOTORS              PREV CITY/STATE: AUSTIN, TX

INVENTORY ITEM(S)          YR

|  | FEES ASSESSED | | |
|---|---|---|---|
|  | TITLE APPLICATION FEE | $ | 13.00 |
| VEHICLE RECORD NOTATIONS | TRANSFER | $ | 2.50 |
| ACTUAL MILEAGE | TOTAL | $ | 15.50 |

|  |  |
|---|---|
| SALES TAX CATEGORY: EXEMPT | |
| TAX PERMIT NO: 17426966663 | |
| SALES TAX DATE: 01/25/2000 | |

ODOMETER READING: 99050    BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN            DATE: 01/25/2000
A CUT ABOVE MOTORS
526 EAST OLTORF
AUSTIN, TX 78704

| | | |
|---|---|---|
| SALES PRICE | $ | 0.00 |
| TRADE IN ALLOWANCE | $ | 0.00 |
| TAXABLE AMOUNT | $ | 0.00 |
| SALES TAX PAID | $ | 0.00 |
| OTHER STATE TAX PAID | $ | 0.00 |
| TAX PENALTY | $ | 0.00 |
| TOTAL TAX PAID | $ | 0.00 |

2ND LIEN

3RD LIEN

BATCH NO: 1213656101      BATCH COUNT: 5

UNOFFICIAL

ORIGINAL

**Texas Department of Transportation**

## TITLE APPLICATION RECEIPT





2273 3136 5611 0024 70

COUNTY: TRAVIS
STICKER NO: 7405623WA
PLATE NO: VRM58C
DOCUMENT NO: 22732136561100247

TAC NAME: NELDA WELLS SPEARS
DATE: 02/07/2000                    EFFECTIVE DATE: 03/01/1999
TIME: 10:02AM                       EXPIRATION DATE: 2/2000
EMPLOYEE ID: PICKETC                TRANSACTION ID: 22732136561100247

OWNER NAME AND ADDRESS
ANGIE RAE AVALOS
280 MASONWOOD DR
KYLE, TX 78640

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: JS2GB31S5S5102450
YR/MAKE: 1995/SUZI  MODEL: EST  BODY STYLE: 4D
EMPTY WT: 2300   CARRYING CAPACITY: 0
BODY VEHICLE IDENTIFICATION NO:
PREV OWNER NAME: A CUT ABOVE MOTORS

VEHICLE CLASSIFICATION: PASS
UNIT NO:
GROSS WT: 2300  TONNAGE: 0.00  TRAILER TYPE:
TRAVEL TRLR LENGTH: 0
PREV CITY/STATE: AUSTIN, TX

INVENTORY ITEM(S):           YR

| FEES ASSESSED | | |
|---|---|---|
| TITLE APPLICATION FEE | $ | 13.00 |
| TRANSFER | $ | 2.50 |
| TOTAL | $ | 15.50 |

VEHICLE RECORD NOTATIONS
ACTUAL MILEAGE

ODOMETER READING: 59050   BRAND: A
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN        DATE: 01/25/2000
A CUT ABOVE MOTORS
526 EAST OLTORF
AUSTIN, TX 78704

2ND LIEN

3RD LIEN

SALES TAX CATEGORY: EXEMPT
TAX PERMIT NO: 17426966663
SALES TAX DATE: 01/25/2000

| | | |
|---|---|---|
| SALES PRICE | $ | 0.00 |
| TRADE IN ALLOWANCE | $ | 0.00 |
| TAXABLE AMOUNT | $ | 0.00 |
| SALES TAX PAID | $ | 0.00 |
| OTHER STATE TAX PAID | $ | 0.00 |
| TAX PENALTY | $ | 0.00 |
| TOTAL TAX PAID | $ | 0.00 |

BATCH NO: 1213656101      BATCH COUNT: 3

UNOFFICIAL

ORIGINAL

# APPLICATION FOR TEXAS CERTIFICATE OF TITLE

→ TYPE OR PRINT NEATLY IN INK ←

**This space for VTR Use Only**

13a. Additional Applicants Social Security Numbers

14. Applicant's Name
(Purchaser, Donee, Trader) ANGIE RAE AVALOS

Address 280 MASONWOOD DR

City, State, Zip Code

15. Previous Owner's Name (Seller, Donor, Trader)
Address A CUT ABOVE MOTORS
City, State, Zip Code 526 EAST OLTORF

## THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

16. 1st Lien Date
01/25/00

1st Lienholder Name
Address A CUT ABOVE MOTORS
526 EAST OLTORF
City, State, Zip Code

18. ODOMETER DISCLOSURE – FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

State that the odometer now reads 89000

## MOTOR VEHICLE TAX STATEMENT

21. SALES AND USE TAX COMPUTATION
(a) Sales Price (S ........................) $ 3200.00
(b) Less Trade - In Amount, Describe in item 20 Above $ 500.00
(d) Taxable Amount (Item a, minus Item b.) ( Item c.) $ 2700.00
(e) 6.25% Tax On Taxable Amount ( Multiply Item b. by .0625 ) $
(f) Tax Paid to _____ (STATE) $
(g) AMOUNT OF TAX DUE ( Item d. minus Item f. ) $

☑ $13 APPLICATION FEE FOR CERTIFICATE OF TITLE

SELLER: FINANCE
94-3031906-3

I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

22. SELLER, DONOR OR TRADER
HAND PRINTED NAME A Cut Above Motors     01/25/00

PURCHASER, DONEE, OR TRADER
HAND PRINTED NAME Angie Rae Avalos     01/25/00

Form 130-U   Rev 11-98

2/00

# TEXAS CERTIFICATE OF TITLE

## ORIGINAL

META
2000
N/A

NUMBER OF TITLE AND PRIOR TITLE: 39314552

VEHICLE IDENTIFICATION NUMBER: JS2GB31S5S5102450

YEAR MODEL: 1995

MAKE OF VEHICLE: SUZI

BODY STYLE: 4D

TITLE DOCUMENT NUMBER: 22725236285135220   DATE TITLE ISSUED: 06/09/1999

MODEL: EST

GRO CAPACITY IN TONS: 2300

WEIGHT: 

LICENSE NUMBER: VRM58C

PREVIOUS OWNER: ROGER BEASLEY KIA/SUZUKI AUSTIN TX

ODOMETER READING: 83912

OWNER:
TESSA S MULLEN
9095 TAYLORSVILLE RD
DALE, TX 78616

ACTUAL MILEAGE

UNLESS OTHERWISE AUTHORIZED BY LAW IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR CHANGE ANY TITLE INFORMATION ON A CERTIFICATE OF TITLE

DATE OF LIEN: 06/28/1999

1ST LIENHOLDER:
FIRST COMMERCIAL BANK
201 E SAN ANTONIO
LOCKHART, TX 78644

LIEN RELEASED: 11-2-99   DATE

Vice President

2ND LIENHOLDER

DATE OF LIEN

2ND LIEN RELEASED   DATE

BY   AUTHORIZED AGENT

DATE OF LIEN

3RD LIENHOLDER

3RD LIEN RELEASED   DATE

BY   AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE SUBJECT TO THE ABOVE LIENS.

