**FILED**

MAR 18 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100039746
Cashier ID: cjames
Transaction Date: 03/18/2021
Payer Name: JOHNNY SATURN

----------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: JOHNNY SATURN
 Amount:        $402.00
----------------------------------------
PAPER CHECK
 Check/Money Order Num: 0315
 Amt Tendered:  $402.00
----------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

1:20-CV-1176-LY; SATURN V. AUSTIN
BERGSTROM INTERNATIONAL AIRPORT ET
AL; CIVIL FILING FEE FOR JOHNNY
SATURN