**F I L E D**

MAR 1 8 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

Dear

U S WESTERN DISTRICT CLERK OFFICE

In reference to case # 1:20-cv-01176, the plaintiff Johnnh Saturn is not interested to dismiss. In the mean time, there have been error missing claims to the previously sent mail packages, however, there have been follow up claims attachments mails which have been mailed out.

The payment of $402.00 should have been in the mail either in form of money or check, or it would be mailed again.

Thanks

Johnny Saturn

RECEIVED

MAR 1 8 2021

CLERK U S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Johnny Saturn
701 W 28 Th. St.
513A
Austin TX 78705
Johnny.Saturnnn@gmail.com

USPS CERTIFIED MAIL



9214 8901 4298 0459 1527 40

000415763100011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA

RECEIVED

MAR 1 8 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF
BY_____ DEPUTY





# Shipment List

 Search 📷

**ALL**   TO ME   FROM ME   WATCH

784463263339 ☆
Irving, TX US to Austin, TX US
**Actual delivery** Tue Mar 09 1:13 PM
⋮

781793684693 ☆
Irving, TX US to AUSTIN, TX...
**Actual delivery** Wed Jan 13 4:21 PM
⋮

782385651346 ☆
Seattle, WA US to Issaquah, W...
**Actual delivery** Mon Jan 11 10:22 AM
⋮

782277142737 ☆
St Paul, MN US to MINNEAPOL...
**Actual delivery** Thu Jan 07 8:51 AM
⋮

782168078050 ☆
Seattle, WA US to SEATTLE, W...
**Actual delivery** Tue Jan 05 12:12 PM
⋮

781837029207 ☆
Springfield, VA... to WASHINGT...
**Actual delivery** Mon Dec 28 9:01 AM



≡   Shipment List

🔍 Search                                    📷

**ALL**     **TO ME**     **FROM ME**     **WATCH**

782168078050  ☆
Seattle, WA US to SEATTLE, W...
**Actual delivery**  Tue Jan 05 12:12 PM          ⋮

781837029207  ☆
Springfield, VA...   to WASHINGT...
**Actual delivery**  Mon Dec 28 9:01 AM           ✓

                                                  ⋮

781547077598  ☆
Irving, TX US to AUSTIN, TX...
**Actual delivery**  Fri Dec 18 11:30 AM          ✓

                                                  ⋮

399695991179  ☆
Irving, TX US to Austin, TX US
**Actual delivery**  Fri Dec 04 11:46 AM          ✓

                                                  ⋮

399537020886  ☆
Irving, TX US to AUSTIN, TX...
**Actual delivery**  Tue Dec 01 12:25 PM          ✓

                                                  ⋮

399226624632  ☆
Irving, TX US to Austin, TX US
**Actual delivery**  Mon Nov 30 12:28 PM          ✓

                                                  ⋮

|||        ○        ‹

6:41 💬 🔍 ✎ ∞ ▦ ∷ ✉ ✉ • ⏰ ♀ 📍 ⠝ ▂▄▆ 97% ▮

## In Production
[1 Jobs In Production]

| Job Info | Invoice | Options |
|---|---|---|
| My Mailing 03/10/2021<br>JobID: 4147169<br>Qty: 20<br>Status: Now Printing On or Before<br>Date: 03/10/2021 9:18pm | view | EDIT |

## Mailing Complete
[33 Jobs Completed]   << 1 | 2 | >>

| Job Info | Invoice | Options |
|---|---|---|
| | paid | VIEW |
| | paid | VIEW |
| | paid | VIEW |
| My Mailing 03/09/2021<br>JobID: 4139013<br>Qty: 1<br>Status: Mailed<br>Date: 03/10/2021 4:21pm | paid | VIEW |
| My Mailing 03/08/2021<br>JobID: 4137183<br>Qty: 1<br>Status: Mailed<br>Date: 03/10/2021 1:09pm | paid | Help |

||| ○ ‹



6:41 · · · · · · · · · · · 97%

paid          VIEW

paid          VIEW

My Mailing 03/09/2021
JobID: 4139013
Qty: 1                    paid          VIEW
Status: Mailed
Date: 03/10/2021 4:21pm

My Mailing 03/08/2021
JobID: 4137183
Qty: 1                    paid          VIEW
Status: Mailed
Date: 03/10/2021 1:09pm

paid          VIEW

My Mailing 03/01/2021
JobID: 4101035
Qty: 1                    paid          VIEW
Status: Mailed
Date: 03/03/2021 4:11pm

My Mailing 03/01/2021
JobID: 4099343
Qty: 1                    paid          VIEW
Status: Mailed
Date: 03/02/2021 1:40pm

paid          VIEW

Help

My Mailing 02/24/2021
JobID: 4077404
Qty: 1                    paid          VIEW

|||     O     ‹

6:41 ◉ Q ✎ ∞ ▦ ✖ ✉ ✉ • ⏰ ◉ ⚡ ⊪ .ıl 98% ▮

☗   🔒  letterstream.com/ls/jobque   19   ⬆

My Mailing 02/24/2021
JobID: 4077404
Qty: 1                              paid        VIEW
Status: Mailed ▬▬▬▬
Date: 02/24/2021 5:05pm

My Mailing 02/24/2021
JobID: 4074576
Qty: 1                              paid        VIEW
Status: Mailed ▬▬▬▬
Date: 02/24/2021 5:02pm

                                    paid        VIEW

                                    paid        VIEW

My Mailing 02/23/2021
JobID: 4068958
Qty: 1                              paid        VIEW
Status: Mailed ▬▬▬▬
Date: 02/23/2021 4:27pm

My Mailing 02/21/2021
JobID: 4060514
Qty: 1                              paid        VIEW
Status: Mailed ▬▬▬▬
Date: 02/23/2021 1:28pm

                                    paid        VIEW

My Mailing 01/27/2021
JobID: 3946101                                  Help
Qty: 1                              paid        VIEW
Status: Mailed
Date: 01/29/2021 4:51pm

|||          ◯          ‹

6:40 🔲 🔍 ✒ ∞ ▦ ⠿ ✉ ✉ • ⏰ 📍 🦵 ▂▃▄ 98% 🔋

🏠    🔒 **letterstream.com/ls/jobque**    [19]    ⬆

| | | |
|---|---|---|
| | paid | VIEW |
| My Mailing 01/27/2021<br>JobID: 3944977<br>Qty: 1<br>Status: Mailed<br>Date: 01/28/2021 4:44pm | paid | VIEW |
| My Mailing 01/26/2021<br>JobID: 3938163<br>Qty: 1<br>Status: Mailed<br>Date: 01/28/2021 4:44pm | paid | VIEW |
| | paid | VIEW |
| | paid | VIEW |
| | paid | VIEW |
| | paid | VIEW |
| | paid | VIEW |

**Help**

|||    ⬜    ‹

FIRST-CLASS MAIL
U.S. POSTAGE AND
FEES PAID
LETTERSTREAM

CERTIFIED MAIL ™

SCREENED BY CSO

MAR 18 2021

MAR 19 2021

7870133812 0006