Johnny Saturn
701 W 28 Th. St.
513A
Austin TX 78705
Johnny.Saturnn@gmail.com

RECEIVED
MAR 22 2021
CLERK, U.S. DISTRICT
WESTERN DISTRICT

0004139013000011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA




36 ABR-IP1 78701

SCREENED BY CSO
MAR 22 2021

PRESORTED
STANDARD MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

EXIBIT H1

HEB GROUND BEEF ARE SOMTIMES EXPIRED. THEY EITHER APPEAR EXPIFED OR THEY ARE TO BE DISCOVERED EXPIRED AS INSIDE MEAT LOAF WOULD APPEAR EXPIRED AFTER ONE OPEN THE PACK UP.

