Dear

U.S. Western District Clerk Office

In reference to case # 1:20-cv-011776

Please find attached proof of complaints receipts copies.

Thanks

Johnny Saturn

FILED

MAR 22 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

3:01   75%

   Track a package or search

## Tracking Details

1ZER38492070007278

**Updated:** 03/08/2021 4:00 P.M. EST

# Delivered



Delivered On

## Monday 01/25/2021

## at 1:13 P.M.

**Send Updates**

**Delivered To**
MONTREAL, CA

**Left At:** Reception

**Received By:** HASSAN

Proof of Delivery


Ask UPS

      

**UNITED STATES POSTAL SERVICE**

March 5, 2021

Dear Johnny Saturn:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0458 5167 34**.

| | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 2, 2021, 12:41 pm |
| Location: | WASHINGTON, DC 20535 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | FBI HEADQUARTERS |

| | |
|---|---|
| Weight: | 14.3oz |

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Johnny Saturn
701 W 28 Th. St.
513A
Austin TX 78705
Johnny.Saturnn@gmail.com



0004137183000011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA

RECEIVED
MAR 22 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY





SCREENED BY CSO
MAR 22 2021

PRESORTED
STANDARD MAIL
U.S. POSTAGE
PAID
LETTERSTREAM