Dear U..S. Western District Court

In reference to case nbr. 120cv01176, please find attached Exibit 11.

Thanks

Johnny Saturn

FILED

MAR 2 9 2021

CLERK U S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

RECEIVED

MAR 2 9 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY



Travis County Pretrial Services

## IMPORTANT THINGS TO REMEMBER

If you are out on Personal or Cash Deposit Bond

TRANSCRIPT ORDER FORM INSTRUCTIONS ON PAGE 2 BEFORE COMPLETING

District Court Docket No.

**ORLEANS COURT REPORTER FEE FORM** Court Reporter

Date Notice of Appeal Filed by Clerk of District Court  03/08/2021        Court of Appeals No.

**PART I.** This is to order a transcript. Do not complete this form unless financial arrangements have been made.

☐ Complete if applicable

☐ No hearings   Transcript is not necessary for appeal purposes   Transcript is already on file in the Clerk's Office
OR

☐ Check all of the following that apply. Include date of the proceeding.

☐ This is to order a transcript of the following proceedings:          ☐ Bail Hearing                          Your Dkt _____
☐ Opening Statement of Plaintiff                                        ☐ Opening Statement of Defendant
☐ Closing Argument of Plaintiff                                         ☐ Closing Argument of Defendant
☐ Opinion of Court                    ☐ Jury Instructions                ☐ Sentencing
☐ Other proceedings not listed above

| Hearing Date(s) | Proceeding | | Judge/Magistrate |
|---|---|---|---|
| | | | |
| | | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:

☑ Private Funds.   ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher).
☐ Other IFP Funds.  ☐ Advance Payment Waived by Reporter.   ☐ U.S. Government Funds
☐ Other  N/A

Signature _____

Print Name  JOHNNY SATURN                    Date Transcript Ordered  03/15/2021

Counsel for  Johnny Saturn                   Phone  512 506 0695

Address  70 E W 28th St Ste #513A, Austin, Tx 78705

**PART II.  COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify)

Date _____   Signature of Reporter _____

Email of Reporter _____                Tel. _____

**Part III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today

Actual Number of Pages _____

Actual Number of Vol _____   A true copy of the original I certify
Date _____   Signature of Reporter _____   Clerk, U.S. District Court

By _____
Deputy Clerk

Report # TX5282UKWNBH

# STATUTORY WARNING

SATURN, JOHNNY

I am now requesting a specimen of your:  ☐ Breath   ☒ Blood

☐ Subject refused to allow the taking of a specimen and further refused to sign below as requested by me, the officer.

or

☐ Subject refused to allow the taking of a specimen as evidenced by his/her signature below.

☐ I further certify that because you are a child as defined in Section 51.02, Family Code, the above request for a specimen and your response have been videotaped.

CROSS, DANIEL V

TXDPS



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM





CJHVIF1   78701