IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY SATURN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:20-CV-1176-LY |
| AUSTIN BERGSTROM | § | |
| INTERNATIONAL AIRPORT, ET AL., | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause.  On this date, the court rendered an order dismissing *pro se* Plaintiff Johnny Saturn's Amended Complaint filed December 1, 2020 (Doc. #3) without prejudice and dismissing the remaining pending motions as moot.  As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED that the case is hereby CLOSED.

SIGNED this *31st* day of March, 2021.


LEE YEAKEL
UNITED STATES DISTRICT JUDGE