

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS

Jeannette J. Clack

501 West Fifth Street, Suite 1100
Austin, Texas 78701
512-916-5896

March 31, 2021

John Saturn
701 W. 28th Street, Ste 513A
Austin, TX 78705

RE: 1:20-cv-00442-LY and 1:20-cv-01176-LY

Dear Mr. Saturn:

Our office is returning the documentation you mailed to us with the request that the documentation be filed in your cases. It is unclear from the your cover letters and the documentation what should be filed in each case.

As a reminder, all documentation submitted to the Clerk's Office for filing should be clearly marked with the correct case number, case style (John Doe v. Jane Doe) and the name of the document you are filing.

Please do not hesitate to contact our office with any questions or for further assistance.

Sincerely,

JV
By: Deputy Clerk

Enclosures