

## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS
501 WEST 5TH STREET, SUITE 1100
AUSTIN, TEXAS 78701
(512) 916-5896

April 12, 2021

Johnny Saturn
701 W. 28th Street, Apt #513A
Austin Texas 78705

RE: Insufficient Check - 1:20-CV-1176 Saturn v. Austin Bergstrom International Airport et al

Dear Mr. Saturn:

The U.S. District Clerk's Office has been notified that the following payment has been returned unpaid by your banking institution, Wells Fargo Bank.

Amount: $402.00
Paid Date: 3/18/2021
Account Holder's Name: Johnny Saturn
Reason: Not Sufficient Funds

Therefore, you have been assessed a returned payment fee of $53.00. Please note that the Clerk's Office as <u>no authority</u> to waive this fee for <u>any</u> reason.

This is a written demand for full payment of $402.00 plus the returned check of $53.00 for a **total of $455.00**. You need to submit a cashier's check or money order within 10 business days or by **April 22, 2021.** The failure to pay creates a presumption for committing an offense, and this matter may be referred for criminal prosecution.

Should you fail to do so, the check will be submitted to the Travis County Attorney's Office, Hot Check Collection for further processing.

Sincerely,

By: Melissa Hajda
Financial Deputy

Enclosures

cc: Case file
U.S. District Judge Lee Yeakel