DUPLICATE

```
Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100039866
Cashier ID: dlewis
Transaction Date: 04/21/2021
Payer Name: JOHNNY SATURN
---------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: JOHNNY SATURN
 Amount:        $402.00
RETURNED CHECK FEE
 For: JOHNNY SATURN
 Amount:        $53.00
---------------------------------
PAPER CHECK
 Check/Money Order Num: 19252231583
 Amt Tendered:  $455.00
---------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

1:20-CV-1176-LY

SATURN V. AUSTIN BERGSTROM INT.
AIRPORT; FILING FEE/NSF FEE
ORIGINAL PAYMENT ON 3/18/21,
RECEIPT # 100039746
```