IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY SATURN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-1176-LY |
| | § | |
| AUSTIN BERGSTROM | § | |
| INTERNATIONAL AIRPORT, ET. AL, | § | |
|     DEFENDANTS. | § | |

## ORDER

Before the court in the above-styled and numbered cause is *pro se* Plaintiff Johnny Saturn's Motion for Admission *Pro Hac Vice* filed March 29, 2021 (Doc. #27). Having reviewed the motion, the court renders the following order:

A person will be granted leave to appear *pro hac vice* before this court if he is a member in good standing of a state bar and he either: (1) has on file an application for admission to practice before the United States District Court for the Western District of Texas; or (2) has co-counsel in the case who is admitted to practice before the United States District Court for the Western District of Texas. *See* Loc. R. W.D. Tex. AT-1.

The court will deny the motion because Saturn, *inter alia*, falsely listed himself as co-counsel in the case who is admitted to practice before the United States District Court for the Western District of Texas and left blank the "signature of Applicant" block. Accordingly,

**IT IS ORDERED** that Saturn's *pro hac vice* motion (Doc. #27) is **DENIED**.

SIGNED this **21st** day of April, 2021.

                                                                 LEE YEAKEL
                                                          UNITED STATES DISTRICT JUDGE