**FILED**

APR 26 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Dear

U.S. Western District Clerk Office

In reference to case nbr. 1:20-CV-01176, please find attached The State Of Texas represented by The Texas State Secretary answer.

Thanks

Johnny Saturn


**RECEIVED**

APR 26 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK



# The State of Texas

## Ruth R. Hughs
### Secretary of State

Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: (512) 463-5560
Fax: (512) 463-0873
Dial 7-1-1 for Relay Services
www.sos.texas.gov

April 9, 2021

Johnny Saturn
701 W. 26th St., Apt. #513A
Austin, TX 78705

2021-326781-1
Include reference number in all correspondence

By facsimile and regular mail

RE:   Johnny Saturn vs Austin Bergstrom International Airport (A.B.I.A.), et al
      United States District Court For The Western District of Texas, Austin Division
      Cause No. 12020CV01176

Dear Sir/Madam:

We have been served with Second Amended Complaint, Civil Action styled above but cannot forward it to Unknown until you resolve the following deficiencies:

There is no Name OR Forwarding Address for the defendant. Plaintiff/plaintiff's attorney must provide this office with a forwarding address in a supporting letter or on the citation. Secretary of State; 1 Texas Administrative Code Section 71.21.

There is only one copy of the process and two exact copies of all documents are required.

The fee of $40.00 per defendant has not been included. An additional fee of $15.00 is required per Certificate of Service requested. Texas Government Code Annotated, Section 405.031. Total $55.00, includes a certificate and filing fee payable to Secretary of State.

If you need assistance, please call Service of Process between 8:00 – 12:00 and 1:00 – 5:00 at 512-463-1662.

Johnny Saturn
701 W 28 St. Ste.#513A.
Austin TX 78705

4368546.1.c

0004368546000011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

SCREENED BY CSC
APR 26 2021

RECEIVED
APR 26 2021
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY





DJHXIP1   78701

0103000000982472