IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY SATURN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-1176-LY |
| | § | |
| AUSTIN BERGSTROM | § | |
| INTERNATIONAL AIRPORT, ET. AL, | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court in the above-styled and numbered cause is Defendant American Airlines, Inc.'s ("American") Rule 12(b) Motion to Dismiss filed May 3, 2021 (Doc. #35). American seeks to dismiss *pro se* Plaintiff Johnny Saturn's "Second Amended Complaint" for lack of subject-matter jurisdiction and failure to state a claim. Fed. R. Civ. P. 12(b)(1); Fed. R. Civ. P. 12(b)(6).

American's motion, however, is moot. On March 31, 2021, the court rendered an order dismissing Saturn's amended complaint (Doc. #28) and subsequently rendered final judgment pursuant to Federal Rule of Procedure 58 (Doc. #29). Accordingly,

**IT IS ORDERED** that American's motion to dismiss (Doc. #35) is **DISMISSED**.

SIGNED this 19th day of May, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1