IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| JOHNNY SATURN,<br>     Plaintiff,<br>vs.<br><br>DESSAU HEALTHCARE, INC. DBA<br>LEGEND OAKS HEALTHCARE<br>AND REHABILITATION – NORTH<br>AUSTIN, et al,<br>     Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. 1:2020CV01176 |

## DECLARATION OF JOSELYN QUINTERO

In accordance with 28 U.S.C. §1746, I hereby declare as follows:

1. My name is Joselyn Quintero. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated within this Declaration are within my personal knowledge and are true and correct.

2. I am the Facility Director for Dessau Healthcare, Inc. dba Legend Oaks Healthcare and Rehabilitation – North Austin ("Legend Oaks").

3. The facility itself, located at 11020 Dessau Rd., Austin, Texas 78754, is the center of control, direction and coordination for Legend Oaks.

4. As the Facility Director, I have knowledge of who is a resident of our facility and the duration of their residency with Legend Oaks.

5. A review of our records does not show that Plaintiff Johnny Saturn was ever a resident of Legend Oaks.

6. His mother, R.S., was a resident at the facility from April 27, 2020 – May 2, 2020.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of May, 2021.

_____
JOSELYN QUINTERO