**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JOHNNY SATURN,**<br>      Plaintiff,<br>**vs.**<br><br>**DESSAU HEALTHCARE, INC. DBA LEGEND OAKS HEALTHCARE AND REHABILITATION – NORTH AUSTIN, et al,**<br>      Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:2020CV01176 |

**ORDER**

After considering Defendant's Dessau Healthcare, Inc. dba Legend Oaks Healthcare and Rehabilitation – North Austin's 12(b) Motion to Dismiss, the evidence on file, the Response, if any, the Reply, if any, and oral arguments by the parties' counsel, if any:

**IT IS ORDERED** that all claims of Plaintiff, Johnny Saturn, against Defendant Dessau Healthcare, Inc. dba Legend Oaks Healthcare and Rehabilitation – North Austin, in the above captioned matter are hereby dismissed, with prejudice, each party to bear its own costs.

**AUSTIN, TEXAS**, this _____ day of _____, 2021.

_____
US. DISTRICT JUDGE