IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY SATURN, § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | CAUSE NO. 1:20-CV-1176-LY | |
| § | | |
| AUSTIN BERGSTROM § | | |
| INTERNATIONAL AIRPORT, ET. AL, § | | |
| DEFENDANTS. § | | |

**ORDER**

Before the court in the above-styled and numbered cause is Defendant Dessau Healthcare, Inc. d/b/a Legend Oaks Healthcare and Rehabilitation – North Austin's ("Dessau") Rule 12(b) Motion to Dismiss filed May 21, 2021 (Doc. #37). Dessau seeks to dismiss *pro se* Plaintiff Johnny Saturn's "Second Amended Complaint" for lack of subject-matter jurisdiction and failure to state a claim. Fed. R. Civ. P. 12(b)(1); Fed. R. Civ. P. 12(b)(6).

Dessau's motion, however, is moot. On March 31, 2021, the court rendered an order dismissing Saturn's amended complaint (Doc. #28) and subsequently rendered final judgment pursuant to Federal Rule of Procedure 58 (Doc. #29). Accordingly,

**IT IS ORDERED** that Dessau's motion to dismiss (Doc. #37) is **DISMISSED**.

SIGNED this 14th day of June, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1