RECEIVED

JUN 2 8 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

FILED

JUN 28 2021

CLERK, U'S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Dear

U.S. Western District Court

Austin Division

In reference to case # 1:20-cv-01176

Please find attached a letter from the State of Texas Secretary a exhibit # Ww1.

Thanks

Johnny Saturn



The State of Texas

Ruth R. Hughs
Secretary of State

Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

April 9, 2021

Johnny Saturn
701 W. 28th St., Apt. #513A
Austin, TX 78705

2021-326762-1

Include reference number
in all correspondence

By facsimile and regular mail

RE:   Johnny Saturn vs Austin Bergstrom International Airport (A.B.I.A.), et al
      United States District Court For The Western District of Texas, Austin Division
      Cause No. 12020CV01176

Dear Sir/Madam

We have been served with Second Amended Complaint - Civil Action styled above but cannot
forward it to Unknown until you resolve the following deficiencies.

There is no Name OR Forwarding Address for the defendant. Plaintiff/plaintiff's attorney must
provide this office with a forwarding address in a transmittal letter or on the citation. Secretary
of State, 1 Texas Administrative Code Section 71.21.

There is only one copy of the process and two exact copies of all documents are required.

The fee of $40.00 per defendant has not been included. An additional fee of $15.00 is required
per Certificate of Service requested. Texas Government Code Annotated, Section 405.031
Total $55.00, includes a certificate and filing fee payable to Secretary of State.

If you need assistance, please call Service of Process between 8:00 – 12:00 and 1:00 – 5:00 at
512-463-1662.

Johnny Saturn
701 W 28 St. Ste.#513
Austin TX 78705
Johnnysaturn9@gmail.com

000473443200011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

SCREENED BY CSO

JUN 2 8 2021

01030000694105

DJHWIP1        78701



