RECEIVED

JUL 12 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

FILED

JUL 1 2 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

U.S. Western District Court

Austin Division

In reference to case # 1:20-cv-01176

Please find attached twenty pages as exhibit "Ww2-20.".

Thanks

Johnny Saturn

P121003843

| | |
|---|---|
| SATURN | JOHNNY |
| 701 W 28TH ST 513A | AUSTIN, TX 78705 |
| (512)506-0695 | Type C |
| NONE | |
| Mailing Address SAS | |
| Nearest Relative RODRIGUEZ,RUBEN | Relationship Friend |
| | AUSTIN/TX/ |
| Employer LYFT | Position DRIVER | How Long 1YR, 0 Mo |
| | AUSTIN, TX |

Recommend C·C·digtoon

by BCDG
Record AAN

## TRAVIS COUNTY PRETRIAL SERVICES

P O BOX 1748
AUSTIN, TX 78767
(512)854-9381

DEFENDANT'S COPY

**PERSONAL BOND**

THE STATE OF TEXAS
COUNTY OF TRAVIS

**KNOWN ALL MEN BY THESE PRESENTS**

CAUSE NO. C1CR21 : 202356

THAT I, **JOHNNY SATURN** charged with the offense of a

**Driving While Intoxicated**

Room 1218 CJC
April

... the principal sum of $ 3,500 ...

☐ See attached Conditions Order form

☐ Bond Fee

SWORN TO AND SUBSCRIBED BEFORE ME,

NOTARY PUBLIC, IN AND FOR
TRAVIS COUNTY, TEXAS

THIS PERSONAL BOND IS APPROVED, effective only after arresting agency has completed its booking process, and the defendant at such date is ordered released on the conditions of this bond.

APPROVED this 19th day of MARCH 20 21

Per Standing Order N

## Pretrial Services Payment Coupon

You have been directed by the court to pay a:

Personal Bond/Cash Deposit Fee if Bond Amount(s) is < $1334.00   $20/ $
Personal Bond/Cash Deposit Fee if Bond Amount(s) is ≥ $1334.00   $40/ $   40
Personal Bond/Cash Deposit Fee with Ignition Interlock = (3% of bond amount) $

This fee should be paid within 7 days of your release.

Pay Online: www.certifiedpayments.net use Bureau Code 7270508
By Mail: Mail Money Order or Cashier's Check to Travis County Pretrial Services P.O. Box
In Person: Monday – Friday 7:30am – 5:30pm at 509 W. 11th St, Rm 2.100 Criminal J
Drop Box: Monday-Friday 5:30pm – 8:30pm, Holidays and Weekends 8:00am – 8:30

**Personal Checks Not Accepted**



LOAD THIS DIRECTION, THIS SIDE UP →

MONEY ORDER RECEIPT - NON NEGOTIABLE



## Pretrial Services Payment Coupon

PT # _3943_

Name _Johnny Saturn_

Address _701 W 28th St__ ~~Austin, Tx 78705~~ _Austin, Tx 78705_

Date Released _3/19/21_

Cause # _LLCR21 202356_

You have been directed by the court to pay a:

Personal Bond/Cash Deposit Fee if Bond Amount(s) is < $1334.00 _$20_ $
Personal Bond/Cash Deposit Fee if Bond Amount(s) is ≥ $1334.00 _$40_ $ _10 ᵉᵃ_
Personal Bond/Cash Deposit Fee with Ignition Interlock = (3% of bond amount) $

**This fee should be paid within 7 days of your release.**

Pay Online: www.confidentpayments.net use Bureau Code 7270609

By Mail: Money Order or Cashier's Check to Travis County Pretrial Services P.O. Box 1748 Austin, TX 78767

In Person: Monday – Friday 7:30am – 5:30pm at 509 W 11th St. Rm 2.100 Criminal Justice Center (CJC) or 411 W. 13th St. Executive Office Building (EOB)

