4929930.1.3

FILED

AUG 27 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

Dear

U.S. WESTERN DISTRICT COURT

AUSTIN DIVISION

CASE # 1:20-cv-01176

Please find attached two documents attachments Ww3a2-2.

Thanks

Johnny Saturn

# AUSTIN POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

[illegible]

## Related Text Page(s)

Document [illegible]
Author [illegible]
Related Date/Time [illegible]

[illegible] WHITE MALE [illegible]

[redacted] [illegible]

[illegible] THE WHITE MALE [illegible] THE WHITE MALE THEN [illegible] OF THE STORE [illegible] INTO THE RED [illegible] LEFT THE SCENE. [illegible]

[redacted] [illegible]

[illegible] FOR THE [illegible]

I THEN [illegible] WITH THE CASHIER, IDENTIFIED AS

[illegible] [redacted]

WHO STATED THAT [illegible] THE WHITE MALE FOLLOW [illegible] INTO THE STORE.

4929930.1.2

FOR THE WESTERN DISTRICT COURT

AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY SATURN | § | Case No. ____________ |
| *Plaintiff,* | § | DEFAMATION |
| v. | § | CONSPIRACY |
| *Defendants,* | § | MALICIOUS MISCHIEF |
| AUSTIN BERGSTROM INTERNATIONAL AIRPORT (A.B.I.A.) | § | VIOLATIONS TO PRIVACY |
| MALONE WHEELER INC. | § | STALKING |
| UNIVERSITY OF TEXAS AT AUSTIN | § | RACKETEER CONDUCT |
| CORSLAB STRUCTURES INC. | § | ILLEGAL IMMIGRATIONS |
| A.M. PETROLEUM INC. | § | ILLEGAL LABORS |
| SAFA TRADING ESTABLISHMENTS INC. | § | CRIMINAL CONDUCTS |
| GAMMA STORES | § | |
| HEB | § | |
| BARNES & NOBLES | § | |
| STARBUCKS NORTH AMERICA | § | |

Johnny Saturn
701 W 28Th. St. Ste.#513A.
Austin TX 78705
Johnnysaturn@gmail.com

RECEIVED
AUG 27 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

0004929930000011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA

GJHWIP1 78701

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM