

**FILED**

SEP 16 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES OF AMERICA

FOR THE WESTERN DISTRCIT COURT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY SATURN | § | Case # 1:20-cv-01176 |
| Plaintiff | § | DEFAULT JUDGMENT |
| | § | |
| V. | § | |
| | § | |
| Austin Bergstrom International Airport et. al. | § | |
| Defendants | § | |

## DEFAULT JUDGMENT

1- Plaintiff Johnny Saturn request that the Court enter default judgment against the defendant Austin Bergstrom International Airport also known as A.B.I.A. et. al.. The clerk is expected to have entered default against defendant A.B.I.A. et. al.. The defendant A.B.I.A. et. al. were served two copies of lawsuit and copies of summons by U.S.P.S. or FedEx mail. More than sixty days have elapsed and defendant A.B.I.A. et. al. have not responded the plaintiff. The Defendants A.B.I.A. et. al. are or are not protected by the Service members and Civil Relief Act. 5 U.S.C. § 501 et seq..

2- The defendant A.B.I.A. et. al. are or are not U.S. Government subsidiaries agencies or their offices. The defendants A.B.I.A. et. al. are or aren't owned and licensed by The City of Austin Incorporation.

3- The defendant A.B.I.A. et. al. having failed to plead or acted not guilty or behaved not interested to plead considering else illicit remedies or otherwise defend in this action, and default having heretofore been entered, upon application of plaintiff and upon affidavit that defendants A.B.I.A. et. al. are indebted as each entity to plaintiff Saturn in principal of one and half trillion dollar as civil damage and one and half trillion dollar in punitive damage per defendant plus interest thereon; that defendants A.B.I.A. et. al. had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby ORDERED, ADJUGED, and DECREED that plaintiff, Johnny Saturn, recover of the defendants A.B.I.A. et. al. the amount of nine hundred ninety nine sextillion American dollar in civil damage and nine hundred ninety nine decillions American dollar in punitive damage plus costs of interest according to law from the date of this judgment until the entire amount is paid.

4- This judgment is entered by the clerk at the request of the plaintiff Johnny Saturn and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

JUDGMENT SIGNED BY HONRABLE JUDGE

_____

On:_____

JUDGMENT SIGNED BY U.S. DISTRICT CLERK

_____

On:_____

Dear

U.S. Western District Clerk Office Austin Texas.

In reference to case 1:20-CV-01176

Please find attached default judgment to the referenced case above.

Thanks

Johnny Saturn

Johnny Saturn
701 W 28Th St Ste 618
Austin TX 78705
johnnysaturn9@gmail.com

RECEIVED
SEP 16 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

0005131609000011
U.S. WESTERN DISTRICT Clerk Office
AUSTIN DIVISION
501 W. 5th. St. Ste.#1100
Austin TX 78705
USA



SCREENED BY CSO
SEP 16 2021

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM