IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY SATURN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:20-CV-1176-LY |
| | § | |
| AUSTIN BERGSTROM | § | |
| INTERNATIONAL AIRPORT ET AL., | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court are *Pro Se* Plaintiff Johnny Saturn's Motion for Default Judgment filed September 16, 2021 (Doc. #42). The court rendered a Final Judgment in this cause on March 31, 2021 (Doc. #29). Having considered the motion and noting that this case has been closed since March 31, 2021, the court will dismiss the motion.

**IT IS THEREFORE ORDERED** that *Pro Se* Plaintiff's Motion for Default Judgment filed September 16, 2021 (Doc. #42) is **DISMISSED**.

SIGNED this _____ day of September, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE