Johnny Saturn
701 W 28 St. Ste.#618B
4710 Gray Fox Dr. Austin Tx. 78759
Austin TX 78705
JohnnySaturn82@gmail.com



000562758500011
U.S. WESTERN DISTRICT COURT
Austin Division
501 W 5th. St.
Ste. #1100
Austin TX 78701
USA



RECEIVED

JAN 5 - 2022

CLERK, U.S. DISTRICT C
WESTERN DISTRICT OF
BY_____DI



KBR-IPI

78701

SCREENED BY CSO
JAN 0 5 2022

PRESORTED
STANDARD MAIL
U. S. POSTAGE
PAID
LETTERSTREAM



To Whom It May Concern

In reference to complaint number 1:20-cv-001176

Please find attached Exibit G1, G2 & G3.

Thanks

Johnny Saturn

To Whom It May Concern

In reference to complaint number 1:20-cv-001176

Please find attached Exibit G1, G2 &G3.

Thanks

Johnny Saturn



RAY MONDO LOPEZ with Longhorn Motors & Transportations had claimed July 2004, that" A black guy of height 05'04" had came in to his lot yo test drive 92 Mazda 925 dark green, however, he had drove off while leaving his driver lisence and while claiming on the phone in a phone call that he has to go to San Diego Ca.." The car thief ended up being one of the long terms hired intruders to intrude my ex leased house from John T Baxendale and Brenda E Baxendale. After him, the guy in Perfect10 Round Rock Tx off Braton Ln. AUSTIN Tx. had intruded the front end of the house on Nov. 2019. Jan 2020, Wednesday at 1:30am., Budweiser model or representative of 2008, had intruded the front end of the same house. The plaintiff Johnny Satun had intruders on May 29, 2010 am., who had thrown biochemical jelly vassline petroleum on my head corner in shape of Jewish hate, on my ten fingers nails, on my two hands biceps and on my shouldar while applying satellites sabotage while I was asleep. The black guy who had stolen my purchased vehicle for commercial sale; had came back trying to intrude the same house on Nov., 2020 at 3:30am.. Kristen Indiana Starbucks Arboretum Market used to harrass slandering ;' Lebanese the stalker has stalk her." Her coworker Amanda Massachussets was found visiting Mckiney couples Justin and Brenda at 4802 Gray Fox Dr. Austin Tx. 78759 at about 08:45 am.. ACC NRG& RRC Government Teacher Najwa Nasher was talking to an obesed lady of height about 05'08" near ex FBI NW building office at about 11:45am... The lady drive dark gray or black exterra SUV 2005-2007 had visited Sharon Schatz ho work at AISD. at 4801 Gray Fox Dr. and her husband Carl or Cory who work at ACC NRG. Physic learning lab at about 02:30pm.. The lady was telling Wajma Nasher:" Who is he, than she claimed; I heard his cab driver; than wajma claimed: he is student."

A skinny white guy of height 05'08" who was hiding in a tree at night at 03:45 am., off 5000 block of Balconies Wood Dr. on last Saturday of April 2010, had left the front end of 4802 Gray Fox Dr. walking to 4801 Gray Fox Dr. trying to open the door knobe, however, the door didn't open up. The skinny white fairly tall guy had slandered when he was at the front of 4802 gray fox dr. at 10:30am.:" Go to your FBI., and tell them that there is someone in the attick."