SIGNATURE (HUSBAND)

RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT
WE THE HUSBAND AND WIFE WHOSE SIGNATURES APPEAR HEREIN HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED BY THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF EITHER THE HUSBAND OR THE WIFE THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR

SIGNATURE (WIFE)

NOTE: SHOULD SPAN USED FOR FULL NAME SUCH AS "MARY JANE DOE" INSTEAD OF "MRS. JOHN DOE"

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION

UNOFFICIAL

EN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT, AND TAX AFFIDAVIT TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 20 WORKING DAYS TO AVOID $50 PENALTY.

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

UNOFFICIAL

Mazda South 4500 S IH 35 Austin TX 78745

Jesse S. Mullen

Y Michelle White

Mazda South

Michelle White

Kyle Bertram

Angie Mae Avalos 310 Marshwood St. Kyle TX

A Mut Above Motors

Krista Kyler Be

Angie Mae Avalos

LIENHOLDER TO BE RECORDED (AND SHOWN ON NEW TITLE)   A Mut Above Motors
(SEE LIEN IN FAVOR OF NAME & ADDRESS)   4500 S IH 35 Austin TX 78745

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, ___ A CUT ABOVE MOTORS ___ state that the odometer
(transferor's name — PRINT)

89080

(of the vehicle described below) now reads _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1)  I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2)  I hereby certify that the odometer reading is NOT the actual mileage. WARNING — ODOMETER DISCREPANCY.

| MAKE | SUZUKI | BODY TYPE | SEDAN | MODEL | ESTEEM |
|---|---|---|---|---|---|
| VEHICLE ID NUMBER | | JS2GB31S9X5102450 | | STOCK NUMBER | 8176 |
| COLOR | BURGUNDY | TRIM | GRAY | YEAR | 99 |

| TRANSFEROR'S PRINTED NAME (SELLER) | A CUT ABOVE MOTORS |
|---|---|
| TRANSFEROR'S STREET ADDRESS | 620 EAST OLTORF |
| CITY | AUSTIN | STATE | TX | ZIP CODE | 78704 |
| DATE OF STATEMENT | 25 JAN | TRANSFEROR'S SIGNATURE (SELLER) |

X

PRINTED NAME OF PERSON SIGNING

| TRANSFEREE'S PRINTED NAME (BUYER) | ANGIE RAE AVALOS |
|---|---|
| STREET ADDRESS | 296 MASONWOOD DR. |
| CITY | LYLE | STATE | TX | ZIP CODE | 78641 |

RECEIPT OF COPY ACKNOWLEDGED

X _____                                   DATE 01/25/00
TRANSFEREE'S SIGNATURE — BUYER

X _____                                   DATE
PRINTED NAME OF PERSON SIGNING

UNOFFICIAL

## STATEMENT OF FACT
## FOR CORRECTION/ERASURE

This statement is for Texas Title # __027252.36085135900C__ on a

__95 Suzuki Samurai__ (Vin# __JS3GB31S5551008450__ ).

The error was made on: _____ assignment      ___✓___ signed in error (2nd assignment)

_____ typographical error

Other: _____

_____

No fraud intended.

Title is now correct and sold to ___Felipe Ruc Avalos___

_____ on ___25 Jun 01___ .

_____   Y. MICHELLE WHITE

**A Cut Above Motors**
**Title Clerk**

UNOFFICIAL

# STATE OF TEXAS
## POWER OF ATTORNEY FOR TRANSFER OF OWNERSHIP TO A MOTOR VEHICLE
### (SEE REVERSE SIDE FOR INSTRUCTIONS)
**WARNING: THIS FORM MAY BE USED ONLY WHEN TITLE IS PHYSICALLY HELD BY LIENHOLDER OR HAS BEEN LOST.**
This Form Must Be Submitted To The State By The Person Exercising Powers of Attorney. Failure To Do So May Result In Fines And/Or Imprisonment

### VEHICLE DESCRIPTION

| X2G6315655102450 | 95 | Suzuki | | Sumara |
|---|---|---|---|---|
| Vehicle Identification Number | Year Model | Make of Vehicle | Body Style | Model |

## PART A. A POWER OF ATTORNEY TO TRANSFER OWNERSHIP AND TO DISCLOSE MILEAGE

Federal and State law requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment

I, **Tessa S. Mullen** appoint **Mazda South**
_(Seller's Name, Print)_ _(Buyer's Firm Name, Print)_

As my attorney-in-fact, to execute all documents necessary to transfer my interest in the above described vehicle and to disclose the mileage on the title for the vehicle described above exactly as stated in my following disclosure.