Drop Box: Monday-Friday 5:30pm – 8:30pm, Holidays and Weekends 8:00am – 8:30pm at 509 W 11th St. RM 2.100 (no cash in drop box)

**Personal Checks Not Accepted**

Case 1:20-cv-01176-LY   Document 40   Filed 07/12/21   Page 5 of 22

Report # TX5Z820KWNBH

# STATUTORY WARNING

SATURN, JOHNNY
SUBJECT'S NAME

PHYSICAL DESCRIPTION (if different)    Race White    Sex M    TX 18951866    02/10/1982

Weight 224

Eyes GREEN    Hair 506    BLACK

DATE OF ARREST 03/19/2021    TIME OF ARREST 0:02    COUNTY OF ARREST TRAVIS CO.

You are under arrest for an offense arising out of acts alleged to have been committed while you were operating a motor vehicle in a public place, or a watercraft, while intoxicated, or an offense under Section 106.041, Alcoholic Beverage Code. You will be asked to give a specimen of your breath or blood. The specimen will be analyzed to determine the alcohol concentration or the presence of a controlled substance, drug, dangerous drug or other substance in your body.

If you refuse to give the specimen, that refusal may be admissible in a subsequent prosecution. Your license, permit or privilege to operate a motor vehicle will be suspended or denied for not less than 180 days, whether or not you are subsequently prosecuted for this offense.

If you refuse to submit to the taking of a specimen, the officer may apply for a warrant authorizing a specimen to be taken from you.

If you are 21 years of age or older and submit to the taking of a specimen and an analysis of the specimen shows that you have an alcohol concentration of 0.08 or more, your license, permit or privilege to operate a motor vehicle will be suspended or denied for not less than 90 days whether or not you are subsequently prosecuted for this offense.

If you are younger than 21 years of age and have any detectable amount of alcohol in your system, your license, permit or privilege to operate a motor vehicle will be suspended or denied for not less than 60 days. However, if you submit to the taking of a specimen and an analysis of the specimen shows that you have an alcohol concentration of less than 0.08, you may be subject to criminal penalties less severe than those provided for under Chapter 49, Penal Code.

If you were operating a motor vehicle and you refuse to give the specimen or provide a specimen that shows you have an alcohol concentration of 0.08 or more, you may be disqualified from driving a commercial motor vehicle for a period of not less than one year.

You may request a hearing on the suspension or denial. This request must be received by the Texas Department of Public Safety at its headquarters in Austin, Texas, no later than 15 days after you receive or are presumed to have received notice of suspension or denial. This request can be made by written demand, fax, or other form, prescribed by the Department.

I certify that I have informed you both orally and in writing of the consequences of refusing to submit to the taking of a specimen or providing a specimen. I have provided you with a complete and true copy of this statutory warning.

**I am now requesting a specimen of your**    ☐ Breath    ☒ Blood

☐ Subject refused to allow the taking of a specimen and further refused to sign below as requested by this officer.

Or

☐ Subject refused to allow the taking of a specimen as evidenced by his/her signature below.

_____
Subject's Signature

☐ I further certify that because you are a child as defined in Section 51.02, Family Code, the above request for a specimen and your response have been videotaped.

_____
Officer's Signature

CROSS, DANIEL W
Officer's Printed Name

TXDPS
Officer's Agency

_____
Telephone No.

FOR DEPARTMENT USE ONLY

DPS Copy - White    Driver's Copy - White



**UNITED STATES POSTAL SERVICE**

DONATONI AUSTIN
829 CONGRESS AVE STE 150
AUSTIN, TX 78701-9998
(800)275-8777

PRIORITY MAIL EXPRESS 2-DAY®

PO BOX 1748
Austin TX 78767-1748

USPS SIGNATURE® TRACKING™

9871 1066 7881 1080 1409 34



512-526-2497
JOHNNY SALTERN
701 W 28TH ST 314 512A
AUSTIN, TX 78761

Prehisal Services
P.O. Box 4948
AUSTIN, TX
7 2 1 6 7



US AT USPS.COM®
FREE SUPPLIES ONLINE

This envelope is made from post-consumer waste. Please recycle - again.