RAY MONDO LOPEZ with Longhorn Motors & Transportations had claimed July 2004, that " A black guy of height 05'04" had came in to his lot yo test drive 92 Mazda 929 dark green, however, he had drove off while leaving his driver bicycle and while claiming on the phone in a phone call that he has to go to San Diego Ca. " The car i had ended up being one of the long terms hired intruders to intrude my ex leased house from John T Baxendale and Brenda E Baxendale. After him, the guy in Perfect10 Round Rock Tx off Braxor Ln. AUSTIN Tx. had intruded the front end of the house on Nov. 2018. Jan 2020. Wednesday at 1:30am.. Bushermar model or reprournitive of 2008, had intruded the front end of the same house. The plaintiff Johnny Sabon had intruders on May 29, 2010 am., who had thrown biochemical jelly cenzine petroleum on my head comes in shape of Jewish hate, on my ten fingers nails, on my two hands biceps and on my shoulder while applying canities sabotage while I was asleep. The black guy who had stolen my purchased vehicle for commercial sale, had came back trying to extrude the same house on Nov., 2020 at 3:30am.. Kristen Indiana Starbucks Arboretum Market used to harass slandering : Letaierear the stalker has stalk her." Her coworker Amanda Massachusetts was found visiting Mckiney couples Justin and Brenda at 4802 Gray Fox Dr. Auotie Tx. 78758 at about 08:45 am.. ACC NRGS aIRC Government Teacher Najwa Nasher was talking to an obsess lady of height about 05'08" near ex FBI hall building office at about 11:45am.. The lady drove dork gray or black externa SUV 2005-2007 had visited Sharon Schatz his work at AISD. at 4801 Gray Fox Dr. and her husband Carl or Cory who work at ACC NRG. Physic learning lab. at about 02:30pm.. The lady was telling Wajma Nasher " Who is he, than she claimed; I heard his cab driver, than wajma claimed; he is student."

A skinny white guy of height 05'08" who was hiding in a tree at night at 03:45 am., off 5000 block of Balconies Wood Dr. on last Saturday of April 2010, had left the front end of 4802 Gray Fox Dr. walking to 4801 Gray Fox Dr. trying to open the door knobs, however, the door didn't open up. The skinny white fairly tall guy had abandoned when he was at the front of 4802 gray fox dr. at 10:30am. " Go to your FBI., and tell them that there is someone in the stick."



Johnny Saturn
701 W 28 Th. St.
513A
Austin TX 78705
Johnny.Saturnnn@gmail.com


 RENAULT CORPORATE OFFICE HEADQUARTERS
13-15 Quai le Gallo
Boulogne-Billancourt (H.Q.) 92513
FRANCE

5627585.1.9

NUMERO DE BILLET DE PASSAGE PASSENGER TICKET NUMBERS

BULLETIN COMPLEMENTAIRE DE BAGAGES
EXCESS BAGGAGE TICKET

COUPON PASSAGER
PASSENGER COUPON

CONJOINTEMENT AVEC/EN ECHANGE DE IN CONJUNCTION WITH/IN EXCHANGE FOR

EQUIPEMENT DE SKI SKIING EQUIPMENT
EQUIPEMENT DE GOLF GOLFING EQUIPMENT
ANIMAL PET
BAGAGES VOLUM. BULKY BAGGAGE — SIEGES SEATS

POIDS EN EXCEDENT EXCESS WEIGHT (KG)
BAG. EXCED./HORS DIMENSION EXCESS PIECES/OVERSIZE

TAUX AU KILO OU A LA PIECE RATE PER KG OR PIECE
1 FLAT + 1 EXTRA

MONTANT CHARGE

NON VALABLE POUR TRANSPORT DE BAGAGE COMPLEMENTAIRE
NOT GOOD FOR CARRIAGE OF EXCESS BAGGAGE

REMARQUES REMARKS
SANKARI

TAXE/FRAIS/REDEVANCE TAX/FEE/CHARGE
TRANSPORTEUR CARRIER — DE FROM BEY

TOTAL TOTAL 400 USD
TRANSPORTEUR CARRIER — A TO PAR

MODE DE PAIEMENT FORM OF PAYMENT
A TO DUS

CASH

EMIS PAR ISSUED BY
AIR FRANCE

POUR LES CONDITIONS DE TRANSPORT VOIR LE BILLET DE PASSAGE ET BULLETIN DE BAGAGES
SUBJECT TO CONDITIONS OF CONTRACT IN PASSENGER TICKET AND BAGGAGE CHECK

CPN CPN | CODE CIE AIRLINE CODE | FORME N° DE SERIE FORM AND SERIAL NUMBER | CK CK

057 4522135799 6

NE RIEN INSCRIRE DANS LA ZONE BLANCHE CI-DESSUS
DO NOT MARK OR WRITE IN THE WHITE AREA ABOVE