I state that the odometer now reads **97,991** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

- ☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits
- ☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

| ⊗ _Tessa S. Mullen_ | Tessa S. Mullen | 10-01-99 |
|---|---|---|
| (Signature of Seller/Agent) | (Printed Name) | (Date of Statement) |

| 4095 Taylorsville Rd.   Dale TX 78616 | | |
|---|---|---|
| (Seller's Street Address, City, State, Zip Code) | | (Daytime Phone Number) |

| _Signature_ | Michelle White |
|---|---|
| (Signature of Buyer/Agent) | (Printed Name of Individual Signing as Buyer/Agent) |

| Mazda South   4580 S IH 35 Austin TX 78745 | K9558 |
|---|---|
| (Firm's Name, Street Address, City, State, Zip Code - Print or Type) | (Dealer Number) |

## PART B. POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)

I, _____ appoint _____
_(Buyer's Name, Print)_ _(Dealership's Name, Print)_

as my attorney-in-fact to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

| _____ | _____ |
|---|---|
| (Signature of Buyer/Agent) | (Printed Name) |

_____
(Print or Type Firm Name, If Applicable)

_____
(Buyer's Street Address, City, State, Zip Code)

Federal and State law requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

I, _____ state that the odometer now reads _____ (NO TENTHS)
_(Seller's Name, Print)_

miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

- ☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits
- ☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| _____ | _____ | _____ |
|---|---|---|
| (Signature of Seller/Agent) | (Printed Name) | (Date of Statement) |

| _____ | _____ |
|---|---|
| (Dealership's Name, Street Address, City, State, Zip Code) | (Dealer Number) |

## PART C. CERTIFICATION (TO BE COMPLETED WHEN PARTS A AND B HAVE BEEN USED)

I, _____ hereby certify that the mileage I have disclosed on
_(Person Exercising Above Powers of Attorney, Print)_

the title document is consistent with that provided to me in the above power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create any new or additional liability under Federal or State law.

| _____ | _____ | _____ |
|---|---|---|
| (Signature) | (Printed Name) | (Date of Certification) |

_____
(Street Address, City, State, Zip Code)

**5728448**

THIS DOCUMENT IS VOID IF ALTERED

Form VTR-271-A (05/97) DHT# 142811

UNOFFICIAL

50230403

# APPLICATION FOR TEXAS CERTIFICATE OF TITLE

### TYPE OR PRINT IN INK

FOR OFFICE USE ONLY

| NELDA WELLS SPEARS | | | TRAVIS | |
|---|---|---|---|---|
| Tax Collector | County | | | VTRD USE ONLY |
| Date 3-21-96 | Transaction Number G 406431 | | | |

| 1. Vehicle Identification Number JS2GB31SXS5102450 | 2. Year 1995 | 3. Make SUZUKI | 4. Body Style 4DR | 5. Model ESTEEM GLX | Odometer Reading | |
|---|---|---|---|---|---|---|
| 7. Empty Weight 2300 | 8. Carrying Capacity (lbs) | 9. Tonnage | 10. Trailer Type ( ) Semi ( ) Full | 11. Plate No. VRM58C | 12. Vehicle Unit No. | 13. Owner ID No. or SSN *see below |

WANDA L. MILLIGAN                    BARBARA M MILLIGAN

| 14. | Applicant's Name (Purchaser, Donee, Trader) Address City, State, Zip Code | ROUTE 3 BOX 95 MANOR, TX 78653 |
|---|---|---|
| 14a. | Renewal Notice Info. Name (If Different From 14) Address City, State, Zip Code | |
| 14b. | Vehicle Location Info. (If Different From 14) Address, City, State, Zip Code | TOWN NORTH SUZUKI, INC. 9150 RESEARCH BLVD.   AUSTIN, TX   78758   GDN – Dealer Use Only |
| 15. | Previous Owner (Seller, Donor, Trader) City, State | |

### THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

| 16. 1st Lien Date 05 MAR 96 | 1st Lienholder Name Address City, State, Zip Code | NATIONS BANK OF TX P O BOX 831400 DALLAS TX 78523-1400 | 16a. Additional Lien(s)? ☐ YES (If additional liens are to be recorded attach Form VTRD-267.) |
|---|---|---|---|

| 17 FOR CORRECTED TITLE, CHECK REASON BELOW | 18 ODOMETER INFORMATION TO BE COMPLETED BY TRANSFEROR (SELLER/AGENT). FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT. MILEAGE SHOWN IS: |
|---|---|
| ☐ Change in Vehicle Description | ☐ A – Actual Mileage   TOWN NORTH SUZUKI, INC.   ☐ X – Mileage Exceeds Mechanical Limits |
| ☐ No Change in Ownership | I, _____ state that the (Print Name of Seller) odometer now reads   1785   (no tenths) |

### MOTOR VEHICLE TAX AFFIDAVIT

| 19. CHECK ONLY IF APPLICABLE |
|---|
| ☐ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S., Tax Code, Sec. 152.046(c)). |
| ☐ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S., Tax Code, Sec. 152.002(c)). |

| 20. DESCRIPTION OF VEHICLE TRADED IN (if any) | Year 1991 | Make SUZUKI | Vehicle I.D. No. JS4JC51C8M4194991 | 20a. ADDITIONAL TRADE-INS? (Y/N) |
|---|---|---|---|---|

| 21. SALES AND USE TAX COMPUTATION | | |
|---|---|---|
| ☐ (a) Sales Price | $ 15584.00 | ☐ $15 New Resident Tax – (Previous State) _____ |
| ☐ (b) Less Trade-in Amount, Describe in Item 20 Above | $ (2794.00) | ☐ $5 Even Trade Tax |
| ☐ (c) For Dealers/Lessors/Rental Only – Fair Market Value, Deduction, Describe in Item 20 Above | $ | ☐ $10 Gift Tax |
| | | ☐ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because _____ |
| (d) Taxable Amount (Item a  minus Item b or Item c) | $ 12790.00 | |
| (e) 6.25% Tax on Taxable Amount (Multiply Item d. by .0625) | $ 799.38 | |
| (f) Tax Paid to _____ (STATE) | $ | |
| (g) AMOUNT OF TAX DUE (Item e. minus Item f.) | $ 799.38 | ☒ $13 APPLICATION FEE FOR CERTIFICATE OF TITLE |

## I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

| 22. SELLER, DONOR, OR TRADER SIGN HERE TOWN NORTH SUZUKI, INC. By _____ | Date 03/05/96 |
|---|---|
| 23. TITLE APPLICANT, PURCHASER, DONEE OR TRADER SIGN HERE Wanda L. Milligan   Barbara Milligan | Date 03/05/96 |

**WARNING:** V.A.T.S., Article 6687-1, provides that falsifying information on title transfer documents is a third-degree felony offense punishable by not more than ten (10) years in prison or not more than one (1) year in a community correctional facility. In addition to imprisonment, a fine of up to $10,000 may also be imposed.

\* You are not required by law to disclose your social security number. However, primarily because of duplication of individuals' names, this information is requested for our records maintenance program to assist in identifying the true owner of a vehicle.