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

**DELI MANAGEMENT INC.**
350 PINE STREET
SUITE 1775
BEAUMONT, TX 77701

CAPITAL ONE
84-72/652

CHECK NO.          CHECK AMOUNT
625655            $18,280.00

DATE
6/1/2021

625655

PAY    Eighteen Thousand Two Hundred Eighty Dollar and 00 Cents

TO
THE      JOHNNY SATURN
ORDER    701 W 28TH ST 5TH FLR. STE. 513A.
OF       AMERICAN CAMPUS, AUSTIN, TX 78705

Tracy M. Cormeen
AUTHORIZED SIGNATURE

⑆625655⑆ ⑆065200722⑈ 54 20 2726 7⑈

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES

**DELI MANAGEMENT INC.**
350 PINE STREET
SUITE 1775
BEAUMONT, TX 77701

CAPITAL ONE

84-72/652

DATE
6/1/2021

Eighteen Thousand Two Hundred Eighty Dollar and 00 Cents

JOHNNY SATURN
701 W 28TH ST 5TH FLR. STE. 513A,
AMERICAN CAMPUS, AUSTIN, TX 78705

⑆6 2565⑆ ⑈065 2007 2⑈ 54 20 2726 7⑆

065000090 06/07/2021
2000059822   RR - N
*122105278* 06/08/2021
3332546358   RR - N

Do not endorse or write below this line.

ENDORSE HERE

*John J. Schuur*

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

>091000019< 06/07/2021
19*9603434







TRANSCRIPT ORDER *READ INSTRUCTIONS ON PAGE 2 PRIOR TO COMPLETING

District Court _Western_                     District Court Docket No. _____

Short Case Title _____

ONLY ONE COURT REPORTER PER FORM Court Reporter _____

Date Notice of Appeal Filed in the District Court _03/08/2021_ Court of Appeals No. _____

PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
A. Complete the Following:
☑ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office
OR
Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

B. This is to certify that satisfactory financial arrangements have been made. Method of Payment:
☑ Private Funds; ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other _N/A_

Signature _[signature]_
Print Name _JOHNNY SATURN_                     Date Transcript Ordered _03/16/2021_
Counsel for _Johnny Saturn_                     Phone _512 506 0695_
Address _101 W 28th St Ste #513A, Austin, Tx 78705_

PART II. COURT REPORTER ACKNOWLEDGMENT (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
        ☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____

Date _____ Signature of Reporter _____

Actual Number of Volumes _____

A true copy of the original, I certify.
Clerk, U.S. District Court
By: _[signature]_
Deputy Clerk

Thu, May 20, 2021, 9:03 PM · 3 min read



**1** / 3

**7 nooses found at Amazon construction site in Connecticut in past month**

A $100,000 reward is being offered for information leading to those responsible after seven nooses were discovered at the



Johnny Saturn
701 W. 28ᵗʰ. St. Ste.#513A
Austin Tx 78705

Matnolia Korea Inc.
m/f Hibrand Living Building
213 Vangjae 2dong,
Seochegu Seochegu
Seoul Korea, Republic of (South)

Johnny Saturn
701 W. 28ᵗʰ. St. Ste.#513A
Austin Tx 78705

U.N NY
601 First Ave.
New York, NY 10017

Johnny Saturn
701 W. 28ᵗʰ. St. Ste.#513A
Austin Tx 78705

Malone Wheeler Inc.
5113 S'n Pkwy Ste 260,
Austin, TX 78735

Johnny Saturn
701 W. 28ᵗʰ. St. Ste.#513A
Austin Tx 78705

CITY OF AUSTIN
Department, City Council
ATT. Current City Manager
2006 East 4th Street
Austin, Texas 78702

Johnny Saturn
701 W. 28ᵗʰ. St. Ste.#513A
Austin Tx 78705

CITY OF NEW YORK
Mayor Bill de Blasio
City Hall
New York, NY 10007





**UNITED STATES POSTAL SERVICE**

**A. Mailer Action**

Note To Mailer: The labels and volume associated to this form online, must match the labeled packages being presented to the USPS® employee with this form.