Form 130-U   Rev. 12-93

75501

55061



## CERTIFICATE OF ORIGIN FOR A VEHICLE

### SUZUKI

| | SEQUENCE NO. | DEALER NO. | | INVOICE NO. | |
|---|---|---|---|---|---|
| DATE | 413910846 | 442143 | | 41032057 | 802476 |
| 05/08/95 | | | | | |

VEHICLE IDENTIFICATION NO     YEAR     MAKE

JS2GB31S5S5102450     1995     SUZUKI

BODY TYPE           SHIPPING WEIGHT

SEDAN                  2198.0

| HP (S.A.E.) | G.V.W.R | NO CYLS | SERIES OR MODEL |
|---|---|---|---|
| 98.0 | 3120.0 | 04 | SGL645S |

ENGINE NO
G16S802476

ENG. DISP. C.C.
1590.0

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

TOWN NORTH SUZUKI, INC.
DBA TOWN NORTH SUZUKI, INC
9112 RESEARCH BLVD
AUSTIN TX
78758-6902

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**American Suzuki Motor Corporation**

BY _____ Arthur Hool _____ Controller
       (SIGNATURE OF AUTHORIZED REPRESENTATIVE)       (AGENT)

**3251 East Imperial Highway
Brea, California 92621-6722**

CITY - STATE

MCOV
A00871527

UNOFFICIAL

4077464-1.70

4077404.1.71

Each undersigned seller certifies to the best of its knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this state or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle. FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:

**DISTRIBUTION - DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S)     WANDA L MILLIGAN       BARBARA M MILLIGAN

ADDRESS    ROUTE 3 BOX 95       MANOR, TX   78653

I certify to the best of my knowledge that the odometer reading is   B1785     No Tenths

DEALER    TOWN NORTH SUZUKI

NAME OF DEALERSHIP     DEALERS LICENSE NUMBER    B117720

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 19 ___

State of   TEXAS

County of   TRAVIS     05    MAR   Notary Public   96

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION - DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY _____

NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 19 ___

State of _____

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION - DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY _____

NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 19 ___

State of _____

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION - DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY _____

NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 19 ___

State of _____

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the following statements is checked. Odometer reading _____ No tenths : The mileage stated is in excess of its mechanical limits . The odometer reading is not the actual mileage. WARNING ODOMETER DISCREPANCY

Signature of Seller(s) _____

Printed Name(s) of Seller(s) _____ Dealers No _____

Signature of Purchaser(s) _____

Printed Name(s) of Purchaser(s) _____

Company Name (If Applicable) _____

Address of Purchaser(s) _____

Date of statement _____ Date of Sale _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____ 19 ___ Notary Public

State of _____

County of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

UNOFFICIAL

# TAX AND TITLE

## X COLLECTOR'S RECEIPT FOR TEXAS TITLE APPLICATION/REGISTRATION/MOTOR VEHICLE TAX

| n sticker no. | 3. Expires last day of → | Month | Year | 4. Texas license no. |
|---|---|---|---|---|
| 8516WX | | 02 | 97 | VRM58C |

Registration fee paid-new plates issued [X]
Registration fee paid-no plates issued [ ]

MILLIGAN
M MILLIGAN
BOX 95
X 78653

| VRM58C | 06878516WX |
|---|---|

**30. 1ST LIENHOLDER** Name and mailing address
NATIONS BANK OF TX
P O BOX 831400
DALLAS TX 78523-1400

Date of lien: 03/05/96

**31. 2ND LIENHOLDER,** name, city, state
NONE

Date of lien:

**32. SELLER** (Name of previous owner, city, state)
TOWN NORTH SUZUKI, INC.    AUST

33. [ ] $5 Even trade    Exempt:

34. Sales price    15584.00

[ ] $10 Gift    35. Trade-In    2794.00

37. Tax    799.38    38. Tax paid to other state    39. Penalty

| | 9. Empty weight | 10. Carrying capacity | 11. Gross weight |
|---|---|---|---|
| onnage | 2300 | | |

| 14. Body style | | 16. Prev. license no. |
|---|---|---|
| 4DR | A  1785 | MCO |

17. Odometer: | 18. Surrendered title no.: MCO

| | 22. No. of mos. | 23. Total reg./Trans. fee |
|---|---|---|
| l fee | 12 | 58.80 |

21. Penalty | 25. Title appl. fee  13.00

27. County no. | 28. Deputy | 29. Local Fees  11.50
227 | TNN/DB |

EARS

450

ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**TOWN NORTH MITSUBISHI**

I, _____ state that the odometer now
**.1785**   (TRANSFEROR'S NAME - PRINT)

reads _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is **NOT** the actual mileage.
WARNING — ODOMETER DISCREPANCY.

MAKE  **SUZUKI**

MODEL  **ESTEEM GLX**                    **4DR** BODY TYPE

VEHICLE IDENTIFICATION NUMBER  **JS2GB31S5S5102450**

YEAR  **1995**

TRANSFEROR'S NAME  **TOWN NORTH MITSUBISHI** (PRINTED NAME)

TRANSFEROR'S ADDRESS (STREET)  **9112 RESEARCH**

**AUSTIN, TX**   (CITY)   (STATE)   **78758** (ZIP CODE)

TRANSFEROR'S NAME  X _____ (SIGNATURE)

DATE OF STATEMENT  **05 MAR 1996**

TRANSFEREE'S NAME  **WANDA L MILLIGAN      BARBARA M MILLIGAN**

TRANSFEREE'S ADDRESS (STREET)  **ROUTE 3 BOX 95**

**MANOR**   (CITY)   (STATE)   **78653** (ZIP CODE)

TRANSFEREE'S NAME  X _____ (SIGNATURE)
**WANDA L MILLIGAN          BARBARA M MILLIGAN**
(PRINTED NAME)

FORM TEXAS-65

Reynolds + Reynolds

UNOFFICIAL

Texas Department of Transportation

* FOR MICROFILM PURPOSES.



2272 5236 2851 3522 05

COUNTY: TRAVIS
STICKER NO: 7405623WA
PLATE NO: VRM58C
DOCUMENT NO: 22725236285135220

TAC NAME: NELDA WELLS SPEARS
DATE: 05/07/1999          EFFECTIVE DATE: 03/01/1999
TIME: 1:52PM              EXPIRATION DATE: 2/2000
EMPLOYEE ID: VANESSA      TRANSACTION ID: 22725236285135220
                         FORM 31 NO: P558170

OWNER NAME AND ADDRESS
TESSA S MULLEN
9095 TAYLORSVILLE RD
DALE, TX 78616

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: JS2GB31S5S5102450     VEHICLE CLASSIFICATION: PASS
YR/MAKE: 1995/SUZI   MODEL: EST   BODY STYLE: 4D   UNIT NO:
EMPTY WT: 2300   CARRYING CAPACITY: 0   GROSS WT: 2300   TONNAGE: 0.00   TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                  TRAVEL TRLR LENGTH: 0
PREV OWNER NAME: ROGER REASLEY KIA/SUZUKI   PREV CITY/STATE: AUSTIN, TX

INVENTORY ITEM(S)              YR
FORM 31-RTS

                              FEES ASSESSED
                              TITLE APPLICATION FEE        $        13.00
VEHICLE RECORD NOTATIONS       SALES TAX FEE               $       383.69
ACTUAL MILEAGE                 TRANSFER                    $         2.50
                                              TOTAL        $       399.19

                              SALES TAX CATEGORY: SALES/USE

ODOMETER READING: 83917   BRAND: A          SALES TAX DATE: 04/28/1999
OWNERSHIP EVIDENCE: TEXAS TITLE              SALES PRICE        $    6,139.00
1ST LIEN              DATE: 04/28/1999   TRADE IN ALLOWANCE    $        0.00
FIRST COMMERCIAL BANK                       TAXABLE AMOUNT     $    6,139.00
201 E SAN ANTONIO                           SALES TAX PAID     $      383.69
LOCKHART, TX 78644                   OTHER STATE TAX PAID -    $        0.00
                                            TAX PENALTY        $        0.00
                                         TOTAL TAX PAID        $      383.69
2ND LIEN                        BATCH NO: 2523628501    BATCH COUNT: 27

3RD LIEN

RET-TAX COL
TCS - 27

UNOFFICIAL

ORIGINAL
VTR-500-RTS (DHT 144R25) (REV 4/96)

**TAX COLLECTOR'S RECEIPT FOR TEXAS TITLE APPLICATION / REGISTRATION / MOTOR VEHICLE TAX**

| 1 DATE OF RECEIPT | 2 VALIDATION STICKER NO. | 3 EXPIRES LAST DAY OF | | 12 TEXAS LICENSE PLATE NO | | P558170 |
|---|---|---|---|---|---|---|
| 5/3/99 | | MONTH 2 YEAR 2003 | | 13. REG CLASS VRMSRC | 14 TONNAGE | |

TRANSFER OF CURRENT REGISTRATION

☒ 4 VALIDATION STICKER NO. 7405623AR

REGISTRATION FEE PAID-
NO PLATES ISSUED

REGISTRATION FEE PAID-
NEW PLATES ISSUED

| | | 15. EMPTY WEIGHT 2300 |
| 16. CARRYING CAPACITY | 17. GROSS WEIGHT | 18. DIESEL FEE |

5 OLD TEXAS LICENSE PLATE NO

| 19 YEAR | 20 MAKE | 21 BODY | 22 BODY STYLE |
| 1995 | GURU | SPT | 4D |

9 OWNER (NAME AND MAILING ADDRESS)

**TESSA S MULLEN**

**DALE   TX 78616-**

9095 TAYLORSVILLE RD

24 ODOMETER
83912   A

23 VEHICLE IDENTIFICATION NUMBER (VIN)
JS2CB31S6S5102650

25 VEHICLE IDENTIFICATION TITLE NUMBER
00022201050230603

11 LIENHOLDER (NAME AND MAILING ADDRESS)

**FIRST COMMERCIAL BANK**

201 E SAN ANTONIO

LOCKHART TX 78644-

| 26 BOND ☐ SURRENDERED ☐ | 27 ☐ 5 DAY ☐ 10 DAY GIFT ☐ $10.00 NEW RESIDENT EVEN TRADE | | 28 SALES PRICE |
|---|---|---|---|

| 29 TRADE-IN | | 30 REBATE | 31 TAXABLE FL VALUE |

6 DATE OF LIEN
4/28/99

| 32 TAX | 33 PENALTY | 34 TOTAL REG \ TRANS FE |
| 383.66 | 0.00 | 6,139.0 |

7 E OF LIEN

| 35 TAX & PENALTY PAID | | 36 LOCAL FEES |
| 383.66 | | 13.00 |

2nd LIENHOLDER (NAME AND MAILING ADDRESS)

| 37 RESIDENT COUNTY | | 38 TITLE APPL FEE |
| 28 | | 2.50 |

8 E OF LIEN

| 39 DEPUTY Ym White | | 40 TOTAL FEES |
| | | 0.00 |

3rd LIENHOLDER (NAME AND MAILING ADDRESS)

E OF LIEN

41 TAX ASSESSOR-COLLECTION

**Nelda Wolfe Sparks**

42 PROCESSING COUNTY

Travis

SELLER (NAME OF PREVIOUS OWNER AND MAILING ADDRESS)

**ROGER BEASLEY KIA/SUZUKI**

**AUSTIN   TX**

TAX AND TITLE COPY 1

UNOFFICIAL

407140-175

# APPLICATION FOR TEXAS CERTIFICATE OF TITLE
## ▶ TYPE OR PRINT NEATLY IN INK ◀

### TAX OFFICE USE ONLY

Tax Collector: NELDA WELLS SPEARS
Date: 5/3/99
County:
Transaction Number: P655110

| 1 Vehicle Identification Number | 2 Year | 3 Make | 4 Body Style |
|---|---|---|---|
| JS26B315SS51W2450 | 1995 | SUZUKI | SD |

| 5 Model | 6 Odometer Reading | 7 Empty Weight | 8 Carrying Capacity (Cwt) | 9 Tonnage |
|---|---|---|---|---|
| ESTEEM | 83912 | 2300 | | |

*This space for VTR Use Only*

| 10 Trailer Type | 11 Plate No | 12 | 13 | 13a Additional Applicants Social Security Number |

14 Applicant's Name
(Purchaser, Donee, Trader)
TESSA S MULLEN
Address
9061 TAYLORSVILLE RD
City State Zip Code
DALE TX 78616
County Name

14a Renewal Notice Info Name (If Different From 14)
Address
City State Zip Code
County Name

□ Statement of Fact for Non-Disclosure, VTR 171 Attached

14b Vehicle Location Info (If Different From 14)
Address City State Zip Code

15 Previous Owner's Name (Seller, Donor, Trader)
KIA SOUTH / RODGER BEASLEY SUZUKI
Address
5432 S IH 35
City State Zip Code
AUSTIN, TX   78745

15a GDN - Dealer Use Only
P 21568

### THIS MOTOR VEHICLE IS SUBJECT TO THE FOLLOWING FIRST LIEN

16 1st Lien Date: 04/28/1999
1st Lienholder Name: FIRST COMMERCIAL BANK
Address: 201 E SAN ANTONIO
City State Zip Code: LOCKHART TX 78644

16a Additional Liens (s)?
□ YES (if additional liens are to be recorded attach Form VTR 267)

| 17 FOR CORRECTED TITLE CHECK REASONS | □ Change in Vehicle Description | □ VIN | □ No Change in Ownership | □ Add Lien | □ Remove Lien | □ Odometer Brand | □ Odometer Reading |
|---|---|---|---|---|---|---|---|
| | □ Year | □ Make | □ Body Style | | | | |

18 ODOMETER DISCLOSURE – FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.
KIA SOUTH / RODGER BEASLEY SUZUKI (Name of Seller / Agent) state that the odometer now reads 83912 (no tenths)

THE MILEAGE SHOWN IS   □ A - Actual Mileage   □ N - Not Actual Mileage   WARNING - ODOMETER DISCREPANCY   □ X - Mileage Exceeds Mechanical Limits
**IF NO SELLER AGENT TITLE APPLICANT SHOULD CHECK ONE OF THE 3 BOXES ABOVE UNLESS NUMBER 6 INDICATES EXEMPT**

### MOTOR VEHICLE TAX STATEMENT

19 CHECK ONLY IF APPLICABLE
□ I hold Motor Vehicle Retailer's (Rental) Permit No. _____ and will satisfy the minimum tax liability (V.A.T.S. Tax Code Sec 152.046 (c))
□ I am a Dealer or Lessor and qualify to take the Fair Market Value Deduction (V.A.T.S. Tax Code Sec 152.002 (c))

| 20 DESCRIPTION OF VEHICLE TRADED IN (if any) | Year | Make | Vehicle Identification Number | 20a ADDITIONAL TRADE - (N)? (Y/N) N |
|---|---|---|---|---|

21 SALES AND USE TAX COMPUTATION
| | | | |
|---|---|---|---|
| (a) Sales Price (If purchase has been declared) N/A | 6139.80 | □ $15 New Resident Tax (Previous State) | |
| (b) Less Trade-In Amount Described in Item 20 Above | N/A | □ $5 Even Trade Tax | |
| (c) For Dealers / Lessors / Rental ONLY - Fair Market Value Deduction Described in Item 20 Above | | □ $10 Gift Tax | |
| (d) Taxable Amount (Item a minus Items b thru c) | 6139.80 | □ Exemption claimed under the Motor Vehicle Sales and Use Tax Law because | |
| (e) 6.25% Tax on Taxable Amount (Multiply Item d by 0625) | 383.69 | | |
| (f) Tax Paid to _____ (STATE) | N/A | | |
| (g) AMOUNT OF TAX DUE (Item e minus Item f) | 383.69 | ☒ $13 APPLICATION FEE FOR CERTIFICATE OF TITLE | |

### I HEREBY CERTIFY THAT ALL STATEMENTS IN THIS DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

22 SELLER, DONOR, OR TRADER
SIGN HERE
HAND PRINTED NAME (Same as signature): Rhonda Saddler   Kia / Suzuki South
Date: 04/28/1999

23 PURCHASER, DONEE, OR TRADER
SIGN HERE: Tessa S. Mullen
HAND PRINTED NAME (Same as signature): TESSA S MULLEN
Date: 04/28/1999

RIGHTS OF SURVIVORSHIP OWNERSHIP AGREEMENT
WE THE HUSBAND AND WIFE WHOSE SIGNATURES APPEAR HEREIN HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED IN THIS APPLICATION FOR TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF EITHER THE HUSBAND OR THE WIFE THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR.

SIGNATURE (HUSBAND)

SIGNATURE (WIFE) (WIFE SHOULD SIGN USING HER FULL NAME)

WARNING: Transportation Code Section 501.155 provides that knowingly providing false information on the transfer documents which is a third degree felony offense punishable by not more than two (2) years in prison or not more than one (1) year in a community correctional facility and in addition to imprisonment a fine of up to $10,000 may also be imposed. The computerized automated registration and title system (RTS) has been implemented. MUST
NOTE: V.A.T.S. Article 6687-1 Section 37A REQUIRES that individuals applying for a certificate of title in a county on which the department maintains an automated file system must autonomy this application...

Form 130-U   Rev 11-98

# TEXAS CERTIFICATE OF TITLE

101.6768325   **ORIGINAL**   933A   24817668
4500

JS2GB31S555102450   YEAR MODEL 1995   MAKE OF VEHICLE 5D22   BODY STYLE 40

DOCUMENT NUMBER 00022200050230403   DATE TITLE ISSUE 05/02/9

MODEL ELX   MFG CAPACITY IN TONS   WEIGHT 2300   LICENSE NUMBER VAM56C

TOWN NORTH SUZUKI INC AU   ACTUAL MILEAGE   00175

OWNER
WANDA L MILLIGAN
BARBARA M MILLIGAN
ROUTE 3 BOX 95
WANDA, TX 78653

X

SIGNATURE OF OWNER OR AGENT MUST BE IN INK

03/05/96   NATIONS BANK OF TX   4/9/9
PO BOX 831900
DALLAS, TX 78523

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATI

VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE, CURRENT LICENSE RECEIPT
& TAX AFFIDAVIT TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLL
IN 20 WORKING DAYS TO AVOID $10 PENALTY.

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSF
OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISO

Kia South / Roger Beasley Suzuki  5132 S 1H35 Austin TX 7874,

123912

3/31/09     PCA:     Barbara Morgan / Jordan
                                Kyli Bertram

Tessa S. Miller  9005 Taljian Miller Rd Paul TX 75161

8-391C

4/28/09     Maria Sanchez Kia Roger Beasley South  P215:
                                Kyli Bertram
                                Tessa S. Miller

Melissa S. Miller

UNOFFICIAL

First Commercial Bank
201 E. San Antonio  Lockhart TX 78644

## STATEMENT OF FACT
## FOR CORRECTION/ERASURE

This statement is for Texas Title # 00022200050230103 for a 1995 Suzuki

Estewn _____ (Vin # JS2GB31S5S5102450 _____ ).

The error was made on: ✗ assignment _____ signed in error

_____ typographical error

Other: Dealer is Kia /Suzuki South not

Mazda South on 2nd assign.

No fraud intended.

Title is now correct and sold to Tissa S. Millela

on 4/28/99

Roger Beasley Kia/Suzuki South
Title Clerk

UNOFFICIAL

**STATE OF TEXAS**

**POWER OF ATTORNEY FOR TRANSFER OF OWNERSHIP TO A MOTOR VEHICLE**
(SEE REVERSE SIDE FOR INSTRUCTIONS)

**WARNING. THIS FORM MAY BE USED ONLY WHEN TITLE IS PHYSICALLY HELD BY LIENHOLDER OR HAS BEEN LOST.**
This Form Must Be Submitted To The State By The Person Exercising Powers of Attorney. Failing To Do So May Result In Fines And/Or Imprisonment

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year Model | Make of Vehicle | Body Style | Model |
|---|---|---|---|---|

**PART A. A POWER OF ATTORNEY TO TRANSFER OWNERSHIP AND TO DISCLOSE MILEAGE**

Federal and State law requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

X _____ Wanda Milligan _____ appoint _____
(Seller's Name, Print)                                                      (Buyer's Firm Name, Print)

as my attorney-in-fact to execute all documents necessary to transfer my interest in the above described vehicle and to disclose the mileage on the title for the vehicle described above exactly as stated in my following disclosure

I state that the odometer now reads  23192  (no tenths) miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked

☐ (1)  I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits

☐ (2)  I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

_____      Wanda Milligan      Wanda M Milligan      11 MAR 199?
(Signature of Seller/Agent)        (Printed Name)                              (Date of Statement)

487 PARSON STREET   MANOR, TX  78653                               _____
(Seller's Street Address, City, State, Zip Code)                          (Daytime Phone Number)

_____      Kujji Boxwana
(Signature of Buyer/Agent)        (Printed Name of Individual Signing as Buyer/Agent)

MAZDA SOUTH    4506 SOUTH IH 35    AUSTIN, TX  78745        P-21588
(Firm's Name, Street Address, City, State, Zip Code - Print or Type)              Dealer Number

**PART B. POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I, _____ appoint _____
(Buyer's Name, Print)                                        (Dealership's Name, Print)

as my attorney-in-fact to sign the mileage disclosure on the title for the vehicle described above only if the disclosure is exactly as the disclosure completed below

_____
(Signature of Buyer/Agent)        (Printed Name)

_____
(Print or Type Firm Name, If Applicable)

_____
(Buyer's Street Address, City, State, Zip Code)

Federal and State law requires that you state the mileage upon transfer of ownership. Providing a false statement may result in fines and/or imprisonment.

I, _____ state that the odometer now reads _____ (NO TENTHS)
(Seller's Name, Print)

miles and to the best of my knowledge that it reflects the actual mileage unless one of the following statements is checked.

☐ (1)  I hereby certify that to the best of my knowledge the odometer reading reflects the mileage in excess of its mechanical limits

☐ (2)  I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

_____      _____      _____
(Signature of Seller/Agent)        (Printed Name)                              (Date of Statement)

_____
(Dealership's Name, Street Address, City, State, Zip Code)        Dealer Number

**PART C. CERTIFICATION (TO BE COMPLETED WHEN PARTS A AND B HAVE BEEN USED)**

I, _____ hereby certify that the mileage I have disclosed on
(Person Exercising Above Powers of Attorney, Print)

the title document is consistent with that provided to me in the above power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create any new or additional liability under Federal or State law.

_____      _____      _____
(Signature)                              (Printed Name)                              (Date of Certification)

_____
(Street Address, City, State, Zip Code)

5641997                THIS DOCUMENT IS VOID IF ALTERED                Form VTR-271-A (05/97) DHT6 142811

UN OFFICIAL

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **KIA SOUTH / ROGER BEASLEY SUZUKI**, state that the odometer now
TRANSFEROR'S NAME (PRINT)

reads **83912** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING — ODOMETER DISCREPANCY

MAKE **SUZUKI**

MODEL **ESTEEM**   BODY TYPE **SD**

VEHICLE IDENTIFICATION NUMBER **JS2GB31S5S5102459**

YEAR **1995**

TRANSFEROR'S NAME **KIA SOUTH / ROGER BEASLEY SUZUKI**
(PRINTED NAME)

TRANSFEROR'S ADDRESS (STREET) **5432 S IH 35**

**AUSTIN**   **TX**   **78745**
(CITY)   (STATE)   (ZIP CODE)

TRANSFEROR'S NAME X _[signature]_
(SIGNATURE)

DATE OF STATEMENT **28 APR 1999**

TRANSFEREE'S NAME **TESSA S MULLEN**

TRANSFEREE'S ADDRESS (STREET) **9695 TAYLORSVILLE RD**

**DALE**   **TX**   **78616**
(CITY)   (STATE)   (ZIP CODE)

TRANSFEREE'S NAME X _Tessa S. Mullen_
(SIGNATURE)

**TESSA S MULLEN**
(PRINTED NAME)

TADA 65 3/90

UNOFFICIAL

TAX COLLECTOR'S RECEIPT FOR TEXAS TITLE APPLICATION / REGISTRATION / MOTOR VEHICLE TAX

P558170

UNOFFICIAL

| 1 DATE OF RECEIPT | 2 VALIDATION STICKER NO | 3 EXPIRES LAST DAY OF | 12 TEXAS LICENSE PLATE NO |
| --- | --- | --- | --- |
| 5/3/99 | 74016223AA | MONTH 2 YEAR 2002 | VRMS8C |

TRANSFER OF CURRENT REGISTRATION

REGISTRATION FEE PAID - NO PLATES ISSUED

OLD VALIDATION STICKER NO

WNER (NAME AND MAILING ADDRESS)

REGISTRATION FEE PAID - NEW PLATES ISSUED

8 OLD TEXAS LICENSE PLATE NO

TESSA S MULLEN

9095 TAYLORSVILLE RD

DALE, TX 78616-

| 13 REG CLASS | 14 TONNAGE | 15 EMPTY WEIGHT |
| --- | --- | --- |
| | | 3300 |

| 16 CARRYING CAPACITY | 17 GROSS WEIGHT | 18 DIESEL FEE |
| --- | --- | --- |
| 0 | 0 | 0.00 |

1st LIENHOLDER (NAME AND MAILING ADDRESS)

FIRST COMMERCIAL BANK

201 E SAN ANTONIO

LOCKHART TX 78644-

E OF LIEN
4/28/99

| 19 YEAR | 20 MAKE | 21 MODEL | 22 BODY STY |
| --- | --- | --- | --- |
| 95 | SUZU | 500 | 4D |

22 VEHICLE IDENTIFICATION NUMBER (VIN)
JS2CB31S6S5102650

2nd LIENHOLDER (NAME AND MAILING ADDRESS)

E OF LIEN

23 TAXABLE VALUE
6,139.01

3rd LIENHOLDER (NAME AND MAILING ADDRESS)

E OF LIEN

| 24 ODOMETER | | |
| --- | --- | --- |
| 83912 | A | |

25 TRADE-IN

26 SURRENDERED/ASSIGNED TITLE NUMBER
0.00222001502230603

| 27 | 28 | 29 |
| --- | --- | --- |
| | EXEMPT | $5.00 EVEN TRADE |
| | $10.00 GIFT | $15.00 NEW RESIDENT |

SELLER (NAME OF PREVIOUS OWNER AND MAILING ADDRESS)

ROGER BEASLEY KIA/SUZUKI

AUSTIN TX

| 30 TAX | 31 REBATE |
| --- | --- |
| 383.66 | |

| 32 TAX | 33 PENALTY | 34 |
| --- | --- | --- |
| 383.66 | 0.00 | 2.50 |

| 35 TAX & PENALTY PAID | | 36 LOCAL FEES |
| --- | --- | --- |
| 383.66 | | 0.00 |

37 RESIDENCE COUNTY
28

38 DEPUTY
Ym White

| 39 TITLE APPL FEE | 40 TOTAL FEES |
| --- | --- |
| 13.00 | $399.16 |

41 TAX ASSESSOR-COLLECTOR
Nelda Wells Spears

42 PROCESSING COUNTY
Travis

TAX AND TITLE COPY 1



**Texas Department of Transportation**

## TITLE APPLICATION RECEIPT



2273 2136 5611 0024 70

COUNTY: TRAVIS
STICKER NO: 7405623WA
PLATE NO: VRM58C
DOCUMENT NO: 22732136561100247

TAC NAME: NELDA WELLS SPEARS
DATE: 02/07/2000          EFFECTIVE DATE: 03/01/1999
TIME: 10:02AM             EXPIRATION DATE: 2/2000
EMPLOYEE ID: PICKETC      TRANSACTION ID: 22732136561100247

OWNER NAME AND ADDRESS
ANGIE RAE AVALOS
280 MASONWOOD DR
KYLE, TX 78640

REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
PLATE TYPE: PASSENGER PLT
STICKER TYPE: WS

VEHICLE IDENTIFICATION NO: JS2GB31S5S5102450      VEHICLE CLASSIFICATION: PASS
YR/MAKE: 1995/SUZI  MODEL: EST  BODY STYLE: 4D      DIT NO:
EMPTY WT: 2300      CARRYING CAPACITY: 0            GROSS WT: 2300   TONNAGE: 0.00  TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                     TRAVEL TRLR LENGTH: 0
PREV OWNER NAME: A CUT ABOVE MOTORS                 PREV CITY/STATE: AUSTIN, TX

INVENTORY ITEM(S)                YR

                                                    FEES ASSESSED
                                                    TITLE APPLICATION FEE      $      13.00
VEHICLE RECORD NOTATIONS                            TRANSFER                   $       2.50
ACTUAL MILEAGE                                                        TOTAL    $      15.50

                                                    SALES TAX CATEGORY: EXEMPT
                                                       TAX PERMIT NO: 17426966663
ODOMETER READING: 99050    BRAND: A                 SALES TAX DATE: 01/25/2000
OWNERSHIP EVIDENCE: TEXAS TITLE                           SALES PRICE $          0.00
1ST LIEN              DATE: 01/25/2000       TRADE IN ALLOWANCE $                0.00
A CUT ABOVE MOTORS                                 TAXABLE AMOUNT $             0.00
526 EAST OLTORF                                    SALES TAX PAID $            0.00
AUSTIN, TX 78704                          OTHER STATE TAX PAID - $             0.00
                                                    TAX PENALTY $              0.00
                                                 TOTAL TAX PAID $              0.00
2ND LIEN                                  BATCH NO: 1213656101    BATCH COUNT: 3

3RD LIEN

ORIGINAL



# BRUCE ELFANT

**TRAVIS COUNTY CONSTABLE, PRECINCT FIVE**

**CARLOS B. LOPEZ ~ CHIEF DEPUTY**

To: *County Clerk*
From: Precinct 6 Constable
Re: Service Papers
Date: *5/2/11*

The enclosed service papers are being returned to your office for the reason stated below. Please return the corrected documents so that we may attempt service. If you have further questions, please feel free to call us at 854-9100.

( )    Court date expired upon receipt

( )    Address not in our service area or does not exist

( )    Address not supplied

( )    Needed documents not included. Please supply the following:

_____

_____

_____

( )    Service fee not included or not correct amount. See fee schedule on the back.

( )    Payment check not signed

(✓)    Other

*Sub. Serv Returned marked "Dec"*

**CHECK STATUS OF YOUR SERVICE PAPERS AT**
**WWW.CONSTABLE5.COM**



**TRAVIS COUNTY COURTHOUSE COMPLEX ~ 1003 GUADALUPE ST. ~ AUSTIN, TEXAS 78701**

**PHONE (512) 854-9100 ~ FAX (512) 854-4228 ~ WWW.CONSTABLE5.COM**

UNOFFICIAL