VIST... ...USPS.COM
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL



PS00001000016

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FRANCE EMBASSY DC.

4101 RESERVOIR RD. NW.

WASHINGTON DC. 20007-2130



9590 9402 6694 1060 7392 23

2. Article Number (Transfer from service label)

7020 1290 0000 7485 2919

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 17  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7020 1290 0000 7485 2919



Padded Flat Rate En...lope
EP14PE February 2020
ID: 9.5 x 12.5

**B. USPS Action**

- USPS EMPLOYEE: Please scan upon pickup or receipt of mail. Leave form with customer or in customer's mail receptacle.
  Employee verifies the package volume count on the Package Pickup Carrier Manifest.
  - If the volume on the manifest matches the volume being collected from the customer, the employee should make the 1:YES selection by pressing the number 1 on the keypad of the handheld scanner, or on the keyboard of the POS ONE terminal.
  - If the volume on the manifest does not match the volume being collected from the customer, the employee should make the 2:NO selection. The mail should still be collected and dispatched as normal.

**USPS SCAN**



9475 7036 9930 0387 5685 53

PS Form 5630, PSN 7530-08-000-4336, July 5, 2006

VISIT US AT USPS.COM
ORDER FREE SUP

PRESS FIRMLY TO SEA



Padded Flat Rate Envelope
EP14PE February 2010
ID: 8.5 x 12.5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.

AM. PTEROLEUM INC.

SAFA TRADING ESTABLISHMENTS INC.

1900 E. ANDERSON LN.

AUSTIN TX 78753

2. Article Number (Transfer from service label)

9590 9402 6694 1060 7392 16

7020 1290 0000 7485 2926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt











CERTIFIED MAIL

7020 1290 0000 7485 2926

**UNITED STATES POSTAL SERVICE®**

**P** PRIORITY MAIL 1-DAY™

**Click-N-Ship®**

U.S. POSTAGE PAID

SHIP TO:
JOHNNY SATURN
701 W 28TH ST APT 513
AUSTIN TX 78705-4039

05/20/2021   6 lb 9 oz   Mailed from 78705

Expected Delivery Date: 05/21/21

C088

0005

SHIP TO:
ADAM AHMAD
AM.PETROLEUM INC.,SAFA TRADING
1900 E ANDERSON LN
AUSTIN TX 78752-1978

USPS TRACKING #

9405 5036 9930 0391 1787 38

Electronic Rate Approved #038555749





Johnny Saturn
701 W. 28ᵗʰ. St., Ste.#513A.
Austin Tx 78705

The University of Texas at Dallas
Department of Electrical and Computer Engineering.
Department Head: Lawrence J. Overzet   MS: EC33; ECSN Suite 4-7
800 W. Campbell Rd.
Richardson, TX 75080



Johnny Saturn
701 W. 28ᵗʰ. St., Ste.#513A.
Austin Tx 78705

U.T. AUSTIN
Office Of the Vice President
P.O. Box 7666,
Austin, TX 78713-7666




Johnny Saturn
701 W. 28ᵗʰ. St., Ste.#513A.
Austin Tx 78705

YELLOW CAB AUSTIN
10630 Joseph Clayton Dr,
Austin, TX 78753



$ 012.10

CERTIFIED MAIL

9214 8901 4298 0458 8658 53

John Saturn
John Saturn
701 W 26th St Ste 513A
Austin TX 78705
Johnny.Saturnin@gmail.com

U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste #1100
Austin TX 78705
USA

NIXIE       781   SE 1       0103/11/21

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 78705403938      *2366N07-0180-01191

Johnny Saturn
701 W 28 St. Ste.#513
Austin TX 78705
Johnnysaturn9@gmail.com

0004734450000011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA



RECEIVED

JUL 1 2 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK